**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |
| (if known) | |

☐ Check if this is an
   amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.   **Schedule A/B: Property** (Official Form 106A/B)
     1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ _____ 0.00

     1b. Copy line 62, Total personal property, from Schedule A/B..................................................... $ _____ 3,172.01

     1c. Copy line 63, Total of all property on Schedule A/B.............................................................. $ _____ 3,172.01

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
     2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ _____ 0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
     3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. $ _____ 0.00

     3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ _____ 1,691,102.23

**Your total liabilities** $ | 1,691,102.23

### Part 3:    Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
     Copy your combined monthly income from line 12 of *Schedule I*.............................................................................. $ _____ 7,451.66

5.   *Schedule J: Your Expenses* (Official Form 106J)
     Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ _____ 2,480.00

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ■   Yes

7.   **What kind of debt do you have?**

     ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

     ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Nicholas S. Gouletas**                                      Case number *(if known)*  **16-01335**

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
      122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

---

1.1

**Mavro Lithari**
_____
Street address, if available, or other description


**Anavyssos**
_____
City                State        ZIP Code



**Greece**
_____
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**- Inherited jointly with sister, Evangeline Goueltas, upon passing of their mother approx. 8 years ago.**
**- As of 9/2014 there were outstanding real estate taxes owed, the current status of the real estate taxes is unknown to the Debtor.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
   (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here........................................................=>

$0.00

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on _Schedule G: Executory Contracts and Unexpired Leases._

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Nicholas S. Gouletas**

Case number *(if known)*    **16-01335**

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

3.1    Make:    **Lexus**

Model:    **LS 430**

Year:    **2006**

Approximate mileage:    **approx. 81,000**

Other information:

> **- Debtor drives, but is titled to Realty Services Inc. only
> - Location: 111 E. Chestnut Garage
> - Subject to Turnover Order No. 1 dated August 12, 2015 in favor of 800 South Wells Commercial, LLC
> - NADA Official Older Used Car Guide for January through April 2016 indicates the following values:
> Clean Trade-In $13,825; Clean Loan $12,450; Clean Retail $15,225
> - However, vehicle has an issue with the rear-end and has some body damage**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**Unknown**        **Unknown**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**

**$0.00**

---

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Nicholas S. Gouletas**                                    Case number *(if known)*   **16-01335**

> **IN RESIDENCE: minimal only.**
> **- Any household goods and furnishings of value all belong to non-filing spouse and predate the 2001 marriage or were purchased by non-filing spouse post-2001.**
> **IN OFFICE: memoribilia, photographs, prints, small statues, desk, table with four chairs, bookcases, books, misc.**
> **IN POSSESSION OF CARLOS CASTILLO believed being stored at 412 S. Dearborn, Chicago, IL:**
> **- Wirlitzer jukebox unknown value, estimate is $10k**
> **- Mechanical violin/piano (like a player piano but a violin) unknown value, estimate is $40k-$70k**
> **- desk unknown value, estimate is $300**
> **- Carlos Castillo is asserting this is collateral for his loan. Debtor is unaware of any documented security interest in favor of Carlos Castillo.**

                                                                                              **Unknown**

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

   | cellphone | **$100.00** |

---

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe.....

   | included in answer to #6 above. | **Unknown** |

---

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe.....

   | 2 gazelle ellipticals, non-motorized. | **Unknown** |

---

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

    | Usual and ordinary men's clothing including business and casual attire, shoes and accessories. Approximately 5-6 years old. | **$400.00** |

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
|---|---|---|---|

| watch, pin, wedding ring, cufflinks (5 pairs), tie pins, and misc. | $1,000.00 |
|---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................

| | $1,500.00 |
|---|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..................................................................................................................

| | Cash on Hand | $500.00 |
|---|---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                      Institution name:

| 17.1. | **Savings** | **Chase (x7777)** | $1,126.91 |
|---|---|---|---|
| 17.2. | | **Republic Bank (x1771) - subject to Turnover Order** | $43.10 |
| 17.3. | | **The Private Bank (x5607)** | $1.00 |
| 17.4. | | **The Private Bank (x5398)** | $1.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them....................
   Name of entity:                                          % of ownership:

| **See attached list.** | **%** | **Unknown** |
|---|---|---|

Debtor 1    **Nicholas S. Gouletas**                                    Case number *(if known)*    16-01335

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                                    Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ■ No
   ☐ Yes. List each account separately.
                    Type of account:                Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No
   ☐ Yes. ......................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No
   ☐ Yes..............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ■ No
   ☐ Yes..............        Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

   | | |
   |---|---:|
   | **Nicholas S. Gouletas Special Trust dated June 11, 2001**<br>**- pursuant to Turnover Order No. 2 dated 8/12/2015, the Debtor**<br>**was required to provide 800 South Wells Commercial, LLC with a**<br>**signed Notice of Termination of the 2006 Restatement of the**<br>**Nicholas S. Gouletas Special Trust dated June 11, 2011.**<br>**- Debtor's current interest in the trust, if any, is unknown.** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes. Give specific information about them...

   | | |
   |---|---:|
   | **Broker's License** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Nicholas S. Gouletas**                                                     Case number *(if known)*    16-01335

**28. Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

> **Returns for tax years ending December 31, 2013; December 31, 2014 and December 31, 2015 are being prepared. It is unknown at this time whether or not the Debtor will be entitled to a refund.**

                                                                                               **Unknown**

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information..

> **Pending Renewed Motion for Attorneys' Fees and Costs filed in Case No. 12-cv-01110 in the U.S. District Court for the District of Nevada.**
> **On 1/26/2016, and order was entered granting the motion in favor of American Invsco Corporation and Nicholas S. Gouletas and against Frank Taddeo and Amelia Taddeo in the amount of $2,473.60 in attorney's fees and $1,339.30 in costs.**

                                                                                               **Unknown**

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Medicare** | **n/a** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information..

Debtor 1    **Nicholas S. Gouletas**                                     Case number *(if known)*    16-01335

| icash.illinois.gov shows Nicholas Gouletas is entitled to $10-$100 from Great West Life Insurance and Annuity Company | Unknown |

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................    **$1,672.01**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
☐ No
■ Yes.  Describe.....

| see attached list. | Unknown |

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| see attached list. | Unknown |

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| see attached list. | Unknown |

41.  **Inventory**
☐ No
■ Yes.  Describe.....

| see attached list. | Unknown |

42.  **Interests in partnerships or joint ventures**
☐ No
■ Yes.  Give specific information about them...................
          Name of entity:                              % of ownership:

| see attached list. | % | Unknown |

Debtor 1    **Nicholas S. Gouletas**                                                      Case number *(if known)*    16-01335

43. **Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No

☐ Yes.  Describe.....

44. **Any business-related property you did not already list**

☐ No

■ Yes. Give specific information.........

| | |
|---|---:|
| see attached list. | Unknown |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................ **$0.00**

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................   **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................   **$0.00**

56. **Part 2: Total vehicles, line 5**                                                      **$0.00**

57. **Part 3: Total personal and household items, line 15**                                **$1,500.00**

58. **Part 4: Total financial assets, line 36**                                            **$1,672.01**

59. **Part 5: Total business-related property, line 45**                                       **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                              **$0.00**

61. **Part 7: Total other property not listed, line 54**                          +           **$0.00**

62. **Total personal property.** Add lines 56 through 61...          **$3,172.01**    Copy personal property total        **$3,172.01**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                          **$3,172.01**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Name of Entity | % Owner(s) | Manager/Directors/General Partner |
|---|---|---|
| 100 S. Ashland, LLC | 50 Monroe Adams, Inc. | Monroe Adams, Inc. |
| | 50 Home By Invsco, Inc. | Home By Invsco, Inc. |
| 111 East Chestnut Consultants, Inc | 100 Invsco Group, Ltd. | Steven E. Gouletas (President) |
| 1122 North Clark Consultants, Inc. | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| 1122 North Clark Members, Inc. | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| 1122 North Clark Members, LLC | 99 Home By Invsco, Inc. | 1122 North Clark Members, Inc. |
| | 1 1122 North Clark Members, Inc. | |
| 1122 North Clark, LLC | 1 1122 North Clark Consultants, Inc. | 1122 North Clark Consultants, Inc. |
| | 50 Clark Street Investors, LLC (MI LLC) | |
| | 49 1122 North Clark Members, LLC (DE LLC) | |
| 1212 Mt. Vernon Consultants, Inc. | 100 Home By Invsco, Inc. | James Schwark (CFO) |
| | | Steven E. Gouletas (CEO) |
| | | Anthony R. DiBenedetto (Secretary) |
| 1212, LLC | 100 American Invsco of Georgia, LLC | 1212 Mt. Vernon Consultants, Inc. |
| 1313 North Ritchie Court Consultants, Inc. | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director) |
| | | Nicholas V. Gouletas (President) |
| 1313 North Ritchie Court, LP | 1 1313 Ritchie Court Consultants, Inc. | |
| | 79.2 Thirteen Thirteen Corporation | |
| | 16.3276 Invsco Group, Ltd. | |
| | 1.4776 A. Robert Abboud | |
| | 1.9948 Nicholas S. Gouletas | |
| 1327 Washington Loftominium, LLC | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | A.P. Property Holdings, LLC | |
| 1344 Dearborn Consultants, Inc. | | |
| 1344 Dearborn, LLC | | 1344 Dearborn Consultants, Inc. |
| 182 West Lake Commercial, LLC | | 182 West Lake, LLC |
| 182 West Lake Residential, LLC | | 182 West Lake, LLC |
| 182 West Lake, LLC | | SEG West Lake Consultants, Inc. |
| 201 N. Wells Investors, LLC | | 182 West Lake, LLC |
| 201 N. Wells, LLC (f/k/a Aventura Investor, LLC) | 99 201 S. Wells Members, Inc. | 201 S. Wells Consultants, Inc. |
| | 1 01 S. Wells Consultants, Inc. | |
| 201 S. Wells Consultants, Inc. | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |

| | | |
|---|---|---|
| **201 S. Wells Members, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **201 Wells Investors, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **2210 Mission Laguna LLC (n/k/a SEG Sandlake, LLC)** | | |
| **2520 North Lakeview Development, LLC (f/k/a Chapel Park Development, LLC)** | 35 Irene McGuire, Inc. | Christopher Lakeview, LLC |
| | 30 Columbus Investors, LLC | |
| | 30 American Invsco Development Corporation (AIDC's withdrawal as member filed 1/13/2003 - interest may have been taken over by Christopher Lakeview, LLC?) | former manager: American Invsco Development Corporation (withdrawal as manager, filed 1/13/2003) |
| **33 W Delaware Place Consultants, Inc.** | | Steven E. Gouletas (President) |
| **33 W Delaware Place Corporation** | 20 33 West Delaware Place Investors, LLC | Nicholas S. Gouletas (Director) |
| | 80 33 West Delaware Place Members, LLC | Steven E. Gouletas (President) |
| **33 W Delaware Place Members, LLC** | 100 Home By Invsco, Inc. | 33 W. Delaware Place Consultants, Inc. |
| **3650 Consultants, Inc.** | | Steven E. Gouletas (President) |
| **3660 Lake Shore Phase II, LLC** | New Yorker Holdings, LLC | New York Acquisition Company, LLC (MI LLC) |
| | New York Members, LLC | |
| | New York Consultants, Inc. | |
| **3660 Lake Shore Phase III, LLC** | New Yorker Holdings, LLC | New York Acquisition Company, LLC (MI LLC) |
| | New York Members, LLC | |
| | New York Consultants, Inc. | |
| **3663 Peachtree, LLC** | 50 American Invsco of Georgia, LLC | |
| | 50 Coordinated Properties, Inc. | |
| **440 Condominium Rental Services, Inc.** | | Steven E. Gouletas (President) |
| **440 North Wabash Commercial, LLC** | 100 440 North Wabash Holding Company, LLC | SEG Plaza 440 Consultants, Inc. |
| **440 North Wabash Holding Company, LLC** | 100 SEG Plaza 440, LLC | SEG Plaza 440 Consultants, Inc. |
| | NSG? (has interest according to citation answer) | |
| **440 North Wabash, LLC** | 440 North Wabash Holding Company, LLC | SEG Plaza 440 Consultants, Inc. |
| **444 Fullerton Consultants, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |

| | | |
|---|---|---|
| **444 Fullerton, LLC** | 99 Home By Invsco, Inc. | Home By Invsco, Inc. |
| | 1 Invsco Group, Ltd. | Invsco Group, Ltd. |
| **444 Fullerton, LP** | 1 444 Fullerton Consultants, Inc. (General) | 444 Fullerton Consultants, Inc. |
| | 99 444 Fullerton, LLC (Limited) | |
| | | |
| **5000 Town Center Associates, LP** | 63 5000 Town Center, LP | 5000 Town Center, LP |
| | 35 5000 Town Center Investors (MI co- | |
| | 2 partnership) | |
| | American Invsco Development Corporation | |
| | | |
| **5000 Town Center Consultants, Inc.** | 100 American Invsco Development Corporation | Nicholas S. Gouletas (Director/President) |
| | | Steven E. Gouletas (Director) |
| **5000 Town Center, LP** | | |
| **The 800 Condominiums, LLC** | 50 800 Consultants, Inc. | 800 Consultants, Inc. |
| | 50 American Invsco Development Corporation | James Schwark |
| | | Steven E. Gouletas |
| | | Anthony R. DiBenedetto |
| | | Nicholas S. Gouletas |
| | | Michal Fish |
| **800 Consultants, Inc.** | 100 American Invsco Development Corporation | Nicholas S. Gouletas (Director/President) |
| | | Steven E. Gouletas (Director) |
| **800 South Wells Commercial, LLC** | 50 Nicholas S. Gouletas | D.A.N. Joint Venture III, LP |
| | 50 River City Investors, LLC (MI LLC) | |
| **800 South Wells Phase I, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **800 South Wells Phase II, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |

| | | |
|---|---|---|
| **801 South Wells Consultants, Inc.** | | Nicholas S. Gouletas (President) |

| | | |
|---|---|---|
| **801 South Wells, LP** | | |
| **9195 Surfside Consultants, Inc.** | | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **9195 Surfside Corporation** | 9195 Surfside Members, LLC | Nicholas S. Gouletas (Director) |
| | 9195 Surfside Investors, LLC | Steven E. Gouletas (Director/President) |
| **9195 Surfside Members, LLC** | 100 Home By Invsco, Inc. | 9195 Surfside Consultants, Inc. |
| **9195 Surfside, LLC** | 9195 Surfside Members, LLC | 9195 Surfside Members, LLC |
| | 9195 Surfside Consultants, Inc. | 9195 Surfside Consultants, Inc. |
| **A.P. Loftominium Consultants, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director) |
| | | Mark Goldstein (President) |
| **A.P. Members, LLC** | 99 Home By Invsco, Inc. | A.P. Loftominium Consultants, Inc. |
| | 1 A.P. Loftominium Consultants, Inc. | |
| **A.P. Property Holdings, LLC** | 1 A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | 50 A.P. Property Holdings, LLC | |
| | 49 A.P. Members, LLC | |
| **Acquest Group LLC** | | |
| **Admin Condominium Rental Services, Inc.** | | Anthony DiBenedetto (President) |
| **AI Real Estate, Inc. (f/k/a American Invsco Realty, Inc.; f/k/a American Invs-co Realty, Inc.)** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **AIG Consultants Inc.** | | |
| **AIGL Development Company, LLC (f/k/a AIGL Development Corporation, LLC; f/k/a AIGL Development Corporation)** | 100 American Invsco Group, Ltd. | American Invsco Group, Ltd. |
| **AIGL Development Corporation (see AIGL Development Company, LLC)** | | |
| **AIGL Payroll Services Corporation (see AIGL Real Estate Company)** | | |
| **AIGL Real Estate Company, Inc. (f/k/a AIGL Payroll Services Corporation)** | 100 American Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **AIGL Storage Holdings, LLC (IL File No. 02998351 and 03190722)** | 100 American Invsco Group, Ltd. | American Invsco Group, Ltd. |
| **AIGL Transactional Group, LLC** | AIGL Development Corporation | AIGL Development Corporation |
| **Ambelos Corporation** | 100 Cadmus Corporation | Nicholas S. Gouletas |
| **American Invsco Corporation** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |

| Company | Ownership | Officers |
|---|---|---|
| **American Invsco Design & Construction, Inc.** | | Nicholas S. Gouletas (President) |
| **American Invsco Development Corporation** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |
| **American Invsco Florida Realty Company (f/k/a American Invsco Yacht Club Realty Company; f/k/a Invesco Residential Realty Company)** | 100 American Invsco Realty, Inc. (*see* AI Real Estate, Inc.) | Nicholas S. Gouletas (Director/President) |
| **American Invsco Group, LLC** | | AIG Consultants, Inc. |
| **American Invsco Group, Ltd.** | 79 Cadmus Corporation<br>21 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **American Invsco International Corporation** | | Evangeline Gouletas (President) |
| **American Invsco of Georgia, LLC** | 50 1212 Mt. Vernon Consultants, Inc.<br>50 Southern Parners Land and Development, LLC | |
| **American Invs-co Realty Services, Inc.** | | |
| **American Invsco Realty, Inc. (IL *see* AI Real** | | |
| **American Invsco Realty, Inc. (NV)** | 100 AI Real Estate, Inc. | Nicholas S. Gouletas (Director/President) |
| **American Invsco Realty, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **American Invsco Yacht Club Realty, Co. (*see* American Invsco Florida Realty Company)** | | |
| **American Monroe, Ltd. (*see* Home by Invsco, Inc.)** | | |
| **Annie New Yorker LLC** | | |
| **Aventura Investor, LLC (*see* 201 S. Wells, LLC)** | | |
| **Bermuda Condominium Rental Services, Inc.** | 100 Condominium Rental Services, Inc. | Nicholas S. Gouletas (Director/President) |
| **Bermuda Rental, Inc.** | | Steven E. Gouletas (Director/President) |
| **Birchwood Terrace Associates, LP** | | |
| **Birchwood Terrace Consultants, Inc.** | | Norman A. Katz |
| **Boulevard Associates, LP** | Boulevard Consultants, Inc.<br>? | Boulevard Consultants, Inc. |
| **Boulevard Consultants, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director)<br>Steven E. Gouletas (Director/President) |
| **Boynton Pinehurst, LLC** | | SEG Boynton Pinehurst Consultants, Inc. |
| **Brittany Place, LP** | | |
| **Brittany Place, Inc.** | | Steven E. Gouletas (President) |
| **Cadmus Corporation** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |

| | | |
|---|---|---|
| **Century Condominium Rental Services, Inc.** | | Steven E. Gouletas (President) |
| **Century Tower Rental, Inc.** | | |
| **Chapel Park Development, LLC** | | |
| **(see 2520 North Lakeview Development, LLC)** | | |
| **Chestnut Street Holdings, LLC** | Hudson Asset Management, Inc. (TX Corp) | 111 East Chestnut Consultants, Inc. |
| | Chestnut-Pearson, Inc. (IL Corp.) | |
| | 111 East Chestnut Consultants, Inc. (IL Corp.) | |
| **Christopher Lakeview Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director/President) |
| **Christopher Lakeview, LLC** | 1 Christopher Lakeview Consultants, Inc. | Christopher Lakeview Consultants, Inc. |
| | 99 Home by Invsco, Inc. | |
| **Clark New Yorker, LLC** | | |
| **Condominium Construction Management, Inc.** | | Nicholas S. Gouletas (President) |
| **Condominium Rental Management, Inc.** | | Steven E. Gouletas (President) |
| **Condominium Rental Services, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **Creditors Paying Agent, LLC** | | |
| **CRS Rental Management, Inc.** | | |
| **CRSI Facilities Corporation** | | Steven E. Gouletas (President) |
| **Dearborn Holding Company, LLC (f/k/a Dearborn, LLC)** | 2 SEG Dearborn Members, LLC | SEG Dearborn Consultants, Inc. |
| | 98 200 N. Dearborn Investors, LLC | |
| **Dearborn Rental, Inc.** | | Nicholas S. Gouletas (President) |
| **Dearborn Residential, LLC** | 100 Lake Dearborn, LLC | SEG Dearborn Consultants, Inc. |

| | | |
|---|---|---|
| **Dearborn Retail, LLC** | 100 Lake Dearborn, LLC | SEG Dearborn Consultants, Inc. |
| **Dearborn, LLC (*see* Dearborn Holding Company, LLC)** | | |
| **DR Dearborn Investment, LLC** | 100 Dearborn Residential, LLC | Dearborn Residential, LLC |
| **Final Creditors Paying Agent, LLC** | | |
| **Galleria Commercial Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) Steven E. Gouletas (Director/President) |
| **Galleria Commercial Members, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) Steven E. Gouletas (Director/President) |
| **Galleria Commercial, LLC** | 99 Galleria Commercial Members, Inc. 1 Galleria Commercial Consultants, Inc. | Galleria Commercial Consultants, Inc. |
| **Galleria Residential Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) Steven E. Gouletas (Director/President) |
| **Galleria Residential Members, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) Steven E. Gouletas (Director/President) |
| **Galleria Residential Members, LLC** | 1 Galleria Residential Members, Inc. 99 Home by Invsco, Inc. | Galleria Residential Members, Inc. |
| **Galleria Residential, LLC** | 2 Galleria Residential Consultants, Inc. 98 Galleria Residential Members, LLC | Galleria Residential Consultants, Inc. |
| **Gallerial Residuary Member LLC** | | |
| **Garvey Court Investment Company, LLC** | 100 AIGL Development Company, LLC | AIGL Development Company, LLC |
| **Green Valley Henderson, LLC** | | |

| | | |
|---|---|---|
| **Home by Invsco, Inc. (f/k/a American Monroe, Ltd.)** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |
| **Invsco Acquisition Corporation** | 100 Ambelos Corporation | Nicholas S. Gouletas (Director/President) |
| | | Steven E. Gouletas (Director) |
| **Invsco Advertising, Inc.** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **Invsco Condominium Development Group, Ltd. (see Invsco Group, Ltd.)** | | |
| **Invsco Construction & Design, Inc** | | |
| **Invsco Design and Construction, Inc.** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **Invsco Development Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director/President) |
| **Invsco Development Members, LLC** | 1 Invsco Development Consultants, Inc. | Invsco Development Consultants, Inc. |
| | 99 Home by Invsco, Inc. | |
| **Invsco Development, LLC** | 1 Invsco Development Consultants, Inc. | Invsco Development Consultants, Inc. |
| | 50 Millennium Centre Investors, LLC | |
| | 49 Invsco Development Members, LLC | |
| **Invsco Employee Sevices, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **Invsco Grand Pier Consultants, Inc.** | | Steven E. Gouletas (President) |
| **Invsco Group, Ltd. (f/k/a Invsco Condominium Development Group, Ltd.)** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |
| **Invsco Holding, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **Invsco Management Company, Inc.** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **Invsco Management, Inc.** | | |
| **Invsco National Development, Inc.** | | Steven E. Gouletas (President) |
| **Invsco Realty II, Inc.** | | Steven E. Gouletas (President) |
| **Invsco Residential Realty Company (n/k/a American Invsco Yacht Club Realty, Co.)** | | |
| **Koval Flamingo Investors LLC** | | |
| **Koval Flamingo, LLC** | | SEG Nevada Consultants, Inc. |
| **Lake Dearborn, LLC** | Dearborn Holding Company, LLC (100 common) Derborn Investments, LLC (100 preferred) | SEG Dearborn Consultants, Inc. |

| | | |
|---|---|---|
| **Lake Point Tower, LP** | 19.5238 Lake Point Tower Consultants, Inc. | Lake Point Tower Consultants, Inc. |
| | 10 PTL Venture | |
| | 19.0476 PTL Venture | |
| | 6.36190 George B. Collins | |
| | 2.20952 Nicholas A. Karris | |
| | .95238 Mary Ann Karris | |
| | .95238 James Costakis | |
| | 1.42857 Eunice J. Gouletas | |
| **La Salle Commercial Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director/President) |
| **La Salle Commercial, LLC** | 99 Home by Invsco, Inc. (Cap. Contrib. = 90%) | LaSalle Commercial Consultants, Inc. |
| | 1 LaSalle Commercial Consultants, Inc. (Cap. Contrib. 10%) | |
| **Loan Servicing, Inc.** | | |
| **Loomis Loftominium, LLC** | 1 A.P. Loftominium Consultants, Inc. (Cap. | A.P. Loftominium Consultants, Inc. |
| | 99 Contrib. 10%) | |
| | A.P. Property Holdings, LLC (Cap. Contrib. 90%) | |
| **May Loftominium, LLC** | 1 A.P. Loftominium Consultants, Inc. (Cap. | A.P. Loftominium Consultants, Inc. |
| | 99 Contrib. 10%) | |
| | A.P. Property Holdings, LLC (Cap. Contrib. 90%) | |
| **Meridian Condominium Rental Services, Inc.** | 100 Condominium Rental Services, Inc. | Nicholas S. Gouletas |
| **Meridian Private Residences a Condominium** | | |
| **Meridian Private Residences CH, LLC** | | |
| **Michigan Pearson Commercial, LLC** | | Chestnut Street Holdings, LLC |
| **Millennium Centre Chiller, LLC** | Millennium Centre Tower, LLC | Millennium Centre Tower, LLC |
| | AEW/Golub MCT Investment, LLC | |
| **Millennium Centre Tower, LLC** | 50 Dearborn East Partners, LP | Invsco Development, LLC |
| | 50 Invsco Development, LLC | Cataldo/Marovitz Investments, LLC |

