APPEARANCE

## United States Bankruptcy Court

For the ___Northern___ District of ___Illinois___

In re _____ )
                       ) Case No.
                       )
                       )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____

_____

_____

| Print Name on this Line | Firm Name |
| --- | --- |
| Signature | FIRM ID NUMBER: _____ |
| ATTORNEY ID NUMBER _____ | Street Address |
| | City    State    Zip |
| | Telephone _____ |

Trial Attorneys*

_____ Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____