# EXHIBIT A

# ARMSTRONG LAW FIRM
23353 S. 88th Avenue
FRANKFORT, ILLINOIS 60423

E-MAIL:  
armstronglaw@sbcglobal.net

815/464-3243  
(FAX) 815/464-3449

July 23, 2017

Richard M. Fogel, Trustee
Shaw Fishman
321 N Clark Street, Suite 800
Chicago IL 60654

    Re:    Gouletas Bankruptcy; Offer to Purchase

Dear Rick:

As we discussed in mid-October of 2016, and in accordance with your email to me of July 20, 2017, DAN Joint Venture III, L.P. ("DJV") hereby offers to purchase from the Bankruptcy Estate of Debtor Nicholas S. Gouletas ("Gouletas") for a total cash payment of $15,000.00 the following assets of the Bankruptcy Estate:

(1) Any and all claims and causes of action of any nature or form whatsoever (except for non-assignable Bankruptcy Code claims), whether common law, statutory, equitable or otherwise in nature, that the Trustee asserted or could have asserted for or on behalf of the Gouletas' Bankruptcy Estate, including, without limitation, claims for fraudulent transfers, breach of fiduciary duties, tort, breach of contract, refunds, reimbursement, indemnification, contribution, constructive trusts, equitable relief, accounting, injunctive relief, attorneys' fees, court costs, or any other claim or cause of action of any nature or form whatsoever, including, without limitation, (a) fraudulent transfer claims related to the transfer by Gouletas of funds to his wife, Natel Matschulat, on or about September 5, 2014; (b) fraudulent transfer claims related to the transfers by Gouletas (either directly or indirectly through any entity owned or controlled, directly or indirectly, by Gouletas) of Gouletas' 25% interest in the "Garvey Court" project at Clark and Lake Streets in Chicago, Illinois; and

(2) Any and all claims and causes of action of any nature or form whatsoever by the Gouletas' Bankruptcy Estate that any corporations, LLCs, limited partnerships, trusts, and any other entities of any nature or form whatsoever (a) are, were or have been used for an improper purpose; (b) are, in fact, the alter-egos or reverse alter-egos of Gouletas; or (c) are shams to thwart, deceive, hinder, and/or delay Gouletas' creditors.

Please let me know if you require any further information about DJV's offers set forth above.

                                        Very truly yours,  
                                        /s/  
                                        F. Dean Armstrong

cc:    Dan Cadle  
        Vic Buente, Esq.