UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:    16-01335
Nicholas S. Gouletas,                     )
                                          )
                                          )        Chapter:  7
                                          )        Honorable   Timothy A. Barnes
                                          )
                                          )
            Debtor(s)                     )

## ORDER AUTHORIZING SALE OF PERSONAL PROPERTY

This matter having come on for hearing after notice to creditors and parties in interest with reference to the motion (the "Motion") of Richard M. Fogel, the chapter 7 trustee (the "Trustee") for the estate (the "Estate") of Nicholas S. Gouletas (the "Debtor"), for authority to sell the Estate's interest in certain personal property, and the Court being fully advised in the premises,

IT IS ORDERED THAT:

1. The Trustee is hereby authorized to sell the Estate's interests in A) any and all claims and causes of action of any nature or form whatsoever (except for non-assignable claims arising under a provision of the United States Bankruptcy Code), whether common law, statutory, equitable or otherwise in nature, that the Trustee asserted or could have asserted for or on behalf of the Estate, including, without limitation, claims for fraudulent transfers, breach of fiduciary duties, tort, breach of contract, refunds, reimbursement, indemnification, contribution, constructive trusts, equitable relief, accounting, injunctive relief, attorneys' fees, court costs, or any other claim or cause of action of any nature or form whatsoever and B) any and all claims and causes of action of any nature or form whatsoever by the Estate that any corporations, limited liability companies, limited partnerships, trusts, and any other entities of any nature or form whatsoever (a) are, were or have been used for an improper purpose; (b) are, in fact, the alter-egos or reverse alter-egos of the Debtor; or (c) are shams to thwart, deceive, hinder, and/or delay the Debtor's creditors to DAN Joint Venture III, L.P., subject to all liens, claims and encumbrances, for $15,000.00.

2. The Trustee is hereby authorized to take all further actions and execute any documents necessary to consummate the transaction.

3. Notice of the Motion is deemed to be adequate under the circumstances and further notice is hereby waived.

Enter:

United States Bankruptcy Judge

Dated:   AUG 1 8 2017

**Prepared by:**
Richard M. Fogel (#3127114)

Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 276-1334