# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 16-01335 |
| Nicholas S. Gouletas, | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## TRUSTEE'S REPORT OF SALE OF INTERESTS IN PERSONAL PROPERTY

Pursuant to the provisions of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(f)(1), Richard M. Fogel, not individually, but as Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Nicholas S. Gouletas, hereby submits his Report of Sale:

1. On August 18, 2017, an order was entered authorizing the Trustee to sell the Estate's interest in certain claims and causes of actions, defined as the Litigation Claims and the Alter Ego Claims in the Trustee Motion to Approve Sale of Interests in Personal Property [Dkt. No. 93], to D.A.N. Joint Venture III, L.P. ("DAN") for the sum of $15,000 (the "Proceeds).

2. On September 8, 2017, DAN tendered the Proceeds to the Trustee and the Trustee assigned the Litigation Claims and the Alter Ego Claims to DAN.

Respectfully submitted,

Dated: September 13, 2017

/s/ Richard M. Fogel, Trustee
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 276-1334