# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Timothy A. Barnes

**Hearing Date** January 17, 2018

**Bankruptcy Case** 16 B 01335

**Adversary No.**

**Title of Case** Nicholas S. Gouletas

**Brief Statement of Motion** ABBACLE, LLC, Et al's Motion To Modify Automatic Stay

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated in court, the Motion is DENIED.

*/s/ [signature]* AM