| Mortgage Funding Consultants, Inc | 1 Nicholas S. Gouletas | Nicholas S. Gouletas |
| | 99 Invsco Group, Ltd. | Steven E. Gouletas |
| National Rental Services, Inc. | | Tiffany Johnston (President) |
| Nevada Maintenance, Inc. | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| New Ambelos, LLC | 100 American Invsco Group, Ltd. | American Invsco Group, Ltd. |
| New York Commercial, LLC | New York Members, LLC | New York Acquisition Company, LLC (MI LLC) |
| | New York Consultants, Inc. | |
| New York Consultants, Inc. | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| New York Members, LLC | | New York Consultants, Inc. |
| New York Residential, LLC | New Yorker Holdings, LLC (opted out 1/1/02) | New York Acquisition Company, LLC (MI LLC) |
| | New York Members, LLC | |
| | New York Consultants, Inc. | |
| NKM Garvey, LLC | 93 Natel Matschulat | Steven E. Gouletas |
| | 7 Nicholas S. Gouletas | |
| NTI Holding, Inc | | |
| NV International Investment, Inc. | | |
| OC Residential Manager, LLC | 100 New Ambelos, LLC | New Ambelos, LLC |
| Ontario / Century Tower Holding Company, LLC | | |
| Ontario Century Manager, LLC | 100 New Ambelos, LLC | New Ambelos, LLC |
| Ontario Century Property, LLC | 63 Ontario Century Manager, LLC | Ontario Century Manager, LLC |
| | 37 OC Residential Manager, LLC | OC Residential Manager, LLC |
| Ontario Condominium Rental Services, Inc. | 100 Condominium Rental Services, Inc. | Nicholas S. Gouletas (Director/President) |
| Ontario Place Investors, LLC | | |
| Ontario Rental, Inc. | | |
| Ontario State Commercial, LLC | | SEG Ontario Consultants, Inc. |
| Ontario State Holding Company, LLC | 100 Ontario/Century Tower Holding Company, LLC | SEG Ontario Consultants, Inc. |
| Ontario State, LLC | 100 Ontario State Holding Company, LLC | SEG Ontario Consultants, Inc. |
| Orlando Plantation Consultants Inc | | |
| Orlando Plantation Members LLC | | |
| Orlando Plantation Park LLC | | |

| | | |
|---|---|---|
| **Orlando Westpointe, LLC** | 98 Orlando Westpointe Investors, LLC | SEG Orlando Westpointe Consultants, LLC |
| | 2 SEG Orlando Westpointe Members, LLC | |
| **Orleans Loftominium, LLC** | | A.P. Loftominium Consultants, Inc. |
| **Park LaSalle Inc.** | | |
| **Park West Acquisition, LP** | 444 Fullerton Consultants, Inc. | 444 Fullerton Consultants, Inc. |
| | 444 Fullerton, LP | |
| **Peachtree Rumson Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas |
| | | Steven E. Gouletas |
| **Peachtree Rumson Members, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas |
| | | Steven E. Gouletas |
| **Peachtree Rumson, LLC** | Peachtree Rumson Consultants, Inc. | Peachtree Rumson Consultants, Inc. |
| | Seyburn Peachtree Investors, LLC | |
| **Pearson Associates, LLC** | | Chestnut-Pearson, Inc. |
| | | American Invsco Development Co |
| | | G. Marshall Abbey |
| **Peoria Sangamon Loftominium, LLC** | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | A.P. Property Holdings, LLC | |
| **Plantation Condominium Rental Services, Inc.** | | Steven E. Gouletas |
| **Private Residences at Ontario Place, LLC** | | |
| **RE Liquidation Manager, LLC** | | New Ambelos, LLC |
| **Realty Marketing Services, Inc.** | | Steven E. Gouletas (President) |
| **Realty National Marketing, Inc.** | | Steven E. Gouletas (President) |
| **Realty Payroll Services, Inc.** | | |
| **Realty Services, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **River City Fee, LLC** | Home by Invsco, Inc. | American Invsco Development Corporation |
| | American Invsco Development Corporation | |
| **River City Holdings, LLC (IL File No. 00507806)** | | Nicholas S. Gouletas |
| **River City Holdings, LLC (IL File No. 00507849)** | 50 Nicholas S. Gouletas | Nicholas S. Gouletas |
| | 50 River City Investors, LLC (MI LLC) | |
| **River City Leasehold, LLC** | | American Invsco Development Corporation |
| **River City Marina, LLC** | River City Holdings, LLC | Nicholas S. Gouletas |
| **River City Residences, LLC** | River City Holdings, LLC | Nicholas S. Gouletas (Manager) |
| **River Oaks Renaissance Consultant Inc** | | |
| **River Oaks Renaissance LLC** | | |
| **River Oaks Renaissance Members LLC** | | |

| | | |
|---|---|---|
| **Sandlake Condominium Rental Services, Inc.** | | Steven E. Gouletas |
| **Sandlake Residences, LLC** | | SEG Sandlake Consultants, Inc. |
| **Sedgwick House Consultants, Inc.** | 100 American Invsco Development Corporation | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **Sedgwick House, LLC** | Sedgwick House Consultants, Inc. | Sedgwick House Consultants, Inc. |
| **SEG 3650 Members, LLC** | 100 Nicholas S. Gouletas | 3650 Consultants, Inc. |
| **SEG Boynton Pinehurst Consultants Inc** | | |
| **SEG Boynton Pinehurst Members LLC** | | |
| **SEG Dearborn Consultants, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **SEG Dearborn Members, LLC** | .99 Nicholas S. Gouletas | SEG Dearborn Consultants, Inc. |
| | .01 SEG Dearborn Consultants, Inc. | |
| | 99 Condominium Rental Services, Inc. | |
| **SEG GV Henderson Capital, LLC** | | |
| **SEG GV Henderson Consultants Inc** | | |
| **SEG Henderson Members LLC** | | |
| **SEG Holding Company, Inc.** | 100 American Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **SEG Nevada Consultants, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **SEG Nevada Members, LLC** | 100 250 E. Flamingo, Inc. (MI Corporation) | SEG Nevada Consultants, Inc. |
| **SEG Ontario Consultants, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **SEG Ontario Members, LLC** | 100 Nicholas S. Gouletas | SEG Ontario Consultants, Inc. |
| **SEG Orlando Westpointe Consultants Inc** | | |
| **Seg Orlando Westpointe Members LLC** | | |
| **SEG Plaza 440 Consultants, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (President) |
| **SEG Plaza 440, LLC** | 100 Steven E. Gouletas | SEG Plaza 440 Consultants, Inc. |
| **SEG Sandlake Consultants, Inc.** | | Steven E. Gouletas (President) |
| **SEG Sandlake, LLC** | 100 Nicholas S. Gouletas | Home by Invsco, Inc. |
| **SEG Storage Holdings, LLC** | Nicholas S. Gouletas | SEG Holding Company |
| | SEG Holding Company | |
| **SEG West Lake Consultants, Inc.** | 100 Nicholas S. Gouletas | Mark Goldstein (President) |
| **SEG West Lake Members, LLC** | 100 Nicholas S. Gouletas | SEG West Lake Consultants, Inc. |
| **Sterling Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) |
| **Sterling Members, LLC** | Home by Invsco, Inc. | Sterling Consultants, Inc. |
| | Sterling Consultants, Inc. | |
| **Sterling Residences, LLC** | Sterling Members, LLC | Sterling Consultants, Inc. |
| | Sterling Consultants, Inc. | |

| | | |
|---|---|---|
| **Sterling, LLC** | Jack Shaffer | |
| | Tom Collins | |
| | Dick Hulina | |
| | Doug Reichl | |
| | Donald L. Allen | |
| **SWR Consultants, Inc.** | | Steven E. Gouletas (President) |
| **SWR, LLC** | | SWR Consultants, Inc. |
| **The Acquest Group, LLC** | 100 American Invsco Realty, LLC | Nicholas S. Gouletas |
| **The Peachtree Rumson LLC** | | |
| **The River Oaks Renaissance, LLC** | The River Oaks Renaissance Consultants, Inc. | The River Oaks Renaissance Consultants, Inc. |
| | Houston Investors, LLC | |
| **The Windsor Administration, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas |
| | | Steven E. Gouletas |
| **The Windsor at 620, LLC** | 1 The Windsor Administration, Inc. | The Windsor Administration, Inc. |
| | 50 Windsor Investors, LLC | |
| | 49 Windsor Members, LLC | |
| **The Yacht Club at Aventura, Inc.** | | Steven E. Gouletas (President) |
| **The Yacht Club at Aventura, LLC** | | Invsco Group, Ltd. |
| **The Yacht Club at Aventura, LP** | The Yacht Club at Aventura, Inc. | |
| | The Yacht Club at Aventura, LLC | |
| **Town Center Realtors, Inc.** | | Steven E. Gouletas (President) |
| **Twin Rivers, Inc.** | | Nicholas S. Gouletas (President) |
| **Wabash Loftominium, LLC** | 1 A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | 99 Wabash Members, LLC | |
| **Wabash Members, LLC** | 1 A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | 99 Home by Invsco, Inc. | |
| **Washington-Morgan Loftominium, LLC** | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | A.P. Property Holdings, LLC | |
| **Windsor Members, Inc.** | | T Schmitt, E (CFO) |
| **Windsor Members, LLC** | 100 Windsor Members, Inc. | Windsor Members, Inc. |

| State | Status | NSG Role/Title (w/in 6 yr) | Nature of Business | EIN | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|
| DE | | | | 36-4308946 | 7/12/1999 (DE) | |
| | | | | | 1/18/2000 (IL) | 7/13/2007 (IL) |
| IL | Voluntary Dissolution | Director/Officer | | 36-3918868 | 11/19/1993 | 9/22/2009 |
| IL | Involuntary Dissolution | Director | Manager of 1122 North Clark LLC | 36-4260436 | 10/20/1998 | 3/9/2007 |
| IL | Involuntary Dissolution | Director | Manager of 1122 North Clark Members LLC | | 10/20/1998 | 3/9/2007 |
| IL | Involuntary Dissolution | | | | 2/19/1999 | 7/31/2006 |
| IL | Involuntary Dissolution | | | 36-4260438 | 11/4/1998 | 5/11/2007 |
| GA | Voluntary Dissolution | | Manager for 1212, LLC and American Invsco of Georgia, LLC | 36-4404293 | 9/26/2000 | 5/4/2007 |
| GA | Voluntary Dissolution | | Mount Vernon Plantation development | 36-4385266 | 7/31/2000 | 5/4/2007 |
| IL | Involuntary Dissolution | Director | | 36-3916412 | 10/25/1993 | 3/1/2002 |
| IL | Involuntary Dissolution | Limited Partner | | | 6/16/2008 | 6/16/2008 |
| IL | Involuntary Dissolution | | | 36-4333881 | 1/25/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | Manager of 1344 Dearborn LLC | | 6/8/1999 | 11/1/2002 |
| IL | Involuntary Dissolution | | | | 7/9/1999 | 12/28/2002 |
| IL | Involuntary Dissolution | | Holding company for office condominium at 182 W. Lake St. in Chicago, IL | | 7/13/2005 | 1/11/2013 |
| IL | Involuntary Dissolution | | | | 7/13/2005 | 1/11/2013 |
| IL | Involuntary Dissolution | | | | 6/24/2005 | 12/14/2012 |
| IL | Involuntary Dissolution | | | | 6/19/2000 | 12/14/2012 |
| IL | Involuntary Dissolution | | | 36-4234635 | 6/2/1998 | 11/28/2002 |
| IL | Involuntary Dissolution | Director | | 36-4234533 | 6/3/1998 | 11/1/2002 |

| IL | Involuntary Dissolution | Director | | 36-4234536 | 6/4/1998 | 11/1/2002 |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Director | | 36-4340888 | 8/19/1999 | 1/8/2010 |
| IL | Involuntary Dissolution | | | 36-4422233 | 2/8/2001 | 8/10/2012 |
| IL | Involuntary Dissolution | | | | 2/20/2003 | 7/10/2009 |
| IL | Involuntary Dissolution | Director | | 75-3101913 | 2/20/2003 | 7/10/2009 |
| IL | Voluntary Dissolution | | | 71-0940694 | 2/24/2003 | 9/24/2009 |
| IL | Involuntary Dissolution | | | | 1/17/2008 | 6/11/2010 |
| IL | Active | | | 36-4376056 | 5/31/2000 | present |
| IL | Active | | | 36-4376125 | 5/31/2000 | present |
| GA | Involuntary Dissolution | | | | 12/15/2000 | 5/16/2008 |
| IL | Involuntary Dissolution | | | 20-8992758 | 5/7/2007 | 10/9/2009 |
| IL | Involuntary Dissolution | | Holding company for real property at 7 E. Illinois St. in Chicago, IL. | | 12/20/2004 | 6/8/2012 |
| IL | Involuntary Dissolution | | | | 6/15/2004 | 12/14/2012 |
| IL | Involuntary Dissolution | | | | 6/15/2004 | 4/2/2009 |
| IL | Involuntary Dissolution | Director | | 36-4114872 | 12/6/1996 | 5/11/2007 |

| | | | | | | |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 36-4117385 | 12/13/1996 | 6/8/2007 |
| IL | Involuntary Dissolution | | | 36-4114874 | 12/11/1996 | 6/16/2008 |
| MI | | | | | 1/1/1996 | |
| IL | Involuntary Dissolution | Director/Officer | | 36-4034986 | 8/24/1995 | 1/2/2002 |
| IL | Involuntary Dissolution | | | | 8/25/1995 | 6/16/2008 |
| KY | Voluntary Dissolution | Manager | | 31-1496722 (pre 9/97) 36-4211092 (post 9/97) | 12/30/1996 | 3/8/2006 |
| IL | Involuntary Dissolution | Director/Officer | | 36-4165530 | 1/15/1997 | 6/1/2006 |
| IL | Active | Member | 06-15500 | | 1/5/2001 | present |
| IL | Involuntary Dissolution | Member/Manager | | | 1/5/2001 | 1/10/2007 |
| IL | Involuntary Dissolution | Member/Manager | Holding company for vacant land at 800 S. Wells Street in Chicago, IL. On August 19, 2013, entity filed under Ch. 11. In December 2014, the real estate was sold pursuant to court order to unaffiliated third party purchaser for $7,750,000 which was distributed to creditors and the case was ultimately dismissed leaving the LLC as a shell with no remaining assets. On May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Bk remains pending. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 36-4420202 | 1/5/2001 | 7/10/2015 |
| IL | Involuntary Dissolution | Officer | | | 1/21/1997 | 6/1/2002 |

| | | | | | |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 1/22/1997 | 6/16/2008 |
| FL | Involuntary Dissolution | Director | 36-4443454 | 5/14/2001 | 9/24/2010 |
| IL | Involuntary Dissolution | Director | 36-4454019 | 6/27/2001 (IL) 7/11/2001 (FL) | 11/12/2010 (IL) 10/1/2004 (FL) |
| FL | Involuntary Dissolution | | 36-4443459 | 5/14/2001 | 9/25/2009 |
| FL | Involuntary Dissolution | | 36-4443463 | 5/14/2001 | 9/25/2009 |
| IL | Involuntary Dissolution | Director | 36-4333877 | 12/10/1999 | 5/11/2012 |
| IL | | | 36-4333884 | 1/28/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | 36-4342088 | 1/31/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | | 12/14/2007 | 5/14/2010 |
| IL | | Director/Officer (President/Treasuerer/Secretary) | 36-2703544 | 7/22/1970 | 12/12/2014 |
| IL | Involuntary Dissolution | | | 10/10/2000 | 3/1/2002 |
| DE | | | 27-1126425 | 2/1/2010 (DE) 4/29/2010 (IL) | 10/10/2014 (IL) |
| IL | Involuntary Dissolution | Director/Officer | 27-1482896 | 12/14/2009 | 12/11/2012 |
| IL | Involuntary Dissolution | | 27-1483469 | 11/11/2009 6/25/2010 | 5/19/2010 12/13/2013 |
| IL | Involuntary Dissolution | | | 12/28/2009 | 6/8/2012 |
| DE | | Director | 36-2880375 | 5/26/1976 | |
| DE | | Director/Officer | 36-2775654 | 5/24/1973 (DE) 10/29/1973 (IL) | 3/8/2013 (IL) |

| State | Status | Role | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Officer | | 2/24/2005 | 7/13/2012 |
| DE | | Director/Officer | 36-4063110 | 11/8/1979 (DE) | |
| IL | Involuntary Dissolution | | | 4/18/1995 (IL) | 9/14/2012 (IL) |
| FL | Involuntary Dissolution | Director/Officer | 36-4329836 | 11/5/1999 | 9/28/2012 |
| IL | Involuntary Dissolution | | | 10/11/2000 | 3/30/2002 |
| DE | | Shareholder/Director/Officer | 80-0236557 | 8/1/2008 (DE) | |
| | | | | 8/12/2009 (IL) | 1/10/2015 (IL) |
| IL | Involuntary Dissolution | | | 4/2/1993 | 9/1/1998 |
| GA | Voluntary Dissolution | | 36-4404295 | 5/18/2000 | 6/21/2007 |
| NV | Revoked | Director/Officer | 20-4145701 | 1/18/2006 | 1/13/2012 |
| IL | Involuntary Dissolution | Member/Manager | 45-4017704 | 12/12/2011 | 6/13/2014 |
| FL | Involuntary Dissolution | Director/Officer | 26-0320104 | 6/5/2007 | 9/28/2012 |
| FL | Involuntary Dissolution | | | 1/31/2008 | 9/25/2009 |
| IL | Involuntary Dissolution | | | 4/12/1994 | 6/16/2008 |
| IL | Involuntary Dissolution | | | 4/12/1994 | 9/3/1996 |
| IL | Involuntary Dissolution | | | 4/25/1994 | 6/16/2008 |
| IL | Involuntary Dissolution | | 36-3951548 | 4/25/1994 | 9/11/2009 |
| DE | | | 20-4254752 | 2/2/2006 (DE) | |
| | | | | 2/14/2006 (FL) | 9/26/2008 (FL) |
| IL | Involuntary Dissolution | | | 12/17/1993 | 6/16/2008 |
| IL | Involuntary Dissolution | | | 12/14/1993 | 5/1/2002 |
| DE | | Shareholder/Director/Officer | 51-0247178 | 11/9/1978 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 20-8992792 | 5/7/2007 | 10/9/2009 |
| IL | Involuntary Dissolution | | | | 2/28/2008 | 7/10/2009 |
| DE | | | | | 4/11/1997 (DE) 4/29/1997 (IL) | 10/9/2009 (IL) |
| IL | Involuntary Dissolution | Director/Officer | | 32-0021165 | 4/22/2002 | 9/14/2012 |
| IL | Involuntary Dissolution | | | 61-1421092 | 4/22/2002 | 10/10/2014 |
| IL | Involuntary Dissolution | | | | 3/22/2007 | 8/10/2012 |
| IL | Involuntary Dissolution | | | | 8/27/2004 | 1/8/2010 |
| IL | | Shareholder/Director/Officer | | 20-2086679 | 7/22/2004 | |
| DE | | | | | 3/22/2005 | |
| IL | Involuntary Dissolution | | | | 3/18/2008 | 8/14/2009 |
| IL | Involuntary Dissolution | | | | 3/27/2006 | 8/14/2009 |
| IL | | | | 20-8015466 | 12/8/2006 | |
| IL | Involuntary Dissolution | | | | 2/28/2008 | 7/13/2012 |
| IL | Involuntary Dissolution | | Holding company for four (4) residential condominium units and parking spaces located at 200 N. Dearborn in Chicago, IL. In 13-36813 (Jointly Administered) on May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 20-8015500 | 12/8/2006 | 6/12/2015 |

| IL | Involuntary Dissolution | | Holding company for food court located at 200 N. Dearborn in Chicago, IL. In 13-36813 (Jointly Administered) on May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 20-8015402 | 12/8/2006 | 6/12/2015 |
| IL | Involuntary Dissolution | | on May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 45-3057511 | 8/18/2011 | 2/13/2015 |
| DE | | | | | 11/13/2007 | |
| IL | Involuntary Dissolution | Director | | 36-4249174 | 7/24/1998 | 12/1/2006 |
| IL | Involuntary Dissolution | Director | | 32-0007192 | 7/24/1998 | 12/1/2006 |
| IL | Involuntary Dissolution | | | 36-4249175 | 8/6/1998 | 1/28/2007 |
| IL | Involuntary Dissolution | Director | | 36-4249170 | 7/24/1998 | 12/12/2008 |
| IL | Involuntary Dissolution | Director | | 36-4283830 | 7/24/1998 | 12/12/2008 |
| IL | | | | 36-4247740 | 9/16/1998 | 3/13/2009 |
| IL | Involuntary Dissolution | | | 36-4249172 | 8/6/1998 | 2/13/2009 |
| IL | Involuntary Dissolution | | | 80-0858638 | 10/9/2012 | 4/11/2014 |

| IL | Involuntary Dissolution | Director/Officer | | 36-3865811 | 11/20/1992 (IL) | 4/11/2014 (IL) |
|----|------------------------|------------------|--|------------|-----------------|----------------|
| IL | Involuntary Dissolution | Director/Officer | | 36-3905958 | 8/23/1993 | 1/8/2010 |
| IL | Involuntary Dissolution | Director | | 36-3926933 | 12/13/1991 | 5/14/2010 |
| | | | | | | |
| IL | Involuntary Dissolution | Director | | 36-3894700 | 12/13/1991 | 5/14/2010 |
| IL | Involuntary Dissolution | Director/Officer | | 32-0012084 | 8/9/1999 | 1/10/2015 |
| IL | Involuntary Dissolution | | | 36-4500743 | 5/1/2002 | 11/14/2014 |
| IL | Involuntary Dissolution | | | 36-4310301 | 8/24/1999 | 2/13/2015 |
| IL | Involuntary Dissolution | Shareholder/Director/Officer | | 45-40229657 | 12/12/2001 | 5/9/2014 |
| IL | Involuntary Dissolution | | | | 10/21/1999 | 3/1/2002 |
| IL | Involuntary Dissolution | Director/Officer | | 36-3801307 | 6/12/1991 | 11/8/2013 |
| IL | Involuntary Dissolution | Member/Manager | | 45-4018907 | 12/12/2011 | 6/13/2014 |
| IL | Involuntary Dissolution | Director/Officer | | 36-3808559 | 2/3/1992 | 7/13/2012 |
| IL | Involuntary Dissolution | | | | 8/27/2004 | 1/8/2010 |
| IL | Involuntary Dissolution | | | | 8/27/2004 | 1/8/2010 |
| FL | | | | | | |
| | | | | | | |
| NV | | | | | | |
| NV | | | | | 12/9/2004 | |
| DE | | In 13-36813 (Jointly Administered) during Spring 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets | | 20-8283155 | 1/23/2007 (IL) | 7/10/2015 (IL) |

| State | Status | Role | Description | ID | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | | 2/3/1998 | 6/1/2008 |
| IL | Involuntary Dissolution | Director/Officer | | 36-4413546 | 11/9/2000 | 4/10/2015 |
| IL | Involuntary Dissolution | | Holding company for 16,000 square feet of vacant office space and 26 parking spaces at 1212 N. LaSalle Street in Chicago, IL (collectively, the "Assets"). On May 8, 2014 Assets were transferred as part of "Big Horn Transaction" to Garvey Court, LLC. NSG does not have an ownership interst in Garvey Court, LLC which filed for Ch. 7 in NDIL case no 16-01700. | 36-4416805 | 11/13/2000 | 5/8/2015 |
| IL | Involuntary Dissolution | | | | 7/11/2008 | 12/11/2009 |
| IL | Involuntary Dissolution | | | 36-4333889 | 1/28/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | | 36-4333882 | 1/28/2000 | 7/13/2007 |
| NV | | Director/Officer | | 20-0426697 | 6/8/2007 | |
| MI | | | | | 11/30/2007 | |
| IL | Involuntary Dissolution | | | | 12/3/2001 | 6/11/2010 |
| IL | Active | | | | 3/25/2003 | present |
| IL | Active | | | 36-4378112 | 7/3/2000 | present |

| | | | | | | |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Shareholder/Director | | 36-3613868 (IL) | 10/18/1988 (IL) | 3/8/2013 (IL) |
| IL | Voluntary Dissolution | | | | 7/24/2009 | 9/12/2011 |
| NV | | Director/Officer | | 20-8668149 | 3/8/2007 | |
| DE | | | | 27-0856222 | 3/24/2009 | |
| IL | Active | | | 36-4376093 | 5/31/2000 | present |
| IL | Involuntary Dissolution | Director | | 36-4374192 | 5/31/2000 | 10/9/2009 |
| IL | Involuntary Dissolution | | | 36-4371718 | 6/6/2000 | 12/11/2009 |
| IL | Active | | | 36-4376123 | 5/31/2000 | present |
| IL | Active | Member | owns 13% of Garvey Court, LLC | | | |
| IL | Involuntary Dissolution | | | 27-086359 | 8/26/2009 | 2/13/2015 |
| DE | | | | | 11/30/2007 | |
| IL | Active | | | 27-0856409 | 8/26/2009 | present |
| DE | | | Holding company for 4 condominium units at 182 W. Lake St. in Chicago, IL. Three (3) Units have all been sold, NSG did not personally receive any of the proceeds. Company now in bk in NDIL under case no 15-34713. | 27-0960292 | 8/28/2009 (IL) | present |
| IL | Involuntary Dissolution | Director/Officer | | 20-8992775 | 5/7/2007 | 10/11/2013 |
| MI | | | | | 2/8/2005 | |
| IL | Involuntary Dissolution | | | | 2/28/2008 | 7/10/2009 |
| IL | Voluntary Dissolution | | | | 7/13/2005 | 9/24/2009 |
| IL | Involuntary Dissolution | | | 30-0307473 | 3/17/2005 | |
| IL | Involuntary Dissolution | | | | 2/18/2005 | 8/9/2013 |

| State | Dissolution Type | Role | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| DE | | | 20-3152746 | 7/13/2005 | |
| IL | Involuntary Dissolution | | | 1/28/2000 | 6/30/2002 |
| IL | Involuntary Dissolution | | 36-4118329 | 12/11/1996 | 6/16/2008 |
| GA | | | 36-4303440 | 6/18/1999 | |
| GA | | | 36-4303435 | 6/18/1999 | |
| GA | | | 36-4304173 | 6/18/1999 | |
| IL | Involuntary Dissolution | | | 3/25/1996 | 8/28/1998 |
| IL | Involuntary Dissolution | | 36-4333886 | 1/28/2000 | 7/13/2007 |
| FL | | | | 6/5/2007 | |
| IL | Involuntary Dissolution | | | 8/31/2009 | 2/8/2013 |
| IL | Involuntary Dissolution | | | 8/27/2004 | 1/8/2010 |
| IL | Involuntary Dissolution | | | 8/27/2004 | 1/8/2010 |
| DE | | | | 8/10/2005 | |
| DE | Involuntary Dissolution | Director/Officer | 20-1301434 | 10/22/1985 | 3/1/1988 |
| IL | Involuntary Dissolution | | 36-4201292 | 12/22/1997 | 6/8/2007 |
| IL | Involuntary Dissolution | Manager | | 1/22/2001 | 7/10/2009 |
| IL | Voluntary Dissolution | Member/Manager | | 1/22/2001 | 12/31/2009 |
| IL | Involuntary Dissolution | | | 12/22/1997 | 6/8/2007 |
| IL | | Manager | | | |
| IL | Voluntary Dissolution | Manager | | 1/5/2001 | 12/31/2009 |

| State | Dissolution Type | Role | ID Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| FL | | | | 6/5/2007 | |
| FL | | | | 9/14/2004 | |
| IL | Involuntary Dissolution | Director | 36-4123243 | 8/8/1996 (IL) | 1/2/2002 (IL) |
| IL | Involuntary Dissolution | | 36-4123247 | 8/26/1996 (IN?) | |
| | | | | 8/22/1996 (IL) | 1/28/2002 (IL) |
| IL | Involuntary Dissolution | Member | | 1/18/2008 | 7/9/2010 |
| IL | Involuntary Dissolution | Shareholder/Director/Officer | 20-8015352 | 12/7/2006 | 5/8/2015 |
| IL | Involuntary Dissolution | Member | 20-8015438 | 12/8/2006 | 6/13/2014 |
| DE | | | | 5/11/2005 | |
| IL | Involuntary Dissolution | Director/Officer | 26-1640728 | 12/14/2007 | 5/9/2014 |
| NV | | Director/Officer | 51-0531013 | 12/9/2004 | |
| NV | | | 51-0531014 | 12/9/2004 | |
| IL | Involuntary Dissolution | Director/Officer | 20-2377380 | 2/9/2005 | 7/11/2014 |
| IL | Involuntary Dissolution | Member | | 2/18/2005 | 8/10/2012 |
| IL | Involuntary Dissolution | Officer/Shareholder | | 5/28/2004 | 10/12/2012 |
| IL | Involuntary Dissolution | | 20-1272032 | 6/15/2004 | 12/14/2012 |
| | | | | 10/6/2004 (IL) | 3/13/2009 (IL) |
| IL | Involuntary Dissolution | Member | | 5/17/2004 | 11/9/2002 |
| IL | Involuntary Dissolution | Member | | 12/3/2009 | 6/8/2012 |
| IL | Involuntary Dissolution | Shareholder | | 6/23/2005 | 11/9/2012 |
| IL | Voluntary Dissolution | Member | | 6/24/2005 | 9/24/2009 |
| IL | Involuntary Dissolution | Director | 36-4423178 | 1/25/2001 | 6/12/2009 |
| IL | Voluntary Dissolution | | 36-4426372 | 1/25/2001 | 9/24/2009 |
| IL | | | 36-4426374 | 1/25/2001 | |

| State | Status | Title | ID | Date 1 | Date 2 |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 3/1/1999 | 8/28/2005 |
| IL | Involuntary Dissolution | | | 8/28/1998 | 1/2/2001 |
| IL | Involuntary Dissolution | | | 9/17/1998 | 3/1/2001 |
| DE | | Manager | 30-0713393 | 10/6/2011 | |
| TX | | | 36-4379043 | 6/23/2000 | |
| GA | | Director | 36-433437 | 6/18/1999 | |
| GA | | | 36-4304174 | 6/18/1999 | |
| IL | Involuntary Dissolution | | | 3/6/1996 | 8/13/2010 |
| IL | Involuntary Dissolution | | 36-4068501 | 3/7/1996 | 9/10/2010 |
| FL | Involuntary Dissolution (IL) | | 36-4068497 | 3/8/1996 | |
| | | | | 3/6/1996 (IL) | 7/1/2009 (IL) |
| IL | Involuntary Dissolution | | | 4/5/2004 | 9/1/2006 |
| IL | Involuntary Dissolution | Officer | | 11/4/1997 | 4/1/2002 |
| IL | Involuntary Dissolution | | 36-4333893 | 1/28/2000 | 7/13/2012 |
| IL | Involuntary Dissolution | | 36-4343183 | 2/3/2000 | 8/10/2002 |
| IL | Involuntary Dissolution | | 36-4333879 | 1/28/2000 | 7/13/2007 |
| GA | | | | 6/18/1999 | |
| GA | Voluntary Dissolution | | 36-4313720 | 8/25/1999 | 5/4/2007 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **IN RESIDENCE: minimal only.**<br>**- Any household goods and furnishings of value all belong to non-filing spouse and predate the 2001 marriage or were purchased by non-filing spouse post-2001.**<br>**IN OFFICE: memoribilia, photographs, prints, small statues, desk,**<br>Line from *Schedule A/B*: **6.1** | **Unknown** | ■ | $1,127.99 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **cellphone**<br>Line from *Schedule A/B*: **7.1** | $100.00 | ■ | $100.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 gazelle ellipticals, non-motorized.**<br>Line from *Schedule A/B*: **9.1** | **Unknown** | ■ | $100.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Usual and ordinary men's clothing including business and casual attire, shoes and accessories. Approximately 5-6 years old.**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ | $400.00 | 735 ILCS 5/12-1001(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Nicholas S. Gouletas**          Case number (if known)   **16-01335**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **watch, pin, wedding ring, cufflinks (5 pairs), tie pins, and misc.**  Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Cash on Hand**  Line from *Schedule A/B*: **16.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Savings: Chase (x7777)**  Line from *Schedule A/B*: **17.1** | $1,126.91 | ■ $1,126.91  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Republic Bank (x1771) - subject to Turnover Order**  Line from *Schedule A/B*: **17.2** | $43.10 | ■ $43.10  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **The Private Bank (x5607)**  Line from *Schedule A/B*: **17.3** | $1.00 | ■ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **The Private Bank (x5398)**  Line from *Schedule A/B*: **17.4** | $1.00 | ■ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |
| (if known) | |

☐ Check if this is an
   amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| **2.1** | **800 South Wells Commercial, LLC**<br><sub>Creditor's Name</sub> | Describe the property that secures the claim:<br>**maybe on all Debtor's assets** | Unknown | Unknown | Unknown |

**800 South Wells Commercial, LLC**
Creditor's Name

Describe the property that secures the claim:

**maybe on all Debtor's assets**

Unknown     Unknown     Unknown

**c/o Dean F. Armstrong
1324 Dartmouth Road
Flossmoor, IL 60422**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **turnover order(s); charging order(s)**

Date debt was incurred   _____    Last 4 digits of account number   _____

---

**2.2**   **Guaranty Solutions**
Creditor's Name

Describe the property that secures the claim:

**2014-M1-500474
citation pending - may be lien on all
debtor's assets**

Unknown     Unknown     Unknown

**c/o Mages & Price LLC
707 Lake Cook Rd #314
Deerfield, IL 60015**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   _____

Date debt was incurred   _____    Last 4 digits of account number   _____

---

Official Form 106D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 2

| Debtor 1 | **Nicholas S. Gouletas** | | | Case number (if know) | **16-01335** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 2.3 | **Humberto Alfonso** | **Describe the property that secures the claim:** | Unknown | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/o Swanson Martin Bell LLP**
**330 N. Wabash #3300**
**Chicago, IL 60611**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

charging orders on all LLC interests

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)     charging order(s)

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| 2.4 | **Karl T. Muth** | **Describe the property that secures the claim:** | Unknown | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/o Swanson Martin & Bell LLP**
**330 N. Wabash, Suite 3300**
**Chicago, IL 60611**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

charging orders on all LLC interests

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)     charging order(s)

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $0.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐     Name, Number, Street, City, State & Zip Code

**DK Enterprises Inc.**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

☐     Name, Number, Street, City, State & Zip Code

**Kingston Propertie**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Nicholas S. Gouletas**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number    **16-01335**
(if known)

☐ Check if this is an
     amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1**<br>Name<br>Number   Street<br>City    State    ZIP Code | |
| **2.2**<br>Name<br>Number   Street<br>City    State    ZIP Code | |
| **2.3**<br>Name<br>Number   Street<br>City    State    ZIP Code | |
| **2.4**<br>Name<br>Number   Street<br>City    State    ZIP Code | |
| **2.5**<br>Name<br>Number   Street<br>City    State    ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **110 Delaware Condominium**<br>**Michal Best & Friedrich**<br>**180 N. Stetson #2000**<br>**Chicago, IL 60601**<br>**2004-CH-17273** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.933___<br>☐ Schedule G<br>**Washington Mutual Bank F A** |
| 3.2 | **111 East Chestnut Consu**<br>**c/o Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2001-L-009605** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.835___<br>☐ Schedule G<br>**Sonnenschein Nath / Dentons** |
| 3.3 | **1122 N. Clark Limited PA**<br>**c/o Bryan Cave LLP**<br>**161 N. Clark St. #4300**<br>**Chicago, IL 60601**<br>**2002-L-014549** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G<br>**Board Managers Elm Clark** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

---

| **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

---

3.4  **1122 N. Clark LLC**

**2002-L-014549**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.132**___
☐ Schedule G _____
**Board Managers Elm Clark**

---

3.5  **1122 N. Clark LLC**

**2002-L-001087**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.707**___
☐ Schedule G _____
**Ramon Campos**

---

3.6  **1122 N. Clark Members Inc.**

**2002-L-001087**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.707**___
☐ Schedule G _____
**Ramon Campos**

---

3.7  **1122 North Clark Consult**

**2002-L-001087**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.707**___
☐ Schedule G _____
**Ramon Campos**

---

3.8  **1327 Washington Loftominium LLC**

**03-cv-03916 (NDIL)**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.233**___
☐ Schedule G _____
**Dan Fintel**

---

3.9  **2000 N. Lincoln Par**

**2009-M1-100899**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.383**___
☐ Schedule G _____
**Helen Uritz Recova**

---

3.10  **2625 North Clark Street**

**2011-L-006154**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.866**___
☐ Schedule G _____
**Susan L Routt**

---

3.11  **800 S. Wells Phas I**

**2011-L-002895**

■ Schedule D, line ___**2.1**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**800 South Wells Commercial, LLC**

---

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **800 South**<br><br>2011-L-002895 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**800 South Wells Commercial, LLC** |
| 3.13 **800 South Wells Commercia**<br>**c/o Armstrong F. Dean**<br>**1324 Dartmouth Road**<br>**Flossmoor, IL 60422**<br>**2013-L-008995** | ■ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Karl T. Muth** |
| 3.14 **800 Wells Commercial LL**<br>**c/o Cynthia G. Geeley**<br>**161 N. Clark #4700**<br>**Chicago, IL 60601**<br>**2006-L-012698** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.234__<br>☐ Schedule G _____<br>**Dan Joint Venture III** |
| 3.15 **A.P. Loftominium Consultants, Inc.**<br><br>03-cv-03916 (NDIL) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.16 **A.P. Members, LLC**<br><br>03-cv-03916 (NDIL) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.17 **A.P. Property Holdings, LLC**<br><br>03-cv-03916 (NDIL) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.18 **Acquest Group LLC**<br>**182 W Lake St.**<br>**Ste 200**<br>**Chicago, IL 60601-1124**<br>**2014-M1-500474** | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Guaranty Solutions** |

Debtor 1  **Nicholas S. Gouletas**                                          Case number *(if known)*  **16-01335**

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

3.19   **Adam Tamburelli**

     **2009-M1-705579**

☐ Schedule D, line _____
■ Schedule E/F, line __4.625__
☐ Schedule G _____
**New York Private R**

---

3.20   **AI Real Estate Inc FKA**

     **2013-L-008515**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**200 North Dearborn Condom**

---

3.21   **AIGL Payroll Services**

     **2013-L-008995**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Karl T. Muth**

---

3.22   **AIGL Real Estate Co**

     **2013-L-008995**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Karl T. Muth**

---

3.23   **Ambelos Corp**
     **c/o Murphy & Hourihane LLC**
     **161 N. Clark #2550**
     **Chicago, IL 60601**
     **2003-L-009602**

☐ Schedule D, line _____
■ Schedule E/F, line __4.321__
☐ Schedule G _____
**Evangeline Gouletas**

---

3.24   **Ambelos Corp**

     **2001-CH-02857**

☐ Schedule D, line _____
■ Schedule E/F, line __4.323__
☐ Schedule G _____
**Evangeline Gouletas**

---

3.25   **Ambelos Corporation**
     **c/o Laner Muchin Ltd**
     **515 N. State St. #2800**
     **Chicago, IL 60654**
     **2008-L-006074**

☐ Schedule D, line _____
■ Schedule E/F, line __4.839__
☐ Schedule G _____
**Stefano Farsura**

---

3.26   **Ambelos Corporation**

     **1996-CH-00206**

☐ Schedule D, line _____
■ Schedule E/F, line __4.385__
☐ Schedule G _____
**Heller Financial Inc**

---

Debtor 1  **Nicholas S. Gouletas**                                      Case number *(if known)*  **16-01335**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27  **Amer Natl Bk Trst Co Chgo**

**1992-CH-02857**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.524___
☐ Schedule G _____
**LaSalle Talman Home Mgt**

---

3.28  **American**

**2006-M1-687162**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.202___
☐ Schedule G _____
**City of Chicago**

---

3.29  **American Inusco Re**

**1995-M1-106513**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
**Color Specialists**

---

3.30  **American Invsco**

**2013-L-013981**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.606___
☐ Schedule G _____
**Murphy Hourihane LLC**

---

3.31  **American Invsco**
**c/o Hoogendoorn & Talbot LLP**
**122 S. Michigan #1220**
**Chicago, IL 60603**
**2008-L-010734**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.689___
☐ Schedule G _____
**Pierce Ennessy**

---

3.32  **American Invsco**
**c/o Laner Muchin Ltd**
**515 N. State St. #2800**
**Chicago, IL 60654**
**2008-L-006074**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.839___
☐ Schedule G _____
**Stefano Farsura**

---

3.33  **American Invsco**
**c/o Hoogendoorn & Talbot LLP**
**122 S. Michigan #1220**
**Chicago, IL 60603**
**2007-L-004840**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.90___
☐ Schedule G _____
**Amy Fouch**

---

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)* | **16-01335** |

███ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.34  **American Invsco**

☐ Schedule D, line _____
■ Schedule E/F, line **4.694**
☐ Schedule G _____
**Pierce R. Ennessy**

3.35  **American Invsco**

   **2006-L-010330**

☐ Schedule D, line _____
■ Schedule E/F, line **4.205**
☐ Schedule G _____
**Claudia B Ennessy**

3.36  **American Invsco**

   **2006-L-006452**

☐ Schedule D, line _____
■ Schedule E/F, line **4.695**
☐ Schedule G _____
**Pierce R. Ennessy**

3.37  **American Invsco**

   **2002-L-014549**

☐ Schedule D, line _____
■ Schedule E/F, line **4.132**
☐ Schedule G _____
**Board Managers Elm Clark**

3.38  **American Invsco**
   **c/o Novack macey LLP**
   **100 N. Riverside #1500**
   **Chicago, IL 60606**
   **2013-M1-147311**

☐ Schedule D, line _____
■ Schedule E/F, line **4.284**
☐ Schedule G _____
**Donna Walsh**

3.39  **American Invsco**

   **2001-M1-126704**

☐ Schedule D, line _____
■ Schedule E/F, line **4.532**
☐ Schedule G _____
**Loebl Schlossman**

3.40  **American Invsco**

   **2003-CH-08151**

☐ Schedule D, line _____
■ Schedule E/F, line **4.452**
☐ Schedule G _____
**Jerome W. Bison**

3.41  **American Invsco Co**

   **2004-M1-132739**

☐ Schedule D, line _____
■ Schedule E/F, line **4.911**
☐ Schedule G _____
**Treacy Marketing G**

Debtor 1    **Nicholas S. Gouletas**                                    Case number *(if known)*    **16-01335**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.42    **American Invsco Corp**

**2013-L-001753**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.669**
☐ Schedule G _____
**Patricia Manson**

---

3.43    **American Invsco Corp**
**c/o Hoogendoorn & Talbot LLP**
**122 S. Michigan #1220**
**Chicago, IL 60603**
**2009-L-003632**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.693**
☐ Schedule G _____
**Pierce R. Ennessy**

---

3.44    **American Invsco Corp**
**c/o Hoogendoorn & Talbot LLP**
**122 S. Michigan #1220**
**Chicago, IL 60603**
**2007-L-004840**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.907**
☐ Schedule G _____
**Todd Fouch Estate**

---

3.45    **American Invsco Corp**
**c/o Murphy & Hourihane LLC**
**161 N. Clark #2550**
**Chicago, IL 60601**
**2006-L-010394**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.803**
☐ Schedule G _____
**Scott V. Baldewein**

---

3.46    **American Invsco Corp**
**Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2006-L-006452**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.695**
☐ Schedule G _____
**Pierce R. Ennessy**

---

3.47    **American Invsco Corp**

**2005-L-002316**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.495**
☐ Schedule G _____
**Katherine Anderson**

---

3.48    **American Invsco Corp**
**c/o Robert R. Frei**
**1 First National Pl**
**Chicago, IL 60603**
**2002-L-014549**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.132**
☐ Schedule G _____
**Board Managers Elm Clark**

---

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.49   **American Invsco Corp**
**c/o Connelly Sheehan & Moran**
**150 S. Wacker**
**Chicago, IL 60606**
**2002-L-004701**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.834**
☐ Schedule G _____
**Solomon Mualem**

---

3.50   **American Invsco Corp**

**2002-L-001087**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.707**
☐ Schedule G _____
**Ramon Campos**

---

3.51   **American Invsco Corp**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2001-L-009605**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.835**
☐ Schedule G _____
**Sonnenschein Nath / Dentons**

---

3.52   **American Invsco Corpora**

**2006-L-010330**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.694**
☐ Schedule G _____
**Pierce R. Ennessy**

---

3.53   **American Invsco Corpora**

**2006-L-010330**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.205**
☐ Schedule G _____
**Claudia B Ennessy**

---

3.54   **American Invsco Corporati**

**2013-L-008515**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.18**
☐ Schedule G _____
**200 North Dearborn Condom**

---

3.55   **American Invsco Corporation**
**c/o Rice Reuther Sullivan & Carroll**
**3800 Howard Hughes Pkwy, Ste 1200**
**Las Vegas, NV 89169**
**12-cv-01104 (NVD)**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.142**
☐ Schedule G _____
**Bruce Couturier**

---

Debtor 1  **Nicholas S. Gouletas**                                    Case number *(if known)*  **16-01335**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.56  **American Invsco Corporation**
       **c/o Rice Reuther Sullivan & Carroll**
       **3800 Howard Hughes Pkwy, Ste 1200**
       **Las Vegas, NV 89169**
       **12-cv-01106 (NVD)**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.827___
☐ Schedule G _____
**Shahin Edalatdju**

3.57  **American Invsco Corporation**
       **c/o Rice Reuther Sullivan & Carroll**
       **3800 Howard Hughes Pkwy, Ste 1200**
       **Las Vegas, NV 89169**
       **12-cv-01107 (NVD)**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.570___
☐ Schedule G _____
**Mary Heldt**

3.58  **American Invsco Corporation**
       **c/o Rice Reuther Sullivan & Carroll**
       **3800 Howard Hughes Pkwy, Ste 1200**
       **Las Vegas, NV 89169**
       **12-cv-01108 (NVD)**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.613___
☐ Schedule G _____
**Nasir Kosa**

3.59  **American Invsco Corporation**
       **c/o Rice Reuther Sullivan & Carroll**
       **3800 Howard Hughes Pkwy, Ste 1200**
       **Las Vegas, NV 89169**
       **12-cv-01110 (NVD)**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.331___
☐ Schedule G _____
**Frank Taddeo**

3.60  **American Invsco Corporation**
       **c/o Rice Reuther Sullivan & Carroll**
       **3800 Howard Hughes Pkwy, Ste 1200**
       **Las Vegas, NV 89169**
       **12-cv-01111 (NVD)**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.946___
☐ Schedule G _____
**Wisam B Kosa**

3.61  **American Invsco Developme**

       **2004-L-050376**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.435___
☐ Schedule G _____
**James G. Pope**

3.62  **American Invsco Developme**

       **2002-L-001087**

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.707___
☐ Schedule G _____
**Ramon Campos**

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)*  **16-01335** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.63 **American Invsco Gr**

**2014-M1-500474**

- ■ Schedule D, line __**2.2**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
- **Guaranty Solutions**

---

3.64 **American Invsco Grp LLC**

**2002-L-001087**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.707**__
- ☐ Schedule G _____
- **Ramon Campos**

---

3.65 **American Invsco Inc**

**2009-L-003632**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.693**__
- ☐ Schedule G _____
- **Pierce R. Ennessy**

---

3.66 **American Invsco Inc**

**2007-L-004840**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.907**__
- ☐ Schedule G _____
- **Todd Fouch Estate**

---

3.67 **American Invsco Inc**

**2007-L-004840**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.90**__
- ☐ Schedule G _____
- **Amy Fouch**

---

3.68 **American Invsco Natl Ma**

**2005-L-002316**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.495**__
- ☐ Schedule G _____
- **Katherine Anderson**

---

3.69 **American Invsco Realty**

**2013-L-008995**

- ■ Schedule D, line __**2.4**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
- **Karl T. Muth**

---

3.70 **American Invsco Realty**
**c/o Foley & Lardner**
**321 N. Clark #2800**
**Chicago, IL 60654**
**2008-L-003725**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.731**__
- ☐ Schedule G _____
- **Richard Cohen**

---

Debtor 1    **Nicholas S. Gouletas**                                      Case number *(if known)*    **16-01335**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.71    **American Invsco Realty**

**2005-L-002316**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.495**
☐ Schedule G   _____
**Katherine Anderson**

---

3.72    **American Invsco Realty**
**c/o Bryan Cave LLP**
**161 N. Clark St. #4300**
**Chicago, IL 60601**
**2004-L-005564**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.735**
☐ Schedule G   _____
**Richard M. Post**

---

3.73    **American Invsco Realty**

**2002-L-014549**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.132**
☐ Schedule G   _____
**Board Managers Elm Clark**

---

3.74    **American Invsco Realty In**

**2002-L-001087**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.707**
☐ Schedule G   _____
**Ramon Campos**

---

3.75    **American Invsco Realty LL**

**2013-L-008515**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.18**
☐ Schedule G   _____
**200 North Dearborn Condom**

---

3.76    **American National Bank Tru**

**2004-CH-17273**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.933**
☐ Schedule G   _____
**Washington Mutual Bank F A**

---

3.77    **Amerrican Invesco**

**2006-M1-687162**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.202**
☐ Schedule G   _____
**City of Chicago**

---

3.78    **Annie Properties Investors, LLC**

**03-cv-03916 (NDIL)**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.233**
☐ Schedule G   _____
**Dan Fintel**

---

Debtor 1   **Nicholas S. Gouletas**                                    Case number *(if known)*   **16-01335**

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.79  **Anthony R. Dibenedetto**
**c/o Bryan Cave LLP**
**161 N. Clark St. #4300**
**Chicago, IL 60601**
**2002-L-014549**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.132**___
☐ Schedule G _____
**Board Managers Elm Clark**

---

3.80  **Anthony R. Dibenedetto**
**c/o Schain Firsel & Brown Ltd**
**222 N. LaSalle #1910**
**Chicago, IL 60601**
**2000-L-000867**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G _____
**Board Dir Haberdasher Squ**

---

3.81  **Anthony R. Dibenetto**
**c/o Anthony R. Dibenedetto**
**500 N. Lake Shore #214**
**Chicago, IL 60611**
**2002-L-001087**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.707**___
☐ Schedule G _____
**Ramon Campos**

---

3.82  **Associated Bank**

**2014-L-050584**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.857**___
☐ Schedule G _____
**Stuart Adler**

---

3.83  **Bank Leumi USA**

**2002-L-015046**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.783**___
☐ Schedule G _____
**Rosenberg Partners LP**

---

3.84  **Bank One N.A.**

**2004-CH-17273**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.933**___
☐ Schedule G _____
**Washington Mutual Bank F A**

---

3.85  **Ben Lazer**
**c/o Adler Murphy McQuillen**
**20 S. Clark #2500**
**Chicago, IL 60603**
**2008-L-003725**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.731**___
☐ Schedule G _____
**Richard Cohen**

---

Debtor 1   **Nicholas S. Gouletas**                                                  Case number *(if known)*   **16-01335**

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.86 **Bob Ford**
**c/o Murphy & Hourihane LLC**
**161 N. Clark #2550**
**Chicago, IL 60601**
**2002-L-002788**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.130__
☐ Schedule G   _____
**Board Directors Gold Gall**

---

3.87 **Boulevard Associates LP**
**c/o Schain Firsel & Brown Ltd**
**222 N. LaSalle #1910**
**Chicago, IL 60601**
**2000-L-000867**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.129__
☐ Schedule G   _____
**Board Dir Haberdasher Squ**

---

3.88 **Boulevard Consultants I**

**2000-L-000867**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.129__
☐ Schedule G   _____
**Board Dir Haberdasher Squ**

---

3.89 **Bryan Cave LLP**
**161 N. Clark St. #4300**
**Chicago, IL 60601**
**2004-L-004699**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.131__
☐ Schedule G   _____
**Board Managers Eleventh**

---

3.90 **Central Illinois Bank**

**2005-CH-04206**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.170__
☐ Schedule G   _____
**Charles A. Brahos**

---

3.91 **CF Lender**

**2005-CH-04206**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.170__
☐ Schedule G   _____
**Charles A. Brahos**

---

3.92 **Chestnut St Holdin**
**c/o Fitzgerald & Cross**
**33 W. Monroe #1520**
**Chicago, IL 60603**
**2002-M1-014804**

☐ Schedule D, line _____
■ Schedule E/F, line   __4.54__
☐ Schedule G   _____
**Acceptance Ins Co**

---

Debtor 1    **Nicholas S. Gouletas**                                     Case number *(if known)*    **16-01335**

▌ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.93    **Chicago Title Insurance**

    **2005-CH-04206**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.170**__
☐ Schedule G _____
**Charles A. Brahos**

---

3.94    **CIB Bank**

    **2002-L-015046**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.783**__
☐ Schedule G _____
**Rosenberg Partners LP**

---

3.95    **CIB Marine Capital**

    **2005-CH-04206**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.170**__
☐ Schedule G _____
**Charles A. Brahos**

---

3.96    **CitiMortgage Inc.**
    **c/o Dykema Gossett PLLC**
    **10 S. Wacker #2300**
    **Chicago, IL 60606**
    **2008-L-003725**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.731**__
☐ Schedule G _____
**Richard Cohen**

---

3.97    **Condominium Rental Serv**

    **2008-L-003725**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.731**__
☐ Schedule G _____
**Richard Cohen**

---

3.98    **Condominium Rental Services, Inc.**
    **c/o Rice Reuther Sullivan & Carroll**
    **3800 Howard Hughes Pkwy, Ste 1200**
    **Las Vegas, NV 89169**
    **12-cv-01104 (NVD)**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.142**__
☐ Schedule G _____
**Bruce Couturier**

---

3.99    **Condominium Rental Services, Inc.**
    **c/o Rice Reuther Sullivan & Carroll**
    **3800 Howard Hughes Pkwy, Ste 1200**
    **Las Vegas, NV 89169**
    **12-cv-01106 (NVD)**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.827**__
☐ Schedule G _____
**Shahin Edalatdju**

---

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.10<br>0 | **Condominium Rental Services, Inc.**<br>**c/o Rice Reuther Sullivan & Carroll**<br>**3800 Howard Hughes Pkwy, Ste 1200**<br>**Las Vegas, NV 89169**<br>**12-cv-01107 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.570__<br>☐ Schedule G<br>**Mary Heldt** |
|---|---|---|
| 3.10<br>1 | **Condominium Rental Services, Inc.**<br>**c/o Rice Reuther Sullivan & Carroll**<br>**3800 Howard Hughes Pkwy, Ste 1200**<br>**Las Vegas, NV 89169**<br>**12-cv-01108 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.613__<br>☐ Schedule G<br>**Nasir Kosa** |
| 3.10<br>2 | **Condominium Rental Services, Inc.**<br>**c/o Rice Reuther Sullivan & Carroll**<br>**3800 Howard Hughes Pkwy, Ste 1200**<br>**Las Vegas, NV 89169**<br>**12-cv-01110 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.331__<br>☐ Schedule G<br>**Frank Taddeo** |
| 3.10<br>3 | **Condominium Rental Services, Inc.**<br>**c/o Rice Reuther Sullivan & Carroll**<br>**3800 Howard Hughes Pkwy, Ste 1200**<br>**Las Vegas, NV 89169**<br>**12-cv-01111 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.946__<br>☐ Schedule G<br>**Wisam B Kosa** |
| 3.10<br>4 | **Corus Bank**<br><br>**2008-L-003725** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.731__<br>☐ Schedule G<br>**Richard Cohen** |
| 3.10<br>5 | **Corus Bank**<br><br>**2006-M1-687162** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.202__<br>☐ Schedule G<br>**City of Chicago** |
| 3.10<br>6 | **Corus Bankshares Inc**<br>**Stahl Cowen Crowley LLC**<br>**55 W. Monroe #1200**<br>**Chicago, IL 60603**<br>**2008-L-003725** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.731__<br>☐ Schedule G<br>**Richard Cohen** |

Debtor 1  **Nicholas S. Gouletas**                                        Case number *(if known)*  **16-01335**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|

3.10 7 | **Countrywide Home Loans IN** <br> c/o Bryan Cave LLP <br> 161 N. Clark St. 4300 <br> Chicago, IL 60601 <br> 2008-L-003725

☐ Schedule D, line _____
■ Schedule E/F, line   **4.731**
☐ Schedule G _____
**Richard Cohen**

---

3.10 8 | **Desiree Gouletas** <br> c/o Murphy & Hourihane LLC <br> 161 N. Clark #2550 <br> Chicago, IL 60601 <br> 2002-L-002788

☐ Schedule D, line _____
■ Schedule E/F, line   **4.130**
☐ Schedule G _____
**Board Directors Gold Gall**

---

3.10 9 | **Desiree Gouletas** <br> c/o Schain Firsel & Brown Ltd <br> 222 N. LaSalle #1910 <br> Chicago, IL 60601 <br> 2000-L-000867

☐ Schedule D, line _____
■ Schedule E/F, line   **4.129**
☐ Schedule G _____
**Board Dir Haberdasher Squ**

---

3.11 0 | **Development Consultants** <br> c/o Hoogendoorn & Talbot LLP <br> 122 S. Michigan #1220 <br> Chicago, IL 60603 <br> 2008-L-010734

☐ Schedule D, line _____
■ Schedule E/F, line   **4.689**
☐ Schedule G _____
**Pierce Ennessy**

---

3.11 1 | **Elm Clark Condo Assoc** <br> c/o Fitzgerald Dunn & Cross <br> 33 W. Monroe #1520 <br> Chicago, IL 60603 <br> 2002-L-001087

☐ Schedule D, line _____
■ Schedule E/F, line   **4.707**
☐ Schedule G _____
**Ramon Campos**

---

3.11 2 | **Estate of Deanna Gouletas** <br><br> 48-2013-CA-015214 19 Judicial Circuit, FL

☐ Schedule D, line _____
■ Schedule E/F, line   **4.864**
☐ Schedule G _____
**Suntrust Mortgage**

---

3.11 3 | **Evangeline Gouletas** <br><br> 2000-L-000867

☐ Schedule D, line _____
■ Schedule E/F, line   **4.129**
☐ Schedule G _____
**Board Dir Haberdasher Squ**

---

Debtor 1  **Nicholas S. Gouletas**                                      Case number *(if known)*  **16-01335**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11<br>4 | **Evangeline Gouletas**<br>**c/o Katten Muchin Zavis Rosenman**<br>**525 W. Monroe #1600**<br>**Chicago, IL 60661**<br>**03-cv-03916 (NDIL)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.233**___<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.11<br>5 | **Galleria Residential LLC**<br>**c/o Murphy & Hourihane LLC**<br>**161 N. Clark #2550**<br>**Chicago, IL 60601**<br>**2002-L-002788** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.130**___<br>☐ Schedule G _____<br>**Board Directors Gold Gall** |
| 3.11<br>6 | **Golf Construction**<br><br>**2002-M1-014804** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**Acceptance Ins Co** |
| 3.11<br>7 | **Grand Pier Center LLC**<br>**c/o Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2001-L-009605** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.835**___<br>☐ Schedule G _____<br>**Sonnenschein Nath / Dentons** |
| 3.11<br>8 | **Grand Pier LLC**<br><br>**2001-L-009605** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.835**___<br>☐ Schedule G _____<br>**Sonnenschein Nath / Dentons** |
| 3.11<br>9 | **Greenpoint Mortgage Corp**<br><br>**2005-CH-04206** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.170**___<br>☐ Schedule G _____<br>**Charles A. Brahos** |
| 3.12<br>0 | **Guaranteed Rate Inc**<br>**c/o Dykema Gossett PLLC**<br>**10 S. Wacker #2300**<br>**Chicago, IL 60606**<br>**2008-L-003725** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.731**___<br>☐ Schedule G _____<br>**Richard Cohen** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12<br>1 | **Hm by Invsco Inc**<br><br>**03-cv-03916 (NDIL)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.233___<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.12<br>2 | **Hollywood Towers Condo As**<br>**c/o Morton J. Haberman**<br>**30 N. LaSalle #2800**<br>**Chicago, IL 60602**<br>**1992-CH-02857** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.524___<br>☐ Schedule G _____<br>**LaSalle Talman Home Mgt** |
| 3.12<br>3 | **Home By Invsco**<br>**c/o Hoogendoorn & Talbot LLP**<br>**122 S. Michigan #1220**<br>**Chicago, IL 60603**<br>**2008-L-010734** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.689___<br>☐ Schedule G _____<br>**Pierce Ennessy** |
| 3.12<br>4 | **Home by Invsco**<br><br>**2006-L-010330** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.694___<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.12<br>5 | **Home By Invsco**<br>**Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2006-L-006452** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.695___<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.12<br>6 | **Home By Invsco Inc**<br>**c/o Hoogendoorn & Talbot LLP**<br>**122 S. Michigan #1220**<br>**Chicago, IL 60603**<br>**2009-L-003632** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.693___<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.12<br>7 | **Home by Invsco Inc**<br>**c/o Bryan Cave LLP**<br>**161 N. Clark St. #4300**<br>**Chicago, IL 60601**<br>**2004-L-005564** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.735___<br>☐ Schedule G _____<br>**Richard M. Post** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

---

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.128 | **Homecomings Financial LLC**<br>**c/o Dykema Gossett PLLC**<br>**10 S. Wacker #2300**<br>**Chicago, IL 60606**<br>**2008-L-003725** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.731___<br>☐ Schedule G _____<br>**Richard Cohen** |
| 3.129 | **Homes Invesco Inc.**<br>**2014-L-050584** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.857___<br>☐ Schedule G _____<br>**Stuart Adler** |
| 3.130 | **Howard Sav**<br>**1992-CH-03399** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.183___<br>☐ Schedule G _____<br>**Chemical Bank** |
| 3.131 | **Humberto Alfonso**<br>**2011-L-002895** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**800 South Wells Commercial, LLC** |
| 3.132 | **Impac Funding Corporation**<br>**2005-CH-04206** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.170___<br>☐ Schedule G _____<br>**Charles A. Brahos** |
| 3.133 | **Invesco Acquisition Cor**<br>**c/o Anthony R. Dibenedetto**<br>**505 N. Lake Shore #214**<br>**Chicago, IL 60611**<br>**1997-L-013180** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.427___<br>☐ Schedule G _____<br>**Jack Heller Co** |
| 3.134 | **Invesco Management**<br>**2011-L-002895** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**800 South Wells Commercial, LLC** |
| 3.135 | **Invesco Realty Inc**<br>**2013-L-008515** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**200 North Dearborn Condom** |

---

Debtor 1   **Nicholas S. Gouletas**                                    Case number *(if known)*   **16-01335**

---

█ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>6 | **Invsco**<br><br>**2002-L-014549** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.132**__<br>☐ Schedule G _____<br>**Board Managers Elm Clark** |
| 3.13<br>7 | **Invsco Acquisition Corp**<br>**Laner Muchin Ltd**<br>**515 N. State St. #2800**<br>**Chicago, IL 60654**<br>**2006-L-007474** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.430**__<br>☐ Schedule G _____<br>**James A. West** |
| 3.13<br>8 | **Invsco Acquisition Corp**<br>**c/o Connelly Sheehan & Moran**<br>**150 S. Wacker**<br>**Chicago, IL 60606**<br>**2002-L-004701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.834**__<br>☐ Schedule G _____<br>**Solomon Mualem** |
| 3.13<br>9 | **Invsco Acquisition Corp**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.707**__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.14<br>0 | **Invsco Design Const Inc**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.707**__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.14<br>1 | **Invsco Development Cons**<br><br>**2006-L-010330** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.694**__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.14<br>2 | **Invsco Development Cons**<br>**Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2006-L-006452** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.695**__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |

---

Debtor 1   **Nicholas S. Gouletas**                                      Case number *(if known)*   **16-01335**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>3 **Invsco Development Consul**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.707**<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.14<br>4 **Invsco Development Memb**<br><br>**2006-L-010330** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.694**<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.14<br>5 **Invsco Development Memb**<br><br>**2006-L-006452** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.695**<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.14<br>6 **Invsco Development Member**<br>**c/o Hoogendoorn & Talbot LLP**<br>**122 S. Michigan #1220**<br>**Chicago, IL 60603**<br>**2008-L-010734** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.689**<br>☐ Schedule G _____<br>**Pierce Ennessy** |
| 3.14<br>7 **Invsco Dvlpmnt Consultant**<br>**c/o Hoogendoorn & Talbot LLP**<br>**122 S. Michigan #1220**<br>**Chicago, IL 60603**<br>**2009-L-003632** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.693**<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.14<br>8 **Invsco Dvlpmnt Members LL**<br><br>**2009-L-003632** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.693**<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.14<br>9 **Invsco Group**<br><br>**2008-L-003725** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.731**<br>☐ Schedule G _____<br>**Richard Cohen** |

---

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.15
0
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.900**
☐ Schedule G _____
**Thomas Katsahnias**

---

3.15
1
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.96**
☐ Schedule G _____
**Angelo Sellis Trust**

---

3.15
2
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.541**
☐ Schedule G _____
**Louis Apostolou**

---

3.15
3
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.293**
☐ Schedule G _____
**Dr. Harry Constantine**

---

3.15
4
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.116**
☐ Schedule G _____
**Barbara Geroulis**

---

3.15
5
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.880**
☐ Schedule G _____
**Thalia Est Geroulis**

---

3.15
6
**Invsco Group Ltd**
**c/o Patterson Law Firm**
**33 N. LaSalle #3350**
**Chicago, IL 60602**
**2008-L-001838**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.381**
☐ Schedule G _____
**Heidi Revelis**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)* | **16-01335** |

▌ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.15 7** **Invsco Group Ltd**
c/o Hoogendoorn & Talbot LLP
122 S. Michigan #1220
Chicago, IL 60603
2007-L-004840

☐ Schedule D, line _____
■ Schedule E/F, line   **4.907**
☐ Schedule G _____
**Todd Fouch Estate**

---

**3.15 8** **Invsco Group Ltd**
c/o Hoogendoorn & Talbot LLP
122 S. Michigan #1220
Chicago, IL 60603
2007-L-004840

☐ Schedule D, line _____
■ Schedule E/F, line   **4.90**
☐ Schedule G _____
**Amy Fouch**

---

**3.15 9** **Invsco Group Ltd**

2005-L-002316

☐ Schedule D, line _____
■ Schedule E/F, line   **4.495**
☐ Schedule G _____
**Katherine Anderson**

---

**3.16 0** **Invsco Group Ltd**

2003-L-011719

☐ Schedule D, line _____
■ Schedule E/F, line   **4.238**
☐ Schedule G _____
**Daniel J. Homick**

---

**3.16 1** **Invsco Group Ltd**
c/o Patterson Law Firm
33 N. LaSalle #3350
Chicago, IL 60602
2003-L-000997

☐ Schedule D, line _____
■ Schedule E/F, line   **4.901**
☐ Schedule G _____
**Thomas Katsahnias**

---

**3.16 2** **Invsco Group Ltd**
c/o Horwood Marcus Berk CTD
500 W. Madison #3700
Chicago, IL 60661
2002-L-015042

☐ Schedule D, line _____
■ Schedule E/F, line   **4.870**
☐ Schedule G _____
**Sweet Properties Inc.**

---

**3.16 3** **Invsco Group Ltd**
Rober R. Frei
1 First Naitonal Pl.
Chicago, IL 60603
2002-L-014549

☐ Schedule D, line _____
■ Schedule E/F, line   **4.132**
☐ Schedule G _____
**Board Managers Elm Clark**

---

Debtor 1 **Nicholas S. Gouletas**                                    Case number *(if known)*  **16-01335**

---

▉ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.16<br>4 | **Invsco Group Ltd**<br><br>**2002-L-004701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.834__<br>☐ Schedule G _____<br>**Solomon Mualem** |
| 3.16<br>5 | **Invsco Group Ltd**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.707__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.16<br>6 | **Invsco Group Ltd**<br>**c/o Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2001-L-009605** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.835__<br>☐ Schedule G _____<br>**Sonnenschein Nath / Dentons** |
| 3.16<br>7 | **Invsco Group Ltd**<br>**c/o Burke Burns Ellison Etc**<br>**70 W. Madison #4300**<br>**Chicago, IL 60602**<br>**2003-CH-08151** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.452__<br>☐ Schedule G _____<br>**Jerome W. Bison** |
| 3.16<br>8 | **Invsco Group Ltd.**<br>**c/o Horwood Marcus Berk CTD**<br>**500 W. Madison #3700**<br>**Chicago, IL 60661**<br>**2002-L-015046** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.783__<br>☐ Schedule G _____<br>**Rosenberg Partners LP** |
| 3.16<br>9 | **Invsco Group Ltd.**<br><br>**1999-L-004245** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.172__<br>☐ Schedule G _____<br>**Charles H. Braun** |
| 3.17<br>0 | **Invsco Grp Ltd**<br>**c/o Foley & Lardner**<br>**321 N. Clark #2800**<br>**Chicago, IL 60654**<br>**2008-L-003725** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.731__<br>☐ Schedule G _____<br>**Richard Cohen** |

Debtor 1  **Nicholas S. Gouletas**                                        Case number *(if known)*  **16-01335**

| | ■ Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.17<br>1 | **Invsco Mgmt Co**<br><br>**2002-L-014549** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.132__<br>☐ Schedule G _____<br>**Board Managers Elm Clark** |
| 3.17<br>2 | **Invsco Mgmt Co Inc**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.707__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.17<br>3 | **Irene Gouletas**<br><br>**2006-L-010330** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.694__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.17<br>4 | **Irene Gouletas**<br>**Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2006-L-006452** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.695__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.17<br>5 | **Irene S. Gouletas**<br>**c/o Hoogendoorn & Talbot LLP**<br>**122 S. Michigan #1220**<br>**Chicago, IL 60603**<br>**2009-L-003632** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.693__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.17<br>6 | **Irene S. Gouletas**<br>**c/o Hoogendoorn & Talbot LLP**<br>**122 S. Michigan #1220**<br>**Chicago, IL 60603**<br>**2008-L-010734** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.689__<br>☐ Schedule G _____<br>**Pierce Ennessy** |
| 3.17<br>7 | **James A. Schwank**<br><br>**2009-L-003632** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.693__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

| 3.178 | **James Schwank**<br><br>**2008-L-010734** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.689__<br>☐ Schedule G _____<br>**Pierce Ennessy** |
| 3.179 | **James Schwank**<br><br>**2006-L-010330** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.694__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.180 | **James Schwank**<br>**Patterson Law Firm**<br>**33 N. LaSalle #3350**<br>**Chicago, IL 60602**<br>**2006-L-006452** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.695__<br>☐ Schedule G _____<br>**Pierce R. Ennessy** |
| 3.181 | **James Schwark**<br>**c/o Bryan Cave LLP**<br>**161 N. Clark St. #4300**<br>**Chicago, IL 60601**<br>**2004-L-004699** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.131__<br>☐ Schedule G _____<br>**Board Managers Eleventh** |
| 3.182 | **James Schwark**<br>**c/o Bryan Cave LLP**<br>**161 N. Clark St. #4300**<br>**Chicago, IL 60601**<br>**2002-L-014549** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.132__<br>☐ Schedule G _____<br>**Board Managers Elm Clark** |
| 3.183 | **James Schwark**<br><br>**03-cv-03916 (NDIL)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.184 | **Joan Melcher**<br><br>**2005-L-002316** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.495__<br>☐ Schedule G _____<br>**Katherine Anderson** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1  **Nicholas S. Gouletas**                                    Case number *(if known)*  **16-01335**

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.18
5
**John A Nitti**
c/o Hoogendoorn & Talbot LLP
122 S. Michigan #1220
Chicago, IL 60603
2009-L-003632

☐ Schedule D, line _____
■ Schedule E/F, line ___4.693___
☐ Schedule G _____
**Pierce R. Ennessy**

---

3.18
6
**John Cadden**
c/o Foreman Friedman PA
2S Biscayne Blvd 2300
Miami, FL 33131
2011-L-002895

■ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
**800 South Wells Commercial, LLC**

---

3.18
7
**John Nitti**
c/o Hoogendoorn & Talbot LLP
122 S. Michigan #1220
Chicago, IL 60603
2008-L-010734

☐ Schedule D, line _____
■ Schedule E/F, line ___4.689___
☐ Schedule G _____
**Pierce Ennessy**

---

3.18
8
**John Nitti**

2006-L-010330

☐ Schedule D, line _____
■ Schedule E/F, line ___4.694___
☐ Schedule G _____
**Pierce R. Ennessy**

---

3.18
9
**John Nitti**
Patterson Law Firm
33 N. LaSalle #3350
Chicago, IL 60602
2006-L-006452

☐ Schedule D, line _____
■ Schedule E/F, line ___4.695___
☐ Schedule G _____
**Pierce R. Ennessy**

---

3.19
0
**Jose A. Alexander Jr.**
c/o Jayaram Law Group
33 N. LaSalle #2900
Chicago, IL 60602
2014-L-010993

☐ Schedule D, line _____
■ Schedule E/F, line ___4.345___
☐ Schedule G _____
**Garvey Court Holdings LLC**

---

3.19
1
**Jose A. Alexander Jr.**
c/o Jayaram Law Group
33 N. LaSalle #2900
Chicago, IL 60602
2014-L-010993

☐ Schedule D, line _____
■ Schedule E/F, line ___4.347___
☐ Schedule G _____
**Garvey Court LLC**

---

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)* | **16-01335** |

---

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19 **JP Morgan Chase**<br>2 c/o CT Corporation System, Reg Agt.<br>208 SO LaSalle St, Suite 814<br>Chicago, IL 60604<br>2009-M1-730930 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.742___<br>☐ Schedule G _____<br>**River City Condomi** |
| 3.19 **Karl T. Muth**<br>3 c/o Swanson Martin & Bell LLP<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611<br>2011-L-002895 | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**800 South Wells Commercial, LLC** |
| 3.19 **Kinzie Street Properties**<br>4 345 N LaSalle Dr<br>Chicago, IL 60654-6101<br>2005-CH-04206 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.170___<br>☐ Schedule G _____<br>**Charles A. Brahos** |
| 3.19 **Koval Flamingo LLC**<br>5<br>2007-L-004840 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.907___<br>☐ Schedule G _____<br>**Todd Fouch Estate** |
| 3.19 **Koval Flamingo LLC**<br>6<br>2007-L-004840 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>**Amy Fouch** |
| 3.19 **Koval Flamingo, LLC**<br>7 c/o Campbell Morgan PC<br>180 High Oak, Second Floor<br>Bloomfield Hills, MI 48304<br>12-cv-01104 (NVD) | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.142___<br>☐ Schedule G _____<br>**Bruce Couturier** |
| 3.19 **Koval Flamingo, LLC**<br>8 c/o Campbell Morgan PC<br>180 High Oak, Second Floor<br>Bloomfield Hills, MI 48304<br>12-cv-01106 (NVD) | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.827___<br>☐ Schedule G _____<br>**Shahin Edalatdju** |

Debtor 1  **Nicholas S. Gouletas**    Case number *(if known)*  **16-01335**

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.199 | **Koval Flamingo, LLC**<br>c/o Campbell Morgan PC<br>180 High Oak, Second Floor<br>Bloomfield Hills, MI 48304<br>12-cv-01107 (NVD) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.570__<br>☐ Schedule G _____<br>**Mary Heldt** |
| 3.200 | **Koval Flamingo, LLC**<br>c/o Campbell Morgan PC<br>180 High Oak, Second Floor<br>Bloomfield Hills, MI 48304<br>12-cv-01108 (NVD) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.613__<br>☐ Schedule G _____<br>**Nasir Kosa** |
| 3.201 | **Koval Flamingo, LLC**<br>c/o Campbell Morgan PC<br>180 High Oak, Second Floor<br>Bloomfield Hills, MI 48304<br>12-cv-01110 (NVD) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.331__<br>☐ Schedule G _____<br>**Frank Taddeo** |
| 3.202 | **Koval Flamingo, LLC**<br>c/o Campbell Morgan PC<br>180 High Oak, Second Floor<br>Bloomfield Hills, MI 48304<br>12-cv-01111 (NVD) | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.946__<br>☐ Schedule G _____<br>**Wisam B Kosa** |
| 3.203 | **LaSalle Bank**<br><br>2002-L-015046 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.783__<br>☐ Schedule G _____<br>**Rosenberg Partners LP** |
| 3.204 | **LaSalle Natl Bank**<br>120 S LaSalle St<br>Chicago, IL 60603<br>2002-L-001087 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.707__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.205 | **Law Engineering Environ**<br>500 Park Blvd.<br>Itasca, IL 60143-3121<br>2002-L-014549 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.132__<br>☐ Schedule G _____<br>**Board Managers Elm Clark** |

---

Debtor 1  **Nicholas S. Gouletas** _____    Case number *(if known)*  **16-01335**

---

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.20
6

**Loomis Loftominium LLC**
**c/o A. R DIBENEDETTO, Reg. Agt.**
**1030 NORTH CLARK STREET #300**
**Chicago, IL 60610**
**03-cv-03916 (NDIL)**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.233___
☐ Schedule G _____
**Dan Fintel**

---

3.20
7

**Lynn C. Wanner**

**2002-L-015042**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.870___
☐ Schedule G _____
**Sweet Properties Inc.**

---

3.20
8

**Marcus Berk**
**c/o Mongtomgery John Williams**
**233 S. Wacker 6100**
**Chicago, IL 60606**
**2011-L-002895**

■ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
**800 South Wells Commercial, LLC**

---

3.20
9

**Marcus Berk Horwood**
**c/o Montgomery John Williams**
**233 S. Wacker 6100**
**Chicago, IL 60606**
**2011-L-002895**

■ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
**800 South Wells Commercial, LLC**

---

3.21
0

**May Loftominium LLC**
**c/o A. R DIBENEDETTO, Reg. Agt.**
**1212 N LASALLE ST STE 110**
**Chicago, IL 60610**
**03-cv-03916 (NDIL)**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.233___
☐ Schedule G _____
**Dan Fintel**

---

3.21
1

**Meridian Private Residences CH, LLC**
**c/o Lawrence J. Semenza, III**
**10161 Park Run Dr., Suite 150**
**Las Vegas, NV 89145**
**12-cv-01104 (NVD)**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.142___
☐ Schedule G _____
**Bruce Couturier**

---

3.21
2

**Meridian Private Residences CH, LLC**
**c/o Lawrence J. Semenza, III**
**10161 Park Run Dr., Suite 150**
**Las Vegas, NV 89145**
**12-cv-01106 (NVD)**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.827___
☐ Schedule G _____
**Shahin Edalatdju**

---

Debtor 1    **Nicholas S. Gouletas**                                    Case number *(if known)*    **16-01335**

---

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.21 3
**Meridian Private Residences CH, LLC**
c/o Lawrence J. Semenza, III
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145
12-cv-01107 (NVD)

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.570___
☐ Schedule G
**Mary Heldt**

---

3.21 4
**Meridian Private Residences CH, LLC**
c/o Lawrence J. Semenza, III
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145
12-cv-01108 (NVD)

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.613___
☐ Schedule G
**Nasir Kosa**

---

3.21 5
**Meridian Private Residences CH, LLC**
c/o Lawrence J. Semenza, III
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145
12-cv-01111 (NVD)

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.946___
☐ Schedule G
**Wisam B Kosa**

---

3.21 6
**Michael Fish**
2459 Pick Dr
Glenview, IL 60025
2008-L-006074

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.839___
☐ Schedule G
**Stefano Farsura**

---

3.21 7
**Michael Fish**
2459 Pick Dr
Glenview, IL 60025
2007-L-004840

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.907___
☐ Schedule G
**Todd Fouch Estate**

---

3.21 8
**Michael Fish**

2007-L-004840

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.90___
☐ Schedule G
**Amy Fouch**

---

3.21 9
**Michael Fish**
2459 Pick Dr.
Glenview, IL 60025
2003-L-011719

☐ Schedule D, line _____
▮ Schedule E/F, line ___4.238___
☐ Schedule G
**Daniel J. Homick**

---

Debtor 1   **Nicholas S. Gouletas**                                     Case number *(if known)*   **16-01335**

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.22
0
**Millennium Center**
**c/o Scott Sinar, Reg. Agt**
**1332 N Halsted St Ste 100**
**Chicago, IL 60642**
**2003-CH-08151**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.452**
☐ Schedule G _____
**Jerome W. Bison**

---

3.22
1
**Natel Matshulat**
**33 W Delaware Pl.**
**Apt 11K**
**Chicago, IL 60610-7363**
**2004-CH-17273**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.933**
☐ Schedule G _____
**Washington Mutual Bank F A**

---

3.22
2
**National City Bank Indian**
**c/o Vedder Price PC**
**222 N. LaSalle #2400**
**Chicago, IL 60601**
**2008-L-003725**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.731**
☐ Schedule G _____
**Richard Cohen**

---

3.22
3
**National City Mortgage**

**2008-L-003725**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.731**
☐ Schedule G _____
**Richard Cohen**

---

3.22
4
**Near North National**
**c/o John R. Lamberts, Reg. Agt.**
**222 N LaSalle St Lbby**
**Chicago, IL 60601-1003**
**2002-L-015046**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.783**
☐ Schedule G _____
**Rosenberg Partners LP**

---

3.22
5
**Nicholas V. Gouletas**
**c/o Bryan Cave LLP**
**161 N. Clark St. #4300**
**Chicago, IL 60601**
**2004-L-004699**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.131**
☐ Schedule G _____
**Board Managers Eleventh**

---

3.22
6
**Nicholas V. Gouletas**
**c/o Bryan Cave LLP**
**161 N. Clark St. #4300**
**Chicago, IL 60601**
**2002-L-014549**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.132**
☐ Schedule G _____
**Board Managers Elm Clark**

---

Debtor 1   **Nicholas S. Gouletas**                                      Case number *(if known)*   **16-01335**

| ▌ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.22<br>7 | **Nicholas V. Gouletas**<br><br>**2002-L-002788** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.130__<br>☐ Schedule G _____<br>**Board Directors Gold Gall** |
| 3.22<br>8 | **Nicholas V. Gouletas**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.707__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.22<br>9 | **NKM Garvey LLC**<br>**c/o Chen Nelson Roberts LTD**<br>**203 N. LaSalle 15th Fl**<br>**Chicago, IL 60601**<br>**2014-L-010993** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.345__<br>☐ Schedule G _____<br>**Garvey Court Holdings LLC** |
| 3.23<br>0 | **NKM Garvey LLC**<br>**c/o Chen Nelson Roberts LTD**<br>**203 N. LaSalle 15th Fl**<br>**Chicago, IL 60601**<br>**2014-L-010993** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.347__<br>☐ Schedule G _____<br>**Garvey Court LLC** |
| 3.23<br>1 | **Norman A. Katz**<br>**c/o Schain Firsel & Brown Ltd**<br>**222 N. LaSalle #1910**<br>**Chicago, IL 60601**<br>**2000-L-000867** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.129__<br>☐ Schedule G _____<br>**Board Dir Haberdasher Squ** |
| 3.23<br>2 | **North Bank**<br><br>**2002-L-015046** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.783__<br>☐ Schedule G _____<br>**Rosenberg Partners LP** |
| 3.23<br>3 | **Nvg Residential In**<br>**c/o Nicholas V Gouletas, Reg. Agt.**<br>**11 W Maple St, Apt 3302**<br>**Chicago, IL 60610-5411**<br>**2009-M1-100899** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.383__<br>☐ Schedule G _____<br>**Helen Uritz Recova** |

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)* | **16-01335** |

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.23
4

**NVG Residential Inc**
c/o Nicholas V. Gouletas, Reg. Agt.
111 W Maple St, Apt. 3302
Chicago, IL 60610-5411
2011-L-006154

☐ Schedule D, line _____
■ Schedule E/F, line ___4.866___
☐ Schedule G _____
**Susan L Routt**

---

3.23
5

**Ontario Century Property, LLC**
c/o Howard Teplinski, RA
161 N. Clark Street, Suite 2600
Chicago, IL 60601
2013-L-013981

☐ Schedule D, line _____
■ Schedule E/F, line ___4.606___
☐ Schedule G _____
**Murphy Hourihane LLC**

---

3.23
6

**Ontario Century Property, LLC**
c/o Howard Teplinski, RA
161 N. Clark Street, Suite 2600
Chicago, IL 60601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.398___
☐ Schedule G _____
**Hoogendoorn & Talbot LLP**

---

3.23
7

**Ontario Century Property, LLC**
c/o Howard Teplinski, RA
161 N. Clark Street, Suite 2600
Chicago, IL 60601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.165___
☐ Schedule G _____
**Century Tower Private Residences Co**

---

3.23
8

**Ontario State Holding C**
c/o Foley & Lardner
321 N. Clark #2800
Chicago, IL 60654
2008-L-003725

☐ Schedule D, line _____
■ Schedule E/F, line ___4.731___
☐ Schedule G _____
**Richard Cohen**

---

3.23
9

**Ontario State LLC**
c/o National Registered Agents
160 Greentree Dr., Ste. 101
Dover, DE 19904
2008-L-003725

☐ Schedule D, line _____
■ Schedule E/F, line ___4.731___
☐ Schedule G _____
**Richard Cohen**

---

3.24
0

**Ontario State LLC**
c/o Hoogendoorn & Talbot LLP
122 S. Michigan #1220
Chicago, IL 60603
2007-L-004840

☐ Schedule D, line _____
■ Schedule E/F, line ___4.907___
☐ Schedule G _____
**Todd Fouch Estate**

---

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.24
1**

**Ontario State LLC**
**c/o Hoogendoorn & Talbot LLP**
**122 S. Michigan #1220**
**Chicago, IL 60603**
**2007-L-004840**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.90**
☐ Schedule G _____
**Amy Fouch**

---

**3.24
2**

**Pace Ray**

**2005-CH-04206**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.170**
☐ Schedule G _____
**Charles A. Brahos**

---

**3.24
3**

**Patrica Robel**

**2002-L-015046**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.783**
☐ Schedule G _____
**Rosenberg Partners LP**

---

**3.24
4**

**Peoria Sangamon Loftominium LLC**
**c/o Anthony Dibendetto, Reg. Agt.**
**1212 N LaSalle Dr., Ste. 110**
**Chicago, IL 60610-8027**
**03-cv-03916 (NDIL)**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.233**
☐ Schedule G _____
**Dan Fintel**

---

**3.24
5**

**PGC Sterling**

**2005-CH-04206**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.170**
☐ Schedule G _____
**Charles A. Brahos**

---

**3.24
6**

**Private Bank**
**120 S. LaSalle**
**Chicago, IL 60603**
**2014-L-050584**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.857**
☐ Schedule G _____
**Stuart Adler**

---

**3.24
7**

**Realty Services Inc.**
**c/o Bruce Farrel Dorn & Ass**
**120 N. LaSale #1900**
**Chicago, IL 60602**
**2013-L-001753**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.669**
☐ Schedule G _____
**Patricia Manson**

---

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)* | **16-01335** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.248 | **Rebekah Desmet**<br>**c/o Kristina S. Holman, Attorney at**<br>**703 S. Eighth Street**<br>**Las Vegas, NV 89101**<br>**12-cv-01104 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.142___<br>☐ Schedule G _____<br>**Bruce Couturier** |
| 3.249 | **Rebekah Desmet**<br>**c/o Kristina S. Holman, Attorney at**<br>**703 S. Eighth Street**<br>**Las Vegas, NV 89101**<br>**12-cv-01106 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.827___<br>☐ Schedule G _____<br>**Shahin Edalatdju** |
| 3.250 | **Rebekah Desmet**<br>**c/o Kristina S. Holman, Attorney at**<br>**703 S. Eighth Street**<br>**Las Vegas, NV 89101**<br>**12-cv-01108 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.613___<br>☐ Schedule G _____<br>**Nasir Kosa** |
| 3.251 | **Rebekah Desmet**<br>**c/o Kristina S. Holman, Attorney at**<br>**703 S. Eighth Street**<br>**Las Vegas, NV 89101**<br>**12-cv-01110 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.331___<br>☐ Schedule G _____<br>**Frank Taddeo** |
| 3.252 | **Rebekah Desmet**<br>**c/o Kristina S. Holman, Attorney at**<br>**703 S. Eighth Street**<br>**Las Vegas, NV 89101**<br>**12-cv-01111 (NVD)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.946___<br>☐ Schedule G _____<br>**Wisam B Kosa** |
| 3.253 | **River City Holdings LLC2005-L-00231**<br>**800 S Wells St.**<br>**Apt. 1108**<br>**Chicago, IL 60607-4538**<br>**2005-L-002316** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.495___<br>☐ Schedule G _____<br>**Katherine Anderson** |
| 3.254 | **River City Parking**<br><br>**2011-L-002895** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**800 South Wells Commercial, LLC** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)*    **16-01335** |
| --- | --- | --- |

| | **Additional Page to List More Codebtors** |
| --- | --- |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.25<br>5 | **Rizzo Santo**<br>3660 N. Lake Shore Dr.<br>Apt. 1509<br>Chicago, IL 60613<br>2005-CH-04206 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.170**<br>☐ Schedule G _____<br>**Charles A. Brahos** |
| 3.25<br>6 | **Rosalie Gouletas**<br>5 Camino Sabaneros<br>Santa Fe, NM 87508-4836<br>2000-L-000867 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.129**<br>☐ Schedule G _____<br>**Board Dir Haberdasher Squ** |
| 3.25<br>7 | **Sargon Isaac**<br><br>2006-M1-687162 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.202**<br>☐ Schedule G _____<br>**City of Chicago** |
| 3.25<br>8 | **Sedgwick House Consulatant**<br>c/o Anthony Dibenedetto, Reg. Agt.<br>505 N. Lake Shore Dr., Ste 214<br>Chicago, IL 60611-3678<br>2003-CH-08151 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.452**<br>☐ Schedule G _____<br>**Jerome W. Bison** |
| 3.25<br>9 | **SEG Garvey LLC**<br>c/o Chen Nelson Roberts LTD<br>203 N. LaSalle 15th Fl<br>Chicago, IL 60601<br>2014-L-010993 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.345**<br>☐ Schedule G _____<br>**Garvey Court Holdings LLC** |
| 3.26<br>0 | **SEG Garvey LLC**<br>c/o Chen Nelson Roberts LTD<br>203 N. LaSalle 15th Fl<br>Chicago, IL 60601<br>2014-L-010993 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.347**<br>☐ Schedule G _____<br>**Garvey Court LLC** |
| 3.26<br>1 | **SEG Ontario Consultant**<br>c/o Victoria Gouletas, Reg. Agt.<br>182 W Lake St, Ste 200<br>Chicago, IL 60601<br>2008-L-003725 | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.731**<br>☐ Schedule G _____<br>**Richard Cohen** |

Debtor 1   **Nicholas S. Gouletas**                                        Case number *(if known)*   **16-01335**

---

| **Additional Page to List More Codebtors** |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.26 2 | **Steling Residences LLC** c/o Victoria Gouletas, Reg. Agt. 182 W. Lake St, STE 200 Chicago, IL 60601 2005-CH-04206 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.170**_ ☐ Schedule G _____ **Charles A. Brahos** |
| 3.26 3 | **Sterling Private Residenc** c/o David Sugar, Reg. Agt 120 S Riverside Plz, Ste 1200 Chicago, IL 60606-3910 2005-CH-04206 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.170**_ ☐ Schedule G _____ **Charles A. Brahos** |
| 3.26 4 | **Steven E. Gouletas** 25 E Suprerior St. Apt 403 Chicago, IL 60611-2547 2008-L-003725 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.731**_ ☐ Schedule G _____ **Richard Cohen** |
| 3.26 5 | **Steven E. Gouletas** 25 E Suprerior St Apt 403 Chicago, IL 60611-2547 2004-L-004699 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.131**_ ☐ Schedule G _____ **Board Managers Eleventh** |
| 3.26 6 | **Steven E. Gouletas** 25 E Supreior St Apt 403 Chicago, IL 60611-2547 2002-L-002788 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.130**_ ☐ Schedule G _____ **Board Directors Gold Gall** |
| 3.26 7 | **Steven E. Gouletas** 25 E Suprerior St. Apt. 403 Chicago, IL 60611-2547 2002-L-001087 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.707**_ ☐ Schedule G _____ **Ramon Campos** |
| 3.26 8 | **Steven Gouletas** 25 E Suprerior St. Apt. 403 Chicago, IL 60611-2547 2014-L-010993 | ☐ Schedule D, line _____ ■ Schedule E/F, line _**4.345**_ ☐ Schedule G _____ **Garvey Court Holdings LLC** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.26
9
**Steven Gouletas**
**25 E Superior St.**
**Apt. 403**
**Chicago, IL 60611-2547**
**2014-L-010993**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.347**___
☐ Schedule G _____
**Garvey Court LLC**

---

3.27
0
**Steven Gouletas**
**25 E Superior St**
**Apt. 403**
**Chicago, IL 60611-2547**
**2007-L-004840**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.907**___
☐ Schedule G _____
**Todd Fouch Estate**

---

3.27
1
**Steven Gouletas**
**25 E Superior St.**
**Apt. 403**
**Chicago, IL 60611-2547**
**2007-L-004840**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.90**___
☐ Schedule G _____
**Amy Fouch**

---

3.27
2
**Steven Gouletas**
**25 E Superior St.**
**Apt 403**
**Chicago, IL 60611-2547**
**2002-L-015046**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.783**___
☐ Schedule G _____
**Rosenberg Partners LP**

---

3.27
3
**Steven Gouletas**
**25 E Superior St.**
**Apt. 403**
**Chicago, IL 60611-2547**
**2000-L-000867**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G _____
**Board Dir Haberdasher Squ**

---

3.27
4
**Steven Gouletas**
**25 E Superior St.**
**Apt. 403**
**Chicago, IL 60611-2547**
**03-cv-03916 (NDIL)**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.233**___
☐ Schedule G _____
**Dan Fintel**

---

| Debtor 1 | **Nicholas S. Gouletas** | | Case number *(if known)* | **16-01335** |

---

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.27 5 | **Susan Tjarksen** **c/o Schain Firsel & Brown Ltd** **222 N. LaSalle #1910** **Chicago, IL 60601** **2000-L-000867** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.129___ ☐ Schedule G _____ **Board Dir Haberdasher Squ** |
| 3.27 6 | **Tamco Enterprises Inc.** **1996-CH-00206** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.385___ ☐ Schedule G _____ **Heller Financial Inc** |
| 3.27 7 | **Theresa E. Nicholas** **1995-M1-106513** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.209___ ☐ Schedule G _____ **Color Specialists** |
| 3.27 8 | **Thomas A Galbraith** **c/o Pretzel & Stouffer** **1 S. Wacker Drive #2500** **Chicago, IL 60606** **2008-L-003725** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.731___ ☐ Schedule G _____ **Richard Cohen** |
| 3.27 9 | **Thomas Schmitt** **2004-L-050376** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.435___ ☐ Schedule G _____ **James G. Pope** |
| 3.28 0 | **Tiffany Decorating Compan** **2005-CH-04206** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.170___ ☐ Schedule G _____ **Charles A. Brahos** |
| 3.28 1 | **Todd Est Fouch** **c/o Katten & Temple LLP** **542 S. Dearborn St. 14** **Chicago, IL 60605** **2008-L-003725** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.731___ ☐ Schedule G _____ **Richard Cohen** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.28 2 | **Trust #122242**<br><br>**2002-L-001087** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.707__<br>☐ Schedule G _____<br>**Ramon Campos** |
| 3.28 3 | **Twin Rivers Inc**<br><br>**1992-CH-03399** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.183__<br>☐ Schedule G _____<br>**Chemical Bank** |
| 3.28 4 | **Victor F. Ciardelli**<br>**c/o Dykema Gossett PLLC**<br>**10 S. Wacker #2300**<br>**Chicago, IL 60606**<br>**2008-L-003725** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.731__<br>☐ Schedule G _____<br>**Richard Cohen** |
| 3.28 5 | **Wabash Loftominium LLC**<br>**c/o Bryan Cave LLP**<br>**161 N. Clark St. #4300**<br>**Chicago, IL 60601**<br>**2004-L-004699** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.131__<br>☐ Schedule G _____<br>**Board Managers Eleventh** |
| 3.28 6 | **Washington Mutual Bank**<br>**c/o Dykema Gossett PLLC**<br>**10 S. Wacker #2300**<br>**Chicago, IL 60606**<br>**2008-L-003725** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.731__<br>☐ Schedule G _____<br>**Richard Cohen** |
| 3.28 7 | **Washington-Morgan; Loftominium, LLC**<br>**c/o Anthony Dibenedetto, Reg. Agt.**<br>**1212 N LaSalle Dr. STE. 110**<br>**Chicago, IL 60610-8027**<br>**03-cv-03916 (NDIL)** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Dan Fintel** |
| 3.28 8 | **Water Tower Bank**<br>**717 N Michigan Ave**<br>**Chicago, IL 60611-2501**<br>**1992-CH-03399** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.183__<br>☐ Schedule G _____<br>**Chemical Bank** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

| | **Additional Page to List More Codebtors** | |
| --- | --- | --- |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.28<br>9 | **Western Springs National**<br><br>**2002-L-015046** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.783__<br>☐ Schedule G _____<br>**Rosenberg Partners LP** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | **16-01335** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Debtor 1    **Nicholas S. Gouletas**                                              Case number (*if known*)    **16-01335**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ | 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ | 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ | 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ | 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ | 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ | 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ | 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ | 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 2,440.50    $ 3,572.63

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 1,438.53

8h. **Other monthly income.** Specify:    8h.+    $ 0.00    + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 2,440.50    $ 5,011.16

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 2,440.50    + $ 5,011.16    = $ 7,451.66
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11.    + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 7,451.66

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    **The Debtor hopes to generate new income.**

Fill in this information to identify your case:

Debtor 1    **Nicholas S. Gouletas**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number    **16-01335**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☑ No

Do not list Debtor 1    ☐ Yes.  Fill out this information for
and Debtor 2.                          each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $                    0.00 |
| If not included in line 4: |  |
| 4a.    Real estate taxes | 4a.  $                    0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $                    0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $                    0.00 |
| 4d.    Homeowner's association or condominium dues | 4d.  $                    0.00 |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5.  $                    0.00 |

Debtor 1    **Nicholas S. Gouletas** _____    Case number (if known)   **16-01335** _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $                 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $                 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $                 0.00 |
| | 6d. | Other. Specify: | 6d. | $                 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $           1,600.00 |
| 8. | **Childcare and children's education costs** | | 8. | $                 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $             100.00 |
| 10. | **Personal care products and services** | | 10. | $               50.00 |
| 11. | **Medical and dental expenses** | | 11. | $               50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $             600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $                 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $               80.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $                 0.00 |
| | 15b. | Health insurance | 15b. | $                 0.00 |
| | 15c. | Vehicle insurance | 15c. | $                 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $                 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $                 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $                 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $                 0.00 |
| | 17c. | Other. Specify: | 17c. | $                 0.00 |
| | 17d. | Other. Specify: | 17d. | $                 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. | $                 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | |
| | 20a. | Mortgages on other property | 20a. | $                 0.00 |
| | 20b. | Real estate taxes | 20b. | $                 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $                 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $                 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $                 0.00 |
| 21. | **Other:** Specify: | | 21. | +$                 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 2,480.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 2,480.00 |
| 23. | **Calculate your monthly net income** | | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | *7,451.66 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 2,480.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. | $ | *4,971.66 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.      Explain here: _____

\* Schedule I requires disclosure of Debtor's income and non-filing spouse's income. Schedule J requires disclosure of only Debtor's expenses. Therefore, when comparing the Schedule J expenses to the Schedule I income it gives the impression of positive monthly cash flow. However, the Debtor's non-filing spouse has her own expenses not listed here. When the Debtor's expenses are compared to Debtor's income the monthly cash flow is negative.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas S. Gouletas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | **16-01335** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
  **Nicholas S. Gouletas**    Signature of Debtor 2
  Signature of Debtor 1

Date    2/15/16    Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

   ☑ Married
   ☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Debtor 1 **Nicholas S. Gouletas**  Case number *(if known)* 16-01335

---

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security; unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below.. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $2,440.50 | | |
| **For last calendar year: (January 1 to December 31, 2015 )** | Social Security | $29,286.00 | | |
| **For the calendar year before that: (January 1 to December 31, 2014 )** | gross proceeds from liquidation of TD Ameritrade Account x1438 basis unknown | $51,323.29 | | |
| | Social Security | $29,286.00 | | |

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

■ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an**

| Debtor 1 | **Nicholas S. Gouletas** | | | Case number *(if known)* | **16-01335** |

**insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **River City Condominium v. Nicholas Gouletas, et al**<br>**2015-M1-702744** | **Municipal** | **Cook County Circuit Court Municipal Div**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **River City Marina v. Nicholas Gouletas, et al**<br>**2014-M1-726860** | **Municipal** | **Cook County Circuit Court Municipal Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed by stipulation or agreement 6/22/2015** |
| **Guaranty Solutions, et al v. Acquest Group, LLC et al**<br>**2014-M1-500474** | **Civil** | **Cook County Circuit Court Municipal Div**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Karl T. Muth v. Nicholas S. Gouletas, et al**<br>**2013-L-008995** | **Law Division** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Private Bank and Trust v. Gouletas, Nicholas et al**<br>**2015-L-005458** | **Law Division** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Novack Macey LLP v. American Invsco Corp, et al**<br>**2014-L-013200** | **Law Division** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Garvey Court Holdings LLC, et al v Alexander ,Jose A Jr, et al**<br>**2014-L-010993** | **Law Division** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Nicholas S. Gouletas**                                    Case number *(if known)*   **16-01335**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Stuart Adler v Associated Bank, et al**<br>**2014-L-050584** | **Law Division** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Humberto Alfonso v. 800 South Wells Commercial, et al**<br>**2013-L-009345** | **Law Division** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **200 North Dearborn Condominium v AI Real Estate Inc. et al**<br>**2013-L-008515** | **Law Division** | **Circuit Court of Cook County, Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Patricia Mansion v American Invsco Corp, et al**<br>**2013-L-001753** | **Personal Injury (Motor Vehicle)** | **Circuit Court of Cook County, Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed by stipulation or agreement** |
| **800 South Well Comm v 800 S. Wells Phase 1, et al**<br>**2011-L-002895** | **Law Division** | **Circuit Court of Cook County, Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bruce Couturier, et al v. American Invsco Corporation, et al**<br>**12-cv-01104** | **Civil** | **US District Court for NVD**<br>**333 Las Vegas Blvd. South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Shahin Edalatdju, et al v. American Invsco Corporation, et al**<br>**12-cv-01106** | **Civil** | **US District Court for NVD**<br>**333 Las Vegas Blvd. South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Mary Heldt, et al v. American Invsco Corporation, et al**<br>**12-cv-01107** | **Civil** | **US District Court for NVD**<br>**333 Las Vegas Blvd. South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nasir Kosa, et al v. American Invsco Corporation, et al**<br>**12-cv-01108** | **Civil** | **US District Court for NVD**<br>**333 Las Vegas Blvd. South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Frank Taddeo, et al v. American Invsco Corporation, et al**<br>**12-cv-01110 / 08-cv-04163** | **Civil** | **US District Court for NVD**<br>**333 Las Vegas Blvd. South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Nicholas S. Gouletas**                                     Case number *(if known)*   **16-01335**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wisam Kosa, et al v. American Invsco Corporation, et al**<br>**12-cv-01111** | **Civil** | **US District Court for NVD**<br>**333 Las Vegas Blvd. South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Abbacle, LLC, et al v. American Invsco Corporation, et al**<br>**A-12-662999** | **Civil** | **District Court Clark County, Nevada**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **DK Enterprises, Inc. v. Nicholas S. Gouletas, et al**<br>**CV-13-5263** | **Civil** | **7th Judicial District of Idaho**<br>**605 N. Capital Ave**<br>**Idaho Falls, ID 83402** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Murphy Hourihane, LLC v. American Invsco, et al**<br>**2013-L-013981** | **Civil** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sousan L. Routt v. 2625 North Clark Street, et al**<br>**2011-L-006154** | **Civil** | **Circuit Court of Cook County Law Div.**<br>**2600 Richard J. Daley Center**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the details below.

   ☐   No
   ■   Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Karl T. Muth**<br>**c/o Swanson Martin & Bell LLP**<br>**330 N. Wabash, Suite 3300**<br>**Chicago, IL 60611** | **Lien on all Debtor's LLC interests (as well as the LLC interests of American Invsco Realty and/or AIGL Real Estate Company). Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/2015 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to charging order dated 10/2/2014** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1    **Nicholas S. Gouletas**                                        Case number (*if known*)    **16-01335**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Humberto Alfonso**<br>**c/o Swanson Martin Bell LLP**<br>**330 N. Wabash #3300**<br>**Chicago, IL 60611** | **Lien on all Debtor's LLC interests (as well as the LLC interests of American Invsco Realty and/or AIGL Real Estate Company). Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/2015 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **pursuant to charging order dated 10/2/2014** | **Unknown** |
| **800 South Wells Commercial, LLC**<br>**c/o Dean F. Armstrong**<br>**1324 Dartmouth Road**<br>**Flossmoor, IL 60422** | **All Debtor's right, title and interest in and to the shares of stock of Realty Services, Inc. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **pursuant to Turnover Order No. 1 dated 8/12/2015** | **Unknown** |
| **800 South Wells Commercial, LLC**<br>**c/o Dean F. Armstrong**<br>**1324 Dartmouth Road**<br>**Flossmoor, IL 60422** | **All of the Debtor's and the Debtor's Trust's right, title and interest in and to the shaes of stock of Cadmus corporation. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **pursuant to Turnover Order No. 2 dated 8/12/2015** | **Unknown** |
| **800 South Wells Commercial, LLC**<br>**c/o Dean F. Armstrong**<br>**1324 Dartmouth Road**<br>**Flossmoor, IL 60422** | **All Debtor's and the Debtor's Trust's right, title and interest in and to the shaes of stock of Ambelos corporation. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **pursuant to Turnover Order No. 2 dated 8/12/2015** | **Unknown** |

Debtor 1    **Nicholas S. Gouletas**                                    Case number (*if known*)    **16-01335**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **Notice of Termination of the 2006 Restatement of the Nicholas S. Gouletas Special Trust dated June 11, 2011.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Turnover Order No. 2 dated 8/12/2015** | **Unknown** |
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **All Debtor's right, title and interest in and to the shares of stock of American Invsco Group, Ltd. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Turnover Order No. 3 dated 8/12/2015** | **Unknown** |
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **All Debtor's right, title and interest in and to the shares of stock of Home by Invsco, Inc. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Turnover Order No. 4 dated 8/12/2015** | **Unknown** |
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **Lien on Debtor's interest in New Ambelos, LLC. Purusant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 1 dated 8/20/2015** | **Unknown** |

Debtor 1   **Nicholas S. Gouletas**                                                    Case number (*if known*)   **16-01335**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **Lien on Debtor's interest in 182 W. Lake Street, LLC. Purusant to Decision of Judge White dated 11/24/14, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 2 dated 8/20/2015** | **Unknown** |
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **Lien on Debtor's interest in 440 North Wabash Holding Company, LLC. Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 3 dated 8/20/2015** | **Unknown** |
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **Lien on Debtor's interest in OC Residential Manager, LLC. Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 4 dated 8/20/2015** | **Unknown** |
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **Lien on Debtor's interest in Ontario Century Manager, LLC. Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 5 dated 8/20/2015** | **Unknown** |

Debtor 1    **Nicholas S. Gouletas**                              Case number *(if known)*    **16-01335**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **Lien on Debtor's interest in Invsco Holding, LLC. Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 6 dated 8/20/2015** | **Unknown** |
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **Lien on Debtor's interest in American Invsco Realty, LLC. Pursuant to Decision of Judge White dated 11/24/15, the lien granted as part of the charging order dated 10/2/2014 in favor of Muth and Alfonso has priority over the liens granted as part of charging orders dated 8/20/15 in favor of 800 South Wells Commercial, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 7 dated 8/20/2015** | **Unknown** |
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **All Debtor's right, title and interest in and to the shares of stock of American Invsco Realty, Inc. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Turnover Order No. 5 dated 8/31/2015** | **Unknown** |
| **800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422** | **1960 Mercedes - was titled to ERA Real Estate, LLC**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **pursuant to Turnover Order No. 5 dated 8/31/2015** | **Unknown** |

| Debtor 1 | **Nicholas S. Gouletas** | Case number (*if known*) | **16-01335** |

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **All Debtor's right, title and interest in and to the shares of stock of New York Consultants, Inc. Notice was given of a Public Auction Sale to be held on 11/23/2015 - the status of this sale and application of proceeds is unknown to the Debtor.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Turnover Order No. 6 dated 9/10/2015** | **Unknown** |
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **Lien on Debtor's interest in 3660 Lake Shore Phase II, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 8 dated 9/10/2015** | **Unknown** |
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **Lien on Debtor's interest in 3660 Lake Shore Phase III, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 9 dated 9/10/2015** | **Unknown** |
| **800 South Wells Commercial, LLC c/o Dean F. Armstrong 1324 Dartmouth Road Flossmoor, IL 60422** | **Lien on Debtor's interest in New York Members, LLC.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **pursuant to Charging Order No. 10 dated 9/10/2015** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Debtor 1    **Nicholas S. Gouletas**                                    Case number (*if known*)    **16-01335**

---

| **Part 5:** | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |
| **Assumption** | **$20-40 approx. 3x per month** | | **$0.00** |

---

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

---

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **FactorLaw**<br>**105 W. Madison St., Ste 1500**<br>**Chicago, IL 60602**<br>**www.wfactorlaw.com**<br>**Steven E. Gouletas** | **$10,000 ($5,000 disbursed to Ron Braver, accountant); $10,000 ($5,000 disbursed to Ron Braver, accountant)** | **10/24/2014;**<br>**12/29/2014** | **$10,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1    **Nicholas S. Gouletas**    Case number (*if known*)    **16-01335**

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐   No

☑   Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| **Natel Matschulat 111 East Chestnut Unit 28K Chicago, IL 60611** **non-filing spouse** | **$51,323.29 proceeds from liquidation of TD Ameritrade Account x1438** | | **9/5/2014** |
| **NKM Garvey, LLC / SEG Garvey, LLC** | **NKM Garvey, LLC holds a 13% interest in Garvey Court, LLC. Members: Nicholas S. Gouletas (7%), Natel Matschulat, non-filing spouse (93%) SEG Garvey, LLC holds a 12% interest in Garvey Court, LLC. Members: S. Gouletas, S (16.66%); V. Gouletas, D (16.67%); R. Gouletas , D (16.67%); D. Witte, D(16.67%); I. Gouletas, S (16.67%); M. Gouletas, GS (5.53%); L. Gouletas, GS (5.53%); B. Gouletas, GD (5.54%). Allegation has been made that Debtor transferred interest to family members.** | | **April /May 2014 pursuant to bankruptcy sale** |
| **also see Question #10 supra** | | | |
| **Karl T. Muth c/o Swanson Martin & Bell LLP 330 N. Wabash, Suite 3300 Chicago, IL 60611** | **$90k-$100k and was seized pursuant to citation to discover assets in favor of Muth and Alfonso.** | | **May 2014** |
| **Humberto Alfonso c/o Swanson Martin Bell LLP 330 N. Wabash #3300 Chicago, IL 60611** | **$90k-$100k and was seized pursuant to citation to discover assets in favor of Muth and Alfonso.** | | **May 2014** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Nicholas S. Gouletas**    Case number *(if known)*    **16-01335**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase** | **XXXX-9480** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed by Chase on or about May 2015. Last known balance was between $90k-$100k and was seized pursuant to citation to discover assets in favor of Muth and Alfonso in May 2014.** | **Unknown** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Office** | **Various** | **See Schedule B.** | ☐ No<br>■ Yes |
| **Carlos Castillo** | **Carlos Castillo** | **See Schedule B.** | ☐ No<br>■ Yes |

Debtor 1   **Nicholas S. Gouletas**                                Case number *(if known)*   **16-01335**

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   **Nicholas S. Gouletas**                                   Case number (*if known*)   **16-01335**

☐   No. None of the above applies.  Go to Part 12.

■   Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See attached list.** | | **EIN:**<br><br>**From-To** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐   **No**

■   **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Humberto Alfonso**<br>**c/o Swanson Martin Bell LLP**<br>**330 N. Wabash #3300**<br>**Chicago, IL 60611** | **not for extension of credit**<br>**purposes, turned over as**<br>**responsive to document**<br>**production request on or about**<br>**9/23/2014** |
| **Karl T. Muth**<br>**c/o Swanson Martin & Bell LLP**<br>**330 N. Wabash, Suite 3300**<br>**Chicago, IL 60611** | **not for extension of credit**<br>**purposes, turned over as**<br>**responsive to document**<br>**production request on or about**<br>**9/23/2014** |
| **800 South Wells Commercial, LLC**<br>**c/o Dean F. Armstrong**<br>**1324 Dartmouth Road**<br>**Flossmoor, IL 60422** | **not for extension of credit**<br>**purposes, turned over as**<br>**responsive to document**<br>**production request on or about**<br>**9/23/2014** |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Nicholas S. Gouletas**
_____              _____
**Nicholas S. Gouletas**                                   **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **February 15, 2016**                           Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    **Nicholas S. Gouletas**
     First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number   **16-01335**
(if known)

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
       **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Nicholas S. Gouletas**<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   2/15/16 | Date |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Name of Entity | % Owner(s) | Manager/Directors/General Partner |
|---|---|---|
| 100 S. Ashland, LLC | 50 Monroe Adams, Inc. | Monroe Adams, Inc. |
| | 50 Home By Invsco, Inc. | Home By Invsco, Inc. |
| 111 East Chestnut Consultants, Inc | 100 Invsco Group, Ltd. | Steven E. Gouletas (President) |
| 1122 North Clark Consultants, Inc. | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| 1122 North Clark Members, Inc. | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| 1122 North Clark Members, LLC | 99 Home By Invsco, Inc. | 1122 North Clark Members, Inc. |
| | 1 1122 North Clark Members, Inc. | |
| 1122 North Clark, LLC | 1 1122 North Clark Consultants, Inc. | 1122 North Clark Consultants, Inc. |
| | 50 Clark Street Investors, LLC (MI LLC) | |
| | 49 1122 North Clark Members, LLC (DE LLC) | |
| 1212 Mt. Vernon Consultants, Inc. | 100 Home By Invsco, Inc. | James Schwark (CFO) |
| | | Steven E. Gouletas (CEO) |
| | | Anthony R. DiBenedetto (Secretary) |
| 1212, LLC | 100 American Invsco of Georgia, LLC | 1212 Mt. Vernon Consultants, Inc. |
| 1313 North Ritchie Court Consultants, Inc. | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director) |
| | | Nicholas V. Gouletas (President) |
| 1313 North Ritchie Court, LP | 1 1313 Ritchie Court Consultants, Inc. | |
| | 79.2 Thirteen Thirteen Corporation | |
| | 16.3276 Invsco Group, Ltd. | |
| | 1.4776 A. Robert Abboud | |
| | 1.9948 Nicholas S. Gouletas | |
| 1327 Washington Loftominium, LLC | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | A.P. Property Holdings, LLC | |
| 1344 Dearborn Consultants, Inc. | | |
| 1344 Dearborn, LLC | | 1344 Dearborn Consultants, Inc. |
| 182 West Lake Commercial, LLC | | 182 West Lake, LLC |
| 182 West Lake Residential, LLC | | 182 West Lake, LLC |
| 182 West Lake, LLC | | SEG West Lake Consultants, Inc. |
| 201 N. Wells Investors, LLC | | 182 West Lake, LLC |
| 201 N. Wells, LLC (f/k/a Aventura Investor, LLC) | 99 201 S. Wells Members, Inc. | 201 S. Wells Consultants, Inc. |
| | 1 01 S. Wells Consultants, Inc. | |
| 201 S. Wells Consultants, Inc. | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |

| Entity | Ownership | Notes |
|---|---|---|
| **201 S. Wells Members, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **201 Wells Investors, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **2210 Mission Laguna LLC (n/k/a SEG Sandlake, LLC)** | | |
| **2520 North Lakeview Development, LLC (f/k/a Chapel Park Development, LLC)** | 35 Irene McGuire, Inc. | Christopher Lakeview, LLC |
| | 30 Columbus Investors, LLC | |
| | 30 American Invsco Development Corporation (AIDC's withdrawal as member filed 1/13/2003 - interest may have been taken over by Christopher Lakeview, LLC?) | former manager: American Invsco Development Corporation (withdrawal as manager, filed 1/13/2003) |
| **33 W Delaware Place Consultants, Inc.** | | Steven E. Gouletas (President) |
| **33 W Delaware Place Corporation** | 20 33 West Delaware Place Investors, LLC | Nicholas S. Gouletas (Director) |
| | 80 33 West Delaware Place Members, LLC | Steven E. Gouletas (President) |
| **33 W Delaware Place Members, LLC** | 100 Home By Invsco, Inc. | 33 W. Delaware Place Consultants, Inc. |
| **3650 Consultants, Inc.** | | Steven E. Gouletas (President) |
| **3660 Lake Shore Phase II, LLC** | New Yorker Holdings, LLC | New York Acquisition Company, LLC (MI LLC) |
| | New York Members, LLC | |
| | New York Consultants, Inc. | |
| **3660 Lake Shore Phase III, LLC** | New Yorker Holdings, LLC | New York Acquisition Company, LLC (MI LLC) |
| | New York Members, LLC | |
| | New York Consultants, Inc. | |
| **3663 Peachtree, LLC** | 50 American Invsco of Georgia, LLC | |
| | 50 Coordinated Properties, Inc. | |
| **440 Condominium Rental Services, Inc.** | | Steven E. Gouletas (President) |
| **440 North Wabash Commercial, LLC** | 100 440 North Wabash Holding Company, LLC | SEG Plaza 440 Consultants, Inc. |
| **440 North Wabash Holding Company, LLC** | 100 SEG Plaza 440, LLC | SEG Plaza 440 Consultants, Inc. |
| | NSG? (has interest according to citation answer) | |
| **440 North Wabash, LLC** | 440 North Wabash Holding Company, LLC | SEG Plaza 440 Consultants, Inc. |
| **444 Fullerton Consultants, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |

| | | |
|---|---|---|
| **444 Fullerton, LLC** | 99 Home By Invsco, Inc. | Home By Invsco, Inc. |
| | 1 Invsco Group, Ltd. | Invsco Group, Ltd. |
| **444 Fullerton, LP** | 1 444 Fullerton Consultants, Inc. (General) | 444 Fullerton Consultants, Inc. |
| | 99 444 Fullerton, LLC (Limited) | |
| **5000 Town Center Associates, LP** | 63 5000 Town Center, LP | 5000 Town Center, LP |
| | 35 5000 Town Center Investors (MI co- | |
| | 2 partnership) | |
| | American Invsco Development Corporation | |
| **5000 Town Center Consultants, Inc.** | 100 American Invsco Development Corporation | Nicholas S. Gouletas (Director/President) |
| | | Steven E. Gouletas (Director) |
| **5000 Town Center, LP** | | |
| **The 800 Condominiums, LLC** | 50 800 Consultants, Inc. | 800 Consultants, Inc. |
| | 50 American Invsco Development Corporation | James Schwark |
| | | Steven E. Gouletas |
| | | Anthony R. DiBenedetto |
| | | Nicholas S. Gouletas |
| | | Michal Fish |
| **800 Consultants, Inc.** | 100 American Invsco Development Corporation | Nicholas S. Gouletas (Director/President) |
| | | Steven E. Gouletas (Director) |
| **800 South Wells Commercial, LLC** | 50 Nicholas S. Gouletas | D.A.N. Joint Venture III, LP |
| | 50 River City Investors, LLC (MI LLC) | |
| **800 South Wells Phase I, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **800 South Wells Phase II, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **801 South Wells Consultants, Inc.** | | Nicholas S. Gouletas (President) |

| | | |
|---|---|---|
| **801 South Wells, LP** | | |
| **9195 Surfside Consultants, Inc.** | | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **9195 Surfside Corporation** | 9195 Surfside Members, LLC | Nicholas S. Gouletas (Director) |
| | 9195 Surfside Investors, LLC | Steven E. Gouletas (Director/President) |
| **9195 Surfside Members, LLC** | 100 Home By Invsco, Inc. | 9195 Surfside Consultants, Inc. |
| **9195 Surfside, LLC** | 9195 Surfside Members, LLC | 9195 Surfside Members, LLC |
| | 9195 Surfside Consultants, Inc. | 9195 Surfside Consultants, Inc. |
| **A.P. Loftominium Consultants, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director) |
| | | Mark Goldstein (President) |
| **A.P. Members, LLC** | 99 Home By Invsco, Inc. | A.P. Loftominium Consultants, Inc. |
| | 1 A.P. Loftominium Consultants, Inc. | |
| **A.P. Property Holdings, LLC** | 1 A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | 50 A.P. Property Holdings, LLC | |
| | 49 A.P. Members, LLC | |
| **Acquest Group LLC** | | |
| **Admin Condominium Rental Services, Inc.** | | Anthony DiBenedetto (President) |
| **AI Real Estate, Inc. (f/k/a American Invsco Realty, Inc.; f/k/a American Invs-co Realty, Inc.)** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **AIG Consultants Inc.** | | |
| **AIGL Development Company, LLC (f/k/a AIGL Development Corporation, LLC; f/k/a AIGL Development Corporation)** | 100 American Invsco Group, Ltd. | American Invsco Group, Ltd. |
| **AIGL Development Corporation (see AIGL Development Company, LLC)** | | |
| **AIGL Payroll Services Corporation (see AIGL Real Estate Company)** | | |
| **AIGL Real Estate Company, Inc. (f/k/a AIGL Payroll Services Corporation)** | 100 American Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **AIGL Storage Holdings, LLC (IL File No. 02998351 and 03190722)** | 100 American Invsco Group, Ltd. | American Invsco Group, Ltd. |
| **AIGL Transactional Group, LLC** | AIGL Development Corporation | AIGL Development Corporation |
| **Ambelos Corporation** | 100 Cadmus Corporation | Nicholas S. Gouletas |
| **American Invsco Corporation** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |

| Entity | Ownership | Officer/Director |
|---|---|---|
| **American Invsco Design & Construction, Inc.** | | Nicholas S. Gouletas (President) |
| **American Invsco Development Corporation** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |
| **American Invsco Florida Realty Company (f/k/a American Invsco Yacht Club Realty Company; f/k/a Invesco Residential Realty Company)** | 100 American Invsco Realty, Inc. (*see* AI Real Estate, Inc.) | Nicholas S. Gouletas (Director/President) |
| **American Invsco Group, LLC** | | AIG Consultants, Inc. |
| **American Invsco Group, Ltd.** | 79 Cadmus Corporation / 21 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **American Invsco International Corporation** | | Evangeline Gouletas (President) |
| **American Invsco of Georgia, LLC** | 50 1212 Mt. Vernon Consultants, Inc. / 50 Southern Parners Land and Development, LLC | |
| **American Invs-co Realty Services, Inc.** | | |
| **American Invsco Realty, Inc. (IL *see* AI Real** | | |
| **American Invsco Realty, Inc. (NV)** | 100 AI Real Estate, Inc. | Nicholas S. Gouletas (Director/President) |
| **American Invsco Realty, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **American Invsco Yacht Club Realty, Co. (*see* American Invsco Florida Realty Company)** | | |
| **American Monroe, Ltd. (*see* Home by Invsco, Inc.)** | | |
| **Annie New Yorker LLC** | | |
| **Aventura Investor, LLC (*see* 201 S. Wells, LLC)** | | |
| **Bermuda Condominium Rental Services, Inc.** | 100 Condominium Rental Services, Inc. | Nicholas S. Gouletas (Director/President) |
| **Bermuda Rental, Inc.** | | Steven E. Gouletas (Director/President) |
| **Birchwood Terrace Associates, LP** | | |
| **Birchwood Terrace Consultants, Inc.** | | Norman A. Katz |
| **Boulevard Associates, LP** | Boulevard Consultants, Inc. ? | Boulevard Consultants, Inc. |
| **Boulevard Consultants, Inc.** | 100 Home By Invsco, Inc. | Nicholas S. Gouletas (Director) / Steven E. Gouletas (Director/President) |
| **Boynton Pinehurst, LLC** | | SEG Boynton Pinehurst Consultants, Inc. |
| **Brittany Place, LP** | | |
| **Brittany Place, Inc.** | | Steven E. Gouletas (President) |
| **Cadmus Corporation** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |

| | | |
|---|---|---|
| **Century Condominium Rental Services, Inc.** | | Steven E. Gouletas (President) |
| **Century Tower Rental, Inc.** | | |
| **Chapel Park Development, LLC** | | |
| **(see 2520 North Lakeview Development, LLC)** | | |
| **Chestnut Street Holdings, LLC** | Hudson Asset Management, Inc. (TX Corp) | 111 East Chestnut Consultants, Inc. |
| | Chestnut-Pearson, Inc. (IL Corp.) | |
| | 111 East Chestnut Consultants, Inc. (IL Corp.) | |
| **Christopher Lakeview Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director/President) |
| **Christopher Lakeview, LLC** | 1 Christopher Lakeview Consultants, Inc. | Christopher Lakeview Consultants, Inc. |
| | 99 Home by Invsco, Inc. | |
| **Clark New Yorker, LLC** | | |
| **Condominium Construction Management, Inc.** | | Nicholas S. Gouletas (President) |
| **Condominium Rental Management, Inc.** | | Steven E. Gouletas (President) |
| **Condominium Rental Services, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **Creditors Paying Agent, LLC** | | |
| **CRS Rental Management, Inc.** | | |
| **CRSI Facilities Corporation** | | Steven E. Gouletas (President) |
| **Dearborn Holding Company, LLC (f/k/a Dearborn, LLC)** | 2 SEG Dearborn Members, LLC | SEG Dearborn Consultants, Inc. |
| | 98 200 N. Dearborn Investors, LLC | |
| **Dearborn Rental, Inc.** | | Nicholas S. Gouletas (President) |
| **Dearborn Residential, LLC** | 100 Lake Dearborn, LLC | SEG Dearborn Consultants, Inc. |

| | | |
|---|---|---|
| **Dearborn Retail, LLC** | 100 Lake Dearborn, LLC | SEG Dearborn Consultants, Inc. |
| **Dearborn, LLC (*see* Dearborn Holding Company, LLC)** | | |
| **DR Dearborn Investment, LLC** | 100 Dearborn Residential, LLC | Dearborn Residential, LLC |
| **Final Creditors Paying Agent, LLC** | | |
| **Galleria Commercial Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) <br> Steven E. Gouletas (Director/President) |
| **Galleria Commercial Members, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) <br> Steven E. Gouletas (Director/President) |
| **Galleria Commercial, LLC** | 99 Galleria Commercial Members, Inc. <br> 1 Galleria Commercial Consultants, Inc. | Galleria Commercial Consultants, Inc. |
| **Galleria Residential Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) <br> Steven E. Gouletas (Director/President) |
| **Galleria Residential Members, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) <br> Steven E. Gouletas (Director/President) |
| **Galleria Residential Members, LLC** | 1 Galleria Residential Members, Inc. <br> 99 Home by Invsco, Inc. | Galleria Residential Members, Inc. |
| **Galleria Residential, LLC** | 2 Galleria Residential Consultants, Inc. <br> 98 Galleria Residential Members, LLC | Galleria Residential Consultants, Inc. |
| **Gallerial Residuary Member LLC** | | |
| **Garvey Court Investment Company, LLC** | 100 AIGL Development Company, LLC | AIGL Development Company, LLC |
| **Green Valley Henderson, LLC** | | |

| | | |
|---|---|---|
| **Home by Invsco, Inc. (f/k/a American Monroe, Ltd.)** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |
| **Invsco Acquisition Corporation** | 100 Ambelos Corporation | Nicholas S. Gouletas (Director/President) |
| | | Steven E. Gouletas (Director) |
| **Invsco Advertising, Inc.** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **Invsco Condominium Development Group, Ltd. (see Invsco Group, Ltd.)** | | |
| **Invsco Construction & Design, Inc** | | |
| **Invsco Design and Construction, Inc.** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **Invsco Development Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director/President) |
| **Invsco Development Members, LLC** | 1 Invsco Development Consultants, Inc. | Invsco Development Consultants, Inc. |
| | 99 Home by Invsco, Inc. | |
| **Invsco Development, LLC** | 1 Invsco Development Consultants, Inc. | Invsco Development Consultants, Inc. |
| | 50 Millennium Centre Investors, LLC | |
| | 49 Invsco Development Members, LLC | |
| **Invsco Employee Sevices, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **Invsco Grand Pier Consultants, Inc.** | | Steven E. Gouletas (President) |
| **Invsco Group, Ltd. (f/k/a Invsco Condominium Development Group, Ltd.)** | 100 New Ambelos, LLC | Nicholas S. Gouletas (Director/President) |
| **Invsco Holding, LLC** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas |
| **Invsco Management Company, Inc.** | 100 Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **Invsco Management, Inc.** | | |
| **Invsco National Development, Inc.** | | Steven E. Gouletas (President) |
| **Invsco Realty II, Inc.** | | Steven E. Gouletas (President) |
| **Invsco Residential Realty Company (n/k/a American Invsco Yacht Club Realty, Co.)** | | |
| **Koval Flamingo Investors LLC** | | |
| **Koval Flamingo, LLC** | | SEG Nevada Consultants, Inc. |
| **Lake Dearborn, LLC** | Dearborn Holding Company, LLC (100 common) Derborn Investments, LLC (100 preferred) | SEG Dearborn Consultants, Inc. |

| | | |
|---|---|---|
| **Lake Point Tower, LP** | 19.5238 Lake Point Tower Consultants, Inc. | Lake Point Tower Consultants, Inc. |
| | 10 PTL Venture | |
| | 19.0476 PTL Venture | |
| | 6.36190 George B. Collins | |
| | 2.20952 Nicholas A. Karris | |
| | .95238 Mary Ann Karris | |
| | .95238 James Costakis | |
| | 1.42857 Eunice J. Gouletas | |
| **La Salle Commercial Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director/President) |
| **La Salle Commercial, LLC** | 99 Home by Invsco, Inc. (Cap. Contrib. = 90%) | LaSalle Commercial Consultants, Inc. |
| | 1 LaSalle Commercial Consultants, Inc. (Cap. Contrib. 10%) | |
| **Loan Servicing, Inc.** | | |
| **Loomis Loftominium, LLC** | 1 A.P. Loftominium Consultants, Inc. (Cap. | A.P. Loftominium Consultants, Inc. |
| | 99 Contrib. 10%) | |
| | A.P. Property Holdings, LLC (Cap. Contrib. 90%) | |
| **May Loftominium, LLC** | 1 A.P. Loftominium Consultants, Inc. (Cap. | A.P. Loftominium Consultants, Inc. |
| | 99 Contrib. 10%) | |
| | A.P. Property Holdings, LLC (Cap. Contrib. 90%) | |
| **Meridian Condominium Rental Services, Inc.** | 100 Condominium Rental Services, Inc. | Nicholas S. Gouletas |
| **Meridian Private Residences a Condominium** | | |
| **Meridian Private Residences CH, LLC** | | |
| **Michigan Pearson Commercial, LLC** | | Chestnut Street Holdings, LLC |
| **Millennium Centre Chiller, LLC** | Millennium Centre Tower, LLC | Millennium Centre Tower, LLC |
| | AEW/Golub MCT Investment, LLC | |
| **Millennium Centre Tower, LLC** | 50 Dearborn East Partners, LP | Invsco Development, LLC |
| | 50 Invsco Development, LLC | Cataldo/Marovitz Investments, LLC |

| | | |
|---|---|---|
| **Mortgage Funding Consultants, Inc** | 1 Nicholas S. Gouletas | Nicholas S. Gouletas |
| | 99 Invsco Group, Ltd. | Steven E. Gouletas |
| **National Rental Services, Inc.** | | Tiffany Johnston (President) |
| **Nevada Maintenance, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **New Ambelos, LLC** | 100 American Invsco Group, Ltd. | American Invsco Group, Ltd. |
| **New York Commercial, LLC** | New York Members, LLC | New York Acquisition Company, LLC (MI LLC) |
| | New York Consultants, Inc. | |
| **New York Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **New York Members, LLC** | | New York Consultants, Inc. |
| **New York Residential, LLC** | New Yorker Holdings, LLC (opted out 1/1/02) | New York Acquisition Company, LLC (MI LLC) |
| | New York Members, LLC | |
| | New York Consultants, Inc. | |
| **NKM Garvey, LLC** | 93 Natel Matschulat | Steven E. Gouletas |
| | 7 Nicholas S. Gouletas | |
| **NTI Holding, Inc** | | |
| **NV International Investment, Inc.** | | |
| **OC Residential Manager, LLC** | 100 New Ambelos, LLC | New Ambelos, LLC |
| **Ontario / Century Tower Holding Company, LLC** | | |
| **Ontario Century Manager, LLC** | 100 New Ambelos, LLC | New Ambelos, LLC |
| **Ontario Century Property, LLC** | 63 Ontario Century Manager, LLC | Ontario Century Manager, LLC |
| | 37 OC Residential Manager, LLC | OC Residential Manager, LLC |
| **Ontario Condominium Rental Services, Inc.** | 100 Condominium Rental Services, Inc. | Nicholas S. Gouletas (Director/President) |
| **Ontario Place Investors, LLC** | | |
| **Ontario Rental, Inc.** | | |
| **Ontario State Commercial, LLC** | | SEG Ontario Consultants, Inc. |
| **Ontario State Holding Company, LLC** | 100 Ontario/Century Tower Holding Company, LLC | SEG Ontario Consultants, Inc. |
| **Ontario State, LLC** | 100 Ontario State Holding Company, LLC | SEG Ontario Consultants, Inc. |
| **Orlando Plantation Consultants Inc** | | |
| **Orlando Plantation Members LLC** | | |
| **Orlando Plantation Park LLC** | | |

| | | |
|---|---|---|
| **Orlando Westpointe, LLC** | 98 Orlando Westpointe Investors, LLC | SEG Orlando Westpointe Consultants, LLC |
| | 2 SEG Orlando Westpointe Members, LLC | |
| **Orleans Loftominium, LLC** | | A.P. Loftominium Consultants, Inc. |
| **Park LaSalle Inc.** | | |
| **Park West Acquisition, LP** | 444 Fullerton Consultants, Inc. | 444 Fullerton Consultants, Inc. |
| | 444 Fullerton, LP | |
| **Peachtree Rumson Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas |
| | | Steven E. Gouletas |
| **Peachtree Rumson Members, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas |
| | | Steven E. Gouletas |
| **Peachtree Rumson, LLC** | Peachtree Rumson Consultants, Inc. | Peachtree Rumson Consultants, Inc. |
| | Seyburn Peachtree Investors, LLC | |
| **Pearson Associates, LLC** | | Chestnut-Pearson, Inc. |
| | | American Invsco Development Co |
| | | G. Marshall Abbey |
| **Peoria Sangamon Loftominium, LLC** | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | A.P. Property Holdings, LLC | |
| **Plantation Condominium Rental Services, Inc.** | | Steven E. Gouletas |
| **Private Residences at Ontario Place, LLC** | | |
| **RE Liquidation Manager, LLC** | | New Ambelos, LLC |
| **Realty Marketing Services, Inc.** | | Steven E. Gouletas (President) |
| **Realty National Marketing, Inc.** | | Steven E. Gouletas (President) |
| **Realty Payroll Services, Inc.** | | |
| **Realty Services, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **River City Fee, LLC** | Home by Invsco, Inc. | American Invsco Development Corporation |
| | American Invsco Development Corporation | |
| **River City Holdings, LLC (IL File No. 00507806)** | | Nicholas S. Gouletas |
| **River City Holdings, LLC (IL File No. 00507849)** | 50 Nicholas S. Gouletas | Nicholas S. Gouletas |
| | 50 River City Investors, LLC (MI LLC) | |
| **River City Leasehold, LLC** | | American Invsco Development Corporation |
| **River City Marina, LLC** | River City Holdings, LLC | Nicholas S. Gouletas |
| **River City Residences, LLC** | River City Holdings, LLC | Nicholas S. Gouletas (Manager) |
| **River Oaks Renaissance Consultant Inc** | | |
| **River Oaks Renaissance LLC** | | |
| **River Oaks Renaissance Members LLC** | | |

| | | |
|---|---|---|
| **Sandlake Condominium Rental Services, Inc.** | | Steven E. Gouletas |
| **Sandlake Residences, LLC** | | SEG Sandlake Consultants, Inc. |
| **Sedgwick House Consultants, Inc.** | 100 American Invsco Development Corporation | Nicholas S. Gouletas (Director) |
| | | Steven E. Gouletas (Director/President) |
| **Sedgwick House, LLC** | Sedgwick House Consultants, Inc. | Sedgwick House Consultants, Inc. |
| **SEG 3650 Members, LLC** | 100 Nicholas S. Gouletas | 3650 Consultants, Inc. |
| **SEG Boynton Pinehurst Consultants Inc** | | |
| **SEG Boynton Pinehurst Members LLC** | | |
| **SEG Dearborn Consultants, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (Director/President) |
| **SEG Dearborn Members, LLC** | .99 Nicholas S. Gouletas | SEG Dearborn Consultants, Inc. |
| | .01 SEG Dearborn Consultants, Inc. | |
| | 99 Condominium Rental Services, Inc. | |
| **SEG GV Henderson Capital, LLC** | | |
| **SEG GV Henderson Consultants Inc** | | |
| **SEG Henderson Members LLC** | | |
| **SEG Holding Company, Inc.** | 100 American Invsco Group, Ltd. | Nicholas S. Gouletas (Director/President) |
| **SEG Nevada Consultants, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **SEG Nevada Members, LLC** | 100 250 E. Flamingo, Inc. (MI Corporation) | SEG Nevada Consultants, Inc. |
| **SEG Ontario Consultants, Inc.** | 100 SEG Holding Company, Inc. | Nicholas S. Gouletas (Director/President) |
| **SEG Ontario Members, LLC** | 100 Nicholas S. Gouletas | SEG Ontario Consultants, Inc. |
| **SEG Orlando Westpointe Consultants Inc** | | |
| **Seg Orlando Westpointe Members LLC** | | |
| **SEG Plaza 440 Consultants, Inc.** | 100 Nicholas S. Gouletas | Nicholas S. Gouletas (President) |
| **SEG Plaza 440, LLC** | 100 Steven E. Gouletas | SEG Plaza 440 Consultants, Inc. |
| **SEG Sandlake Consultants, Inc.** | | Steven E. Gouletas (President) |
| **SEG Sandlake, LLC** | 100 Nicholas S. Gouletas | Home by Invsco, Inc. |
| **SEG Storage Holdings, LLC** | Nicholas S. Gouletas | SEG Holding Company |
| | SEG Holding Company | |
| **SEG West Lake Consultants, Inc.** | 100 Nicholas S. Gouletas | Mark Goldstein (President) |
| **SEG West Lake Members, LLC** | 100 Nicholas S. Gouletas | SEG West Lake Consultants, Inc. |
| **Sterling Consultants, Inc.** | 100 Home by Invsco, Inc. | Nicholas S. Gouletas (Director) |
| **Sterling Members, LLC** | Home by Invsco, Inc. | Sterling Consultants, Inc. |
| | Sterling Consultants, Inc. | |
| **Sterling Residences, LLC** | Sterling Members, LLC | Sterling Consultants, Inc. |
| | Sterling Consultants, Inc. | |

| | | | |
|---|---|---|---|
| **Sterling, LLC** | | Jack Shaffer | |
| | | Tom Collins | |
| | | Dick Hulina | |
| | | Doug Reichl | |
| | | Donald L Allen | |
| **SWR Consultants, Inc.** | | | Steven E. Gouletas (President) |
| **SWR, LLC** | | | SWR Consultants, Inc. |
| **The Acquest Group, LLC** | 100 | American Invsco Realty, LLC | Nicholas S. Gouletas |
| **The Peachtree Rumson LLC** | | | |
| **The River Oaks Renaissance, LLC** | | The River Oaks Renaissance Consultants, Inc. | The River Oaks Renaissance Consultants, Inc. |
| | | Houston Investors, LLC | |
| **The Windsor Administration, Inc.** | 100 | Home by Invsco, Inc. | Nicholas S. Gouletas |
| | | | Steven E. Gouletas |
| **The Windsor at 620, LLC** | 1 | The Windsor Administration, Inc. | The Windsor Administration, Inc. |
| | 50 | Windsor Investors, LLC | |
| | 49 | Windsor Members, LLC | |
| **The Yacht Club at Aventura, Inc.** | | | Steven E. Gouletas (President) |
| **The Yacht Club at Aventura, LLC** | | | Invsco Group, Ltd. |
| **The Yacht Club at Aventura, LP** | | The Yacht Club at Aventura, Inc. | |
| | | The Yacht Club at Aventura, LLC | |
| **Town Center Realtors, Inc.** | | | Steven E. Gouletas (President) |
| **Twin Rivers, Inc.** | | | Nicholas S. Gouletas (President) |
| **Wabash Loftominium, LLC** | 1 | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | 99 | Wabash Members, LLC | |
| **Wabash Members, LLC** | 1 | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | 99 | Home by Invsco, Inc. | |
| **Washington-Morgan Loftominium, LLC** | | A.P. Loftominium Consultants, Inc. | A.P. Loftominium Consultants, Inc. |
| | | A.P. Property Holdings, LLC | |
| **Windsor Members, Inc.** | | | T Schmitt, E (CFO) |
| **Windsor Members, LLC** | 100 | Windsor Members, Inc. | Windsor Members, Inc. |

| State | Status | NSG Role/Title (w/in 6 yr) | Nature of Business | EIN | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|
| DE | | | | 36-4308946 | 7/12/1999 (DE) 1/18/2000 (IL) | 7/13/2007 (IL) |
| IL | Voluntary Dissolution | Director/Officer | | 36-3918868 | 11/19/1993 | 9/22/2009 |
| IL | Involuntary Dissolution | Director | Manager of 1122 North Clark LLC | 36-4260436 | 10/20/1998 | 3/9/2007 |
| IL | Involuntary Dissolution | Director | Manager of 1122 North Clark Members LLC | | 10/20/1998 | 3/9/2007 |
| IL | Involuntary Dissolution | | | | 2/19/1999 | 7/31/2006 |
| IL | Involuntary Dissolution | | | 36-4260438 | 11/4/1998 | 5/11/2007 |
| GA | Voluntary Dissolution | | Manager for 1212, LLC and American Invsco of Georgia, LLC | 36-4404293 | 9/26/2000 | 5/4/2007 |
| GA | Voluntary Dissolution | | Mount Vernon Plantation development | 36-4385266 | 7/31/2000 | 5/4/2007 |
| IL | Involuntary Dissolution | Director | | 36-3916412 | 10/25/1993 | 3/1/2002 |
| IL | Involuntary Dissolution | Limited Partner | | | 6/16/2008 | 6/16/2008 |
| IL | Involuntary Dissolution | | | 36-4333881 | 1/25/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | Manager of 1344 Dearborn LLC | | 6/8/1999 | 11/1/2002 |
| IL | Involuntary Dissolution | | | | 7/9/1999 | 12/28/2002 |
| IL | Involuntary Dissolution | | Holding company for office condominium at 182 W. Lake St. in Chicago, IL | | 7/13/2005 | 1/11/2013 |
| IL | Involuntary Dissolution | | | | 7/13/2005 | 1/11/2013 |
| IL | Involuntary Dissolution | | | | 6/24/2005 | 12/14/2012 |
| IL | Involuntary Dissolution | | | | 6/19/2000 | 12/14/2012 |
| IL | Involuntary Dissolution | | | 36-4234635 | 6/2/1998 | 11/28/2002 |
| IL | Involuntary Dissolution | Director | | 36-4234533 | 6/3/1998 | 11/1/2002 |

| | | | | | |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Director | | 36-4234536 | 6/4/1998 | 11/1/2002 |
| IL | Involuntary Dissolution | Director | | 36-4340888 | 8/19/1999 | 1/8/2010 |
| IL | Involuntary Dissolution | | | 36-4422233 | 2/8/2001 | 8/10/2012 |
| IL | Involuntary Dissolution | | | | 2/20/2003 | 7/10/2009 |
| IL | Involuntary Dissolution | Director | | 75-3101913 | 2/20/2003 | 7/10/2009 |
| IL | Voluntary Dissolution | | | 71-0940694 | 2/24/2003 | 9/24/2009 |
| IL | Involuntary Dissolution | | | | 1/17/2008 | 6/11/2010 |
| IL | Active | | | 36-4376056 | 5/31/2000 | present |
| IL | Active | | | 36-4376125 | 5/31/2000 | present |
| GA | Involuntary Dissolution | | | | 12/15/2000 | 5/16/2008 |
| IL | Involuntary Dissolution | | | 20-8992758 | 5/7/2007 | 10/9/2009 |
| IL | Involuntary Dissolution | | Holding company for real property at 7 E. Illinois St. in Chicago, IL. | | 12/20/2004 | 6/8/2012 |
| IL | Involuntary Dissolution | | | | 6/15/2004 | 12/14/2012 |
| IL | Involuntary Dissolution | | | | 6/15/2004 | 4/2/2009 |
| IL | Involuntary Dissolution | Director | | 36-4114872 | 12/6/1996 | 5/11/2007 |

| State | Status | Role | Description | ID | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 36-4117385 | 12/13/1996 | 6/8/2007 |
| IL | Involuntary Dissolution | | | 36-4114874 | 12/11/1996 | 6/16/2008 |
| MI | | | | | 1/1/1996 | |
| IL | Involuntary Dissolution | Director/Officer | | 36-4034986 | 8/24/1995 | 1/2/2002 |
| IL | Involuntary Dissolution | | | | 8/25/1995 | 6/16/2008 |
| KY | Voluntary Dissolution | Manager | | 31-1496722 (pre 9/97) 36-4211092 (post 9/97) | 12/30/1996 | 3/8/2006 |
| IL | Involuntary Dissolution | Director/Officer | | 36-4165530 | 1/15/1997 | 6/1/2006 |
| IL | Active | Member | 06-15500 | | 1/5/2001 | present |
| IL | Involuntary Dissolution | Member/Manager | | | 1/5/2001 | 1/10/2007 |
| IL | Involuntary Dissolution | Member/Manager | Holding company for vacant land at 800 S. Wells Street in Chicago, IL. On August 19, 2013, entity filed under Ch. 11. In December 2014, the real estate was sold pursuant to court order to unaffiliated third party purchaser for $7,750,000 which was distributed to creditors and the case was ultimately dismissed leaving the LLC as a shell with no remaining assets. On May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Bk remains pending. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 36-4420202 | 1/5/2001 | 7/10/2015 |
| IL | Involuntary Dissolution | Officer | | | 1/21/1997 | 6/1/2002 |

| | | | | | |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 1/22/1997 | 6/16/2008 |
| FL | Involuntary Dissolution | Director | 36-4443454 | 5/14/2001 | 9/24/2010 |
| IL | Involuntary Dissolution | Director | 36-4454019 | 6/27/2001 (IL) | 11/12/2010 (IL) |
| | | | | 7/11/2001 (FL) | 10/1/2004 (FL) |
| FL | Involuntary Dissolution | | 36-4443459 | 5/14/2001 | 9/25/2009 |
| FL | Involuntary Dissolution | | 36-4443463 | 5/14/2001 | 9/25/2009 |
| IL | Involuntary Dissolution | Director | 36-4333877 | 12/10/1999 | 5/11/2012 |
| IL | | | 36-4333884 | 1/28/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | 36-4342088 | 1/31/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | | 12/14/2007 | 5/14/2010 |
| IL | | Director/Officer (President/Treasuerer/Secretary) | 36-2703544 | 7/22/1970 | 12/12/2014 |
| IL | Involuntary Dissolution | | | 10/10/2000 | 3/1/2002 |
| DE | | | 27-1126425 | 2/1/2010 (DE) | |
| | | | | 4/29/2010 (IL) | 10/10/2014 (IL) |
| IL | Involuntary Dissolution | Director/Officer | 27-1482896 | 12/14/2009 | 12/11/2012 |
| IL | Involuntary Dissolution | | 27-1483469 | 11/11/2009 | 5/19/2010 |
| | | | | 6/25/2010 | 12/13/2013 |
| IL | Involuntary Dissolution | | | 12/28/2009 | 6/8/2012 |
| DE | | Director | 36-2880375 | 5/26/1976 | |
| DE | | Director/Officer | 36-2775654 | 5/24/1973 (DE) | |
| | | | | 10/29/1973 (IL) | 3/8/2013 (IL) |

| State | Status | Role | Number | Start | End |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Officer | | 2/24/2005 | 7/13/2012 |
| DE | | Director/Officer | 36-4063110 | 11/8/1979 (DE) | |
| IL | Involuntary Dissolution | | | 4/18/1995 (IL) | 9/14/2012 (IL) |
| FL | Involuntary Dissolution | Director/Officer | 36-4329836 | 11/5/1999 | 9/28/2012 |
| IL | Involuntary Dissolution | | | 10/11/2000 | 3/30/2002 |
| DE | | Shareholder/Director/Officer | 80-0236557 | 8/1/2008 (DE) | |
| | | | | 8/12/2009 (IL) | 1/10/2015 (IL) |
| IL | Involuntary Dissolution | | | 4/2/1993 | 9/1/1998 |
| GA | Voluntary Dissolution | | 36-4404295 | 5/18/2000 | 6/21/2007 |
| NV | Revoked | Director/Officer | 20-4145701 | 1/18/2006 | 1/13/2012 |
| IL | Involuntary Dissolution | Member/Manager | 45-4017704 | 12/12/2011 | 6/13/2014 |
| FL | Involuntary Dissolution | Director/Officer | 26-0320104 | 6/5/2007 | 9/28/2012 |
| FL | Involuntary Dissolution | | | 1/31/2008 | 9/25/2009 |
| IL | Involuntary Dissolution | | | 4/12/1994 | 6/16/2008 |
| IL | Involuntary Dissolution | | | 4/12/1994 | 9/3/1996 |
| IL | Involuntary Dissolution | | | 4/25/1994 | 6/16/2008 |
| IL | Involuntary Dissolution | | 36-3951548 | 4/25/1994 | 9/11/2009 |
| DE | | | 20-4254752 | 2/2/2006 (DE) | |
| | | | | 2/14/2006 (FL) | 9/26/2008 (FL) |
| IL | Involuntary Dissolution | | | 12/17/1993 | 6/16/2008 |
| IL | Involuntary Dissolution | | | 12/14/1993 | 5/1/2002 |
| DE | | Shareholder/Director/Officer | 51-0247178 | 11/9/1978 | |

| State | Status | Role | Description | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 20-8992792 | 5/7/2007 | 10/9/2009 |
| IL | Involuntary Dissolution | | | | 2/28/2008 | 7/10/2009 |
| DE | | | | | 4/11/1997 (DE) 4/29/1997 (IL) | 10/9/2009 (IL) |
| IL | Involuntary Dissolution | Director/Officer | | 32-0021165 | 4/22/2002 | 9/14/2012 |
| IL | Involuntary Dissolution | | | 61-1421092 | 4/22/2002 | 10/10/2014 |
| IL | Involuntary Dissolution | | | | 3/22/2007 | 8/10/2012 |
| IL | Involuntary Dissolution | | | | 8/27/2004 | 1/8/2010 |
| IL | | Shareholder/Director/Officer | | 20-2086679 | 7/22/2004 | |
| DE | | | | | 3/22/2005 | |
| IL | Involuntary Dissolution | | | | 3/18/2008 | 8/14/2009 |
| IL | Involuntary Dissolution | | | | 3/27/2006 | 8/14/2009 |
| IL | | | | 20-8015466 | 12/8/2006 | |
| IL | Involuntary Dissolution | | | | 2/28/2008 | 7/13/2012 |
| IL | Involuntary Dissolution | | Holding company for four (4) residential condominium units and parking spaces located at 200 N. Dearborn in Chicago, IL. In 13-36813 (Jointly Administered) on May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 20-8015500 | 12/8/2006 | 6/12/2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | Holding company for food court located at 200 N. Dearborn in Chicago, IL. In 13-36813 (Jointly Administered) on May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 20-8015402 | 12/8/2006 | 6/12/2015 |
| IL | Involuntary Dissolution | | on May 8, 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets. Garvey Court, LLC is now in Ch. 7 in NDIL under case no. 16-01700. | 45-3057511 | 8/18/2011 | 2/13/2015 |
| DE | | | | | 11/13/2007 | |
| IL | Involuntary Dissolution | Director | | 36-4249174 | 7/24/1998 | 12/1/2006 |
| IL | Involuntary Dissolution | Director | | 32-0007192 | 7/24/1998 | 12/1/2006 |
| IL | Involuntary Dissolution | | | 36-4249175 | 8/6/1998 | 1/28/2007 |
| IL | Involuntary Dissolution | Director | | 36-4249170 | 7/24/1998 | 12/12/2008 |
| IL | Involuntary Dissolution | Director | | 36-4283830 | 7/24/1998 | 12/12/2008 |
| IL | | | | 36-4247740 | 9/16/1998 | 3/13/2009 |
| IL | Involuntary Dissolution | | | 36-4249172 | 8/6/1998 | 2/13/2009 |
| IL | Involuntary Dissolution | | | 80-0858638 | 10/9/2012 | 4/11/2014 |

| | | | | | |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Director/Officer | | 36-3865811 | 11/20/1992 (IL) | 4/11/2014 (IL) |
| IL | Involuntary Dissolution | Director/Officer | | 36-3905958 | 8/23/1993 | 1/8/2010 |
| IL | Involuntary Dissolution | Director | | 36-3926933 | 12/13/1991 | 5/14/2010 |
| | | | | | |
| IL | Involuntary Dissolution | Director | | 36-3894700 | 12/13/1991 | 5/14/2010 |
| IL | Involuntary Dissolution | Director/Officer | | 32-0012084 | 8/9/1999 | 1/10/2015 |
| IL | Involuntary Dissolution | | | 36-4500743 | 5/1/2002 | 11/14/2014 |
| IL | Involuntary Dissolution | | | 36-4310301 | 8/24/1999 | 2/13/2015 |
| IL | Involuntary Dissolution | Shareholder/Director/Officer | | 45-40229657 | 12/12/2001 | 5/9/2014 |
| IL | Involuntary Dissolution | | | | 10/21/1999 | 3/1/2002 |
| IL | Involuntary Dissolution | Director/Officer | | 36-3801307 | 6/12/1991 | 11/8/2013 |
| IL | Involuntary Dissolution | Member/Manager | | 45-4018907 | 12/12/2011 | 6/13/2014 |
| IL | Involuntary Dissolution | Director/Officer | | 36-3808559 | 2/3/1992 | 7/13/2012 |
| IL | Involuntary Dissolution | | | | 8/27/2004 | 1/8/2010 |
| IL | Involuntary Dissolution | | | | 8/27/2004 | 1/8/2010 |
| FL | | | | | | |
| NV | | | | | | |
| NV | | | | | 12/9/2004 | |
| DE | | | In 13-36813 (Jointly Administered) during Spring 2014 sold assets to Big Horn Capital via its nominee Garvey Court, LLC. Once sale completed bk dismissed leaving shell company only and no assets | 20-8283155 | 1/23/2007 (IL) | 7/10/2015 (IL) |

| State | Status | Role | Description | ID | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | | 2/3/1998 | 6/1/2008 |
| IL | Involuntary Dissolution | Director/Officer | | 36-4413546 | 11/9/2000 | 4/10/2015 |
| IL | Involuntary Dissolution | | Holding company for 16,000 square feet of vacant office space and 26 parking spaces at 1212 N. LaSalle Street in Chicago, IL (collectively, the "Assets"). On May 8, 2014 Assets were transferred as part of "Big Horn Transaction" to Garvey Court, LLC. NSG does not have an ownership interst in Garvey Court, LLC which filed for Ch. 7 in NDIL case no 16-01700. | 36-4416805 | 11/13/2000 | 5/8/2015 |
| IL | Involuntary Dissolution | | | | 7/11/2008 | 12/11/2009 |
| IL | Involuntary Dissolution | | | 36-4333889 | 1/28/2000 | 7/13/2007 |
| IL | Involuntary Dissolution | | | 36-4333882 | 1/28/2000 | 7/13/2007 |
| NV | | Director/Officer | | 20-0426697 | 6/8/2007 | |
| MI | | | | | 11/30/2007 | |
| IL | Involuntary Dissolution | | | | 12/3/2001 | 6/11/2010 |
| IL | Active | | | | 3/25/2003 | present |
| IL | Active | | | 36-4378112 | 7/3/2000 | present |

| State | Status | Role | Notes | ID | Start | End |
|---|---|---|---|---|---|---|
| IL | Involuntary Dissolution | Shareholder/Director | | 36-3613868 (IL) | 10/18/1988 (IL) | 3/8/2013 (IL) |
| IL | Voluntary Dissolution | | | | 7/24/2009 | 9/12/2011 |
| NV | | Director/Officer | | 20-8668149 | 3/8/2007 | |
| DE | | | | 27-0856222 | 3/24/2009 | |
| IL | Active | | | 36-4376093 | 5/31/2000 | present |
| IL | Involuntary Dissolution | Director | | 36-4374192 | 5/31/2000 | 10/9/2009 |
| IL | Involuntary Dissolution | | | 36-4371718 | 6/6/2000 | 12/11/2009 |
| IL | Active | | | 36-4376123 | 5/31/2000 | present |
| IL | Active | Member | owns 13% of Garvey Court, LLC | | | |
| IL | Involuntary Dissolution | | | 27-086359 | 8/26/2009 | 2/13/2015 |
| DE | | | | | 11/30/2007 | |
| IL | Active | | | 27-0856409 | 8/26/2009 | present |
| DE | | | Holding company for 4 condominium units at 182 W. Lake St. in Chicago, IL. Three (3) Units have all been sold, NSG did not personally receive any of the proceeds. Company now in bk in NDIL under case no 15-34713. | 27-0960292 | 8/28/2009 (IL) | present |
| IL | Involuntary Dissolution | Director/Officer | | 20-8992775 | 5/7/2007 | 10/11/2013 |
| MI | | | | | 2/8/2005 | |
| IL | Involuntary Dissolution | | | | 2/28/2008 | 7/10/2009 |
| IL | Voluntary Dissolution | | | | 7/13/2005 | 9/24/2009 |
| IL | Involuntary Dissolution | | | 30-0307473 | 3/17/2005 | |
| IL | Involuntary Dissolution | | | | 2/18/2005 | 8/9/2013 |

| State | Dissolution | Role | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| DE | | | 20-3152746 | 7/13/2005 | |
| IL | Involuntary Dissolution | | | 1/28/2000 | 6/30/2002 |
| IL | Involuntary Dissolution | | 36-4118329 | 12/11/1996 | 6/16/2008 |
| GA | | | 36-4303440 | 6/18/1999 | |
| GA | | | 36-4303435 | 6/18/1999 | |
| GA | | | 36-4304173 | 6/18/1999 | |
| IL | Involuntary Dissolution | | | 3/25/1996 | 8/28/1998 |
| IL | Involuntary Dissolution | | 36-4333886 | 1/28/2000 | 7/13/2007 |
| FL | | | | 6/5/2007 | |
| IL | Involuntary Dissolution | | | 8/31/2009 | 2/8/2013 |
| IL | Involuntary Dissolution | | | 8/27/2004 | 1/8/2010 |
| IL | Involuntary Dissolution | | | 8/27/2004 | 1/8/2010 |
| DE | | | | 8/10/2005 | |
| DE | Involuntary Dissolution | Director/Officer | 20-1301434 | 10/22/1985 | 3/1/1988 |
| IL | Involuntary Dissolution | | 36-4201292 | 12/22/1997 | 6/8/2007 |
| IL | Involuntary Dissolution | Manager | | 1/22/2001 | 7/10/2009 |
| IL | Voluntary Dissolution | Member/Manager | | 1/22/2001 | 12/31/2009 |
| IL | Involuntary Dissolution | | | 12/22/1997 | 6/8/2007 |
| IL | | Manager | | | |
| IL | Voluntary Dissolution | Manager | | 1/5/2001 | 12/31/2009 |

| | | | | | |
|---|---|---|---|---|---|
| FL | | | | 6/5/2007 | |
| FL | | | | 9/14/2004 | |
| IL | Involuntary Dissolution | Director | 36-4123243 | 8/8/1996 (IL) | 1/2/2002 (IL) |
| IL | Involuntary Dissolution | | 36-4123247 | 8/26/1996 (IN?) | |
| | | | | 8/22/1996 (IL) | 1/28/2002 (IL) |
| IL | Involuntary Dissolution | Member | | 1/18/2008 | 7/9/2010 |
| IL | Involuntary Dissolution | Shareholder/Director/Officer | 20-8015352 | 12/7/2006 | 5/8/2015 |
| IL | Involuntary Dissolution | Member | 20-8015438 | 12/8/2006 | 6/13/2014 |
| DE | | | | 5/11/2005 | |
| IL | Involuntary Dissolution | Director/Officer | 26-1640728 | 12/14/2007 | 5/9/2014 |
| NV | | Director/Officer | 51-0531013 | 12/9/2004 | |
| NV | | | 51-0531014 | 12/9/2004 | |
| IL | Involuntary Dissolution | Director/Officer | 20-2377380 | 2/9/2005 | 7/11/2014 |
| IL | Involuntary Dissolution | Member | | 2/18/2005 | 8/10/2012 |
| IL | Involuntary Dissolution | Officer/Shareholder | | 5/28/2004 | 10/12/2012 |
| IL | Involuntary Dissolution | | 20-1272032 | 6/15/2004 | 12/14/2012 |
| | | | | 10/6/2004 (IL) | 3/13/2009 (IL) |
| IL | Involuntary Dissolution | Member | | 5/17/2004 | 11/9/2002 |
| IL | Involuntary Dissolution | Member | | 12/3/2009 | 6/8/2012 |
| IL | Involuntary Dissolution | Shareholder | | 6/23/2005 | 11/9/2012 |
| IL | Voluntary Dissolution | Member | | 6/24/2005 | 9/24/2009 |
| IL | Involuntary Dissolution | Director | 36-4423178 | 1/25/2001 | 6/12/2009 |
| IL | Voluntary Dissolution | | 36-4426372 | 1/25/2001 | 9/24/2009 |
| IL | | | 36-4426374 | 1/25/2001 | |

| | | | | | |
|---|---|---|---|---|---|
| IL | Involuntary Dissolution | | | 3/1/1999 | 8/28/2005 |
| IL | Involuntary Dissolution | | | 8/28/1998 | 1/2/2001 |
| IL | Involuntary Dissolution | | | 9/17/1998 | 3/1/2001 |
| DE | | Manager | 30-0713393 | 10/6/2011 | |
| TX | | | 36-4379043 | 6/23/2000 | |
| GA | | Director | 36-433437 | 6/18/1999 | |
| GA | | | 36-4304174 | 6/18/1999 | |
| IL | Involuntary Dissolution | | | 3/6/1996 | 8/13/2010 |
| IL | Involuntary Dissolution | | 36-4068501 | 3/7/1996 | 9/10/2010 |
| FL | Involuntary Dissolution (IL) | | 36-4068497 | 3/8/1996 | |
| | | | | 3/6/1996 (IL) | 7/1/2009 (IL) |
| IL | Involuntary Dissolution | | | 4/5/2004 | 9/1/2006 |
| IL | Involuntary Dissolution | Officer | | 11/4/1997 | 4/1/2002 |
| IL | Involuntary Dissolution | | 36-4333893 | 1/28/2000 | 7/13/2012 |
| IL | Involuntary Dissolution | | 36-4343183 | 2/3/2000 | 8/10/2002 |
| IL | Involuntary Dissolution | | 36-4333879 | 1/28/2000 | 7/13/2007 |
| GA | | | | 6/18/1999 | |
| GA | Voluntary Dissolution | | 36-4313720 | 8/25/1999 | 5/4/2007 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nicholas S. Gouletas** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | **16-01335** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Nicholas S. Gouletas** | Case number *(if known)* | **16-01335** |

name:

☐ Retain the property and redeem it.    ☐ Yes

Description of
property
securing debt:

☐ Retain the property and enter into a
*Reaffirmation Agreement.*

☐ Retain the property and [explain]:

_____

---

**Part 2:** **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

---

**Part 3:** **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Nicholas S. Gouletas**                    X _____
**Nicholas S. Gouletas**                              Signature of Debtor 2
Signature of Debtor 1

Date   **February 15, 2016**                        Date _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas S. Gouletas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States **Bankruptcy** Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | 16-01335 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X _____

~~Nicholas S. Gouletas~~
Signature of Debtor 1

X _____

Signature of Debtor 2

Date  2/15/16

Date _____

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | |
|---|---|
| $200 | filing fee |
| + $75 | administrative fee |
| $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | |
|---|---|
| $235 | filing fee |
| + $75 | administrative fee |
| $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,

> most student loans,

> certain taxes,

> debts for fraud or theft,

> debts for fraud or defalcation while acting in a fiduciary capacity,

> most criminal fines and restitution obligations,

> certain debts that are not listed in your bankruptcy papers,

> certain debts for acts that caused death or personal injury, and

> certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Nicholas S. Gouletas**                                                     Case No.    **16-01335**
                                                              Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **20,000.00** |
| Prior to the filing of this statement I have received | $ **10,000.00** |
| Balance Due | $ **10,000.00** |

2.    $ **335.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐  Debtor         ■  Other (specify):    **Steven E. Gouletes**

4.    The source of compensation to be paid to me is:

      ☐  Debtor         ■  Other (specify):    **- $10,000 transferred from Warady & Davis retainer on 1/18/2016**
                                              **- Debtor and others per post-petition engagement**

5.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Pre-Petition Primary Services (as defined in the engagement letter)**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Post-Petition Primary Services (as defined in the engagement letter) and Supplemental Services (as defined in
          engagement letter)**

<hr>

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **February 15, 2016** | **/s/ William J. Factor** |
| *Date* | **William J. Factor 6205675** |
| | *Signature of Attorney* |
| | **FactorLaw** |
| | **105 W. Madison St., Suite 1500** |
| | **Chicago, IL 60602** |
| | **312-878-0969  Fax: 847-574-8233** |
| | **jpaulsen@wfactorlaw.com** |
| | *Name of law firm* |

# FACTORLAW
### THE LAW OFFICE OF WILLIAM J. FACTOR, LTD.

**William J Factor**
**Direct Dial: 312-878-6146**
**Email: wfactor@wfactorlaw.com**

January 15, 2016

Nicholas S. Gouletas
111 East Chestnut
Chicago, IL 60611

Re:    Engagement Letter

Dear Nick:

Thank you for considering The Law Office of William J. Factor, Ltd. (dba "FactorLaw") to provide legal assistance to you in connection with filing a bankruptcy petition under chapter 7 of the United States Bankruptcy Code in the Northern District of Illinois (the "Current Engagement"). FactorLaw is pleased to represent you in the Current Engagement, subject to the following terms and conditions.

If you agree to these terms and conditions, please sign this engagement letter on the last page and return a signed copy to me. The Current Engagement will not commence until you have signed and returned the engagement letter, the professional fee discussed below and the Guaranty has been executed.

1.    **Limited Scope.** The Current Engagement does not include the representation of you in connection with any matters other than the Current Engagement, nor does it include the representation of any other person or business.

2.    **Professional fee.** The professional fee for filing your individual chapter 7 case is $20,000 for the Primary Services. Primary Services include: (a) preparing the initial bankruptcy petition and filing it with the bankruptcy court in order to commence the Case, (b) accompanying you to the meeting of creditors, (c) counseling with respect to pre-filing creditor counseling and post-filing educational requirements, (d) counseling with respect to the exemption of particular items or types of property and reaffirmation agreements and appearing in Court, if needed, with respect to reaffirmation agreements, and (e) general case administration and monitoring, including undertaking any incidental contacts or communications with the trustee and creditors.

January 15, 2016
Page 2

Any services rendered in addition to the above-described Primary Services ("Supplemental Services"), will be billed on a regular basis and require a separate advance payment, depending upon the extent of the Supplemental Services. We calculate the fees for Supplemental Services by multiplying the hours expended by the hourly rate of the person working on the matter. At present, the customary rate for William Factor is $375 per hour. Ariane Holtschlag and David Holtkamp each bill at $275 per hour and FactorLaw charges $100 per hour for the services of legal assistants. Rates are reviewed periodically and are subject to change.

Generally, Supplemental Services relate to representation in connection with (a) a separate "Adversary Proceeding" in the bankruptcy court (see below discussion regarding Adversary Proceedings), (b) a separate matter involving the treatment of property, (c) an examination of you pursuant to Bankruptcy Rule 2004, or (d) a challenge to your eligibility to file for chapter 7 or to remain in a chapter 7 proceeding.

Adversary Proceedings are stand-alone suits filed in the bankruptcy court that sometimes include: (a) defending against a complaint filed by the trustee or any other party in interest to deny a bankruptcy discharge, (b) defending against a complaint filed by a creditor to except its debt from discharge, (c) defending against a complaint filed by the trustee to avoid or to recover any transfer of property made before the filing of a chapter 7 petition, (d) defending against any assertion that property listed as exempt is not entitled to that status, (e) prosecuting a complaint for a determination that any indebtedness is dischargeable, and (f) appealing any order or judgment entered in the Case.

For Supplemental Services, FactorLaw also charges for actual out of pocket expenses advanced on your behalf. FactorLaw generally limits out of pocket expenses to costs that would not have been incurred but for FactorLaw's work on your behalf. FactorLaw does not charge for routine facsimile, telephone, and computerized legal research within the scope of FactorLaw's subscription to LEXIS.

It is not possible to determine with any degree of precision the total fees and other charges that you are likely to incur in connection with any Supplemental Services. Thus, any estimate of total fees always carries the understanding that, unless we agree otherwise in writing, it does not represent a maximum, minimum, or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated and often is a function of matters outside of our control, particularly when litigation is involved.

3.    **Postpetition Agreement.** FactorLaw's willingness to undertake the Current Engagement also is conditioned upon you agreeing to enter into a new engagement letter after the filing of the bankruptcy case setting forth your obligation to pay fees owed for Primary Services rendered after the filing date and

January 15, 2016
Page 3

your agreement to pay for any Supplemental Services, should they become necessary. Please also note that under Local Bankruptcy Rule 2091-1.B, your refusal to enter into such an agreement with respect to Primary Services, may permit FactorLaw to withdraw from representing you with respect to the Primary Services.

4. **Billing and Payment.** FactorLaw will endeavor to bill you on a regular basis — normally, each month — for both fees and expenses incurred in connection with Supplemental Services.

If your account becomes delinquent and satisfactory payment terms are not arranged, we may withdraw, or seek to withdraw, from the Current Engagement consistent with the applicable rules. You will remain responsible for payment of our legal fees rendered and charges incurred prior to such withdrawal.

You acknowledge that the financial arrangements set forth in this letter have been agreed upon to induce us to act as your attorney. By accepting this arrangement, you will be deemed to have consented in advance to allowing us to withdraw as your attorneys in the event of nonpayment, and expressly waive the attorney/client privilege concerning relevant portions of this letter so as to permit us to withdraw as your attorneys.

5. **Professional Judgment and Written Reliance.** At all times, FactorLaw and its attorneys will endeavor to represent you zealously and act on your behalf to the best of our ability. Whenever FactorLaw provides you with an expression regarding the potential outcome of a matter, we will use our best professional judgment. However, we cannot guarantee results or the outcome of any matter or issue. Any expression of our professional judgment regarding the Current Engagement and the potential outcome is, of course, limited by our knowledge of the facts and based on the law at the time of expression. It is also subject to any unknown or uncertain factors or conditions beyond our control. Any expressions of judgment or views are limited solely to you and may not be shared with any other entity, nor may any other entity rely upon such expressions.

Because of the complex nature of legal matters, we will endeavor to counsel you in writing on material legal matters affecting you. Please note that unless legal advice provided by FactorLaw is given in writing, it may be misinterpreted and thus you agree not to rely upon any advice from FactorLaw except to the extent in writing. You also agree to request advice in writing on important matters with regard to which you may rely upon FactorLaw's advice.

6. **Conflicts Waiver.** We are accepting the Current Engagement with your consent that we may accept any other engagement from an existing or new client, even if the matter requires that we take a position that is or might be directly adverse to you, provided that the engagement is not substantially related to the subject matter of any services we have provided to you and will not require

January 15, 2016
Page 4

disclosure of any of your confidential information. This advance waiver of conflicts includes litigation matters in which we may represent a client who is adverse to you or another member of your family. Where appropriate, we will implement screening restrictions to protect your confidential information.

~~advised of the associated.)~~

8.    **Illinois Law.** This agreement is to be construed and interpreted in accordance with the laws of the State of Illinois. FactorLaw and you agree that any court action between the parties to enforce the terms of this agreement or resolve any dispute related to this agreement shall be initiated solely in the state or federal courts with jurisdiction for or over Cook County, Illinois. In the event FactorLaw files suit to enforce the terms of this Agreement or to recover payment, it shall be entitled to recover all of the fees and expenses incurred in connection therewith, including reasonable attorneys' fees.

9.    **Records Retention**. In the course of representing you, it is likely that numerous records and documents (originals and copies) will come into our possession and numerous additional documents will be generated by us. Naturally, you may examine any written materials in our files at any time we agree prior to the termination of our representation, but you acknowledge that all of our work product is owned by us.

10.    **Termination of Representation.** You may terminate our representation at any time, with or without cause, by notifying us and subject to court approval when required for matters in litigation. We will return Client's papers and other property promptly upon receipt of a request for those materials unless they are appropriately subject to a lien under applicable law. We will retain our own files pertaining to the engagement, including our drafts, notes, internal memos, and work product as permitted by applicable law. Client's termination of our services will not affect your responsibility for payment for legal services rendered and other charges incurred before termination and in connection with an orderly transition of the matter.

11.    **Conclusion of Representation.** When we complete the services for which You have retained us, our attorney-client relationship for that matter will be terminated. If you later retain us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement unless we change the terms in writing at that time.

12.    **Commencement of Representation.** If the terms set forth herein are acceptable to you, please acknowledge your understanding and agreement by

January 15, 2016
Page 5

signing, dating, and returning a copy of this letter to us.  Our representation will commence upon our receipt of the executed copy of this agreement.

If you wish to retain FactorLaw for the Current Engagement on the terms and conditions set forth above, please sign a duplicate original of this letter and return it to my office.

> THE LAW OFFICE OF
>   WILLIAM J. FACTOR, LTD.
>
> Sincerely,
>
> William J Factor

WJF:jkp

AGREED to on this _____ day of January, 2016 by:

By: _____
    Nicholas S. Gouletas

# United States Bankruptcy Court
## Northern District of Illinois

In re  Nicholas S. Gouletas _____      Case No.  16-01335 _____

_____  Debtor(s)      Chapter  7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  2/15/16 _____        _____Nicholas S. Gouletas_____

Signature of Debtor