UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GOULETAS, NICHOLAS S. § Case No. 16-01335
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,972.01 *(without deducting any secured claims)* | Assets Exempt: $4,298.00 |
| Total Distributions to Claimants: $23,484.58 | Claims Discharged Without Payment: $19,793,722.76 |
| Total Expenses of Administration: $6,517.84 | |

      3) Total gross receipts of $30,002.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,002.42 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,022,931.16 | $5,000.00 | $5,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,517.84 | $6,517.84 | $6,517.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $348,496.94 | $71,753.24 | $18,484.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $33,712,011.11 | $19,793,722.76 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $35,089,957.05 | $19,876,993.84 | $30,002.42 |

4) This case was originally filed under chapter 7 on 01/17/2016. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2018    By: /s/ Richard M. Fogel
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STATE LAW CAUSES OF ACTION | 1241-000 | $15,000.00 |
| REAL PROPERTY | 1110-000 | $15,000.00 |
| TAX REFUNDS | 1124-000 | $2.42 |
| **TOTAL GROSS RECEIPTS** | | **$30,002.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | 800 South Wells Commercial LLC D.A.N. Joint Venture III, L.P. | 4110-000 | NA | $1,000,000.00 | $5,000.00 | $5,000.00 |
| 3 | 2625 North Clark Condominium Associationc/o Johnson & Sullivan, Ltd | 4110-000 | NA | $9,452.69 | $0.00 | $0.00 |
| 15 | Hoogendoorn & Talbot LLP | 4110-000 | NA | $13,478.47 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$1,022,931.16** | **$5,000.00** | **$5,000.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $3,750.24 | $3,750.24 | $3,750.24 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $81.01 | $81.01 | $81.01 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $4.66 | $4.66 | $4.66 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $18.05 | $18.05 | $18.05 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $560.38 | $560.38 | $560.38 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2820-000 | NA | $905.00 | $905.00 | $905.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,198.50 | $1,198.50 | $1,198.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,517.84 | $6,517.84 | $6,517.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | NA | $12,996.04 | $0.00 | $0.00 |
| 2P-2 | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | NA | $95,965.26 | $0.00 | $0.00 |
| 2P-3 | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | NA | $83,891.20 | $0.00 | $0.00 |
| 2P-4 | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | NA | $83,891.20 | $0.00 | $0.00 |
| 2P-5 | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | NA | $71,753.24 | $71,753.24 | $18,484.58 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $348,496.94 | $71,753.24 | $18,484.58 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 800 South Wells Commercial LLC | 7100-000 | $0.00 | $13,611,693.05 | $0.00 | $0.00 |
| 1U | 800 South Wells Commercial LLC D.A.N. Joint Venture III, L.P. | 7100-000 | NA | $12,611,693.05 | $13,606,693.05 | $0.00 |
| 2U | Internal Revenue Service Centralized Insolvency Operations | 7100-000 | NA | $27,079.55 | $0.00 | $0.00 |
| 2U-3 | Internal Revenue Service Centralized Insolvency Operations | 7100-000 | NA | $27,103.79 | $0.00 | $0.00 |
| 2U-4 | Internal Revenue Service Centralized Insolvency Operations | 7100-000 | NA | $27,103.79 | $0.00 | $0.00 |
| 2U-5 | Internal Revenue Service Centralized Insolvency Operations | 7100-000 | NA | $25,795.69 | $25,795.69 | $0.00 |
| 4 | Quantum3 Group LLC as agent for CP Medical LLC | 7100-000 | NA | $2,077.90 | $2,077.90 | $0.00 |
| 5 | Quantum3 Group LLC as agent for CP Medical LLC | 7100-000 | NA | $449.16 | $449.16 | $0.00 |
| 6 | Pierce R Ennessy III Plierce R & Claudia B Ennessy | 7100-000 | NA | $1,948,281.31 | $1,948,281.31 | $0.00 |
| 7 | Pierce R Ennessy III Plierce R & Claudia B Ennessy | 7100-000 | NA | $1,326,545.69 | $1,326,545.69 | $0.00 |
| 8 | American InfoSource LP as agent forDIRECTV, LLC | 7100-000 | NA | $173.31 | $173.31 | $0.00 |
| 9 | The PrivateBank and Trust CompanyAutumn L Sharp / Carison Dash LLC | 7100-000 | NA | $226,243.08 | $226,243.08 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Guaranty Solutionsc/o Mages & Price LLC | 7100-000 | NA | $1,220,308.17 | $0.00 | $0.00 |
| 11 | Guaranty Solutions, LLCc/o Mages & Price LLC | 7100-000 | $0.00 | $1,220,308.17 | $1,220,308.17 | $0.00 |
| 12 | Humberto Alfonsoc/o Swanson Martin Bell LLP | 7100-000 | $0.00 | $399,555.89 | $399,555.89 | $0.00 |
| 13 | Karl T. Muthc/o Swanson Martin & Bell LLP | 7100-000 | $0.00 | $706,871.23 | $706,871.23 | $0.00 |
| 14 | William Apostal and Edith Apostal | 7100-000 | NA | $100,000.00 | $100,000.00 | $0.00 |
| 16 | Novack and Macey LLP | 7100-000 | NA | $77,579.68 | $77,579.68 | $0.00 |
| 17 | James A West | 7100-000 | NA | $15,384.60 | $15,384.60 | $0.00 |
| 18 | Peter A Apostal | 7100-000 | NA | $137,764.00 | $137,764.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $33,712,011.11 | $19,793,722.76 | $0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-01335  
Case Name: GOULETAS, NICHOLAS S.  
For Period Ending: 05/03/2018

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 01/17/2016 (f)  
§ 341(a) Meeting Date: 02/16/2016  
Claims Bar Date: 06/03/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>Mavro Lithari, Anavyssos, Greece Single-family home - Inherited jointly with sister, Evangeline Goueltas, upon passing of their mother approx. 8 years ago. - As of 9/2014 there were outstanding real estate taxes owed, the current status of the real estate taxes is unknown to the Debtor. Trustee was authorized to sell debtor's interest to creditor per o/c 5-24-16 | Unknown | Unknown | | 15,000.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>Lexus LS 430 2006 approx. 81,000 - Debtor drives, but is titled to Realty Services Inc. only - Location: 111 E. Chestnut Garage - Subject to Turnover Order No. 1 dated August 12, 2015 in favor of 800 South Wells Commercial, LLC. NO EQUITY FOR ESTATE | Unknown | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>IN RESIDENCE: minimal only. - Any household goods and furnishings of value all belong to non-filing spouse and predate the 2001 marriage or were purchased by non-filing spouse post-2001. IN OFFICE: memoribilia, photographs, prints, small statues, desk, table with four chairs, bookcases, books, misc. IN POSSESSION OF CARLOS CASTILLO believed being stored at 412 S. Dearborn, Chicago, IL: - Wirlitzer jukebox unknown value, estimate is $10k - Mechanical violin/piano (like a player piano but a violin) unknown value, estimate is $40k-$70k - desk unknown value, estimate is $300 - Carlos Castillo is asserting this is collateral for his loan. NO EQUITY FOR ESTATE | Unknown | Unknown | | 0.00 | FA |
| 4 | ELECTRONICS<br>Cellphone- NO EQUITY FOR ESTATE | 100.00 | 0.00 | | 0.00 | FA |
| 5 | COLLECTIBLES OF VALUE<br>included in answer to household goods above. NO EQUITY FOR ESTATE | Unknown | 0.00 | | 0.00 | FA |
| 6 | EQUIPMENT FOR SPORTS AND HOBBIES<br>2 gazelle ellipticals, non-motorized. NO EQUITY FOR ESTATE | Unknown | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL<br>Usual and ordinary men's clothing including business and casual attire, shoes and accessories. Approximately 5-6 years old. NO EQUITY FOR ESTATE | 400.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY<br>watch, pin, wedding ring, cufflinks (5 pairs), tie pins, and misc. NO EQUITY FOR ESTATE | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | CASH ON HAND<br>Cash- NO EQUITY FOR ESTATE | 500.00 | 0.00 | | 0.00 | FA |
| 10 | BANK ACCOUNTS<br>Deposits of money - : Chase (x7777) NO EQUITY FOR ESTATE | 1,126.91 | 0.00 | | 0.00 | FA |
| 11 | BANK ACCOUNTS<br>Deposits of money - : Republic Bank (x1771) - subject to Turnover Order- NO EQUITY FOR ESTATE | 43.10 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case No.: 16-01335 | Trustee Name: (330720) Richard M. Fogel |
| Case Name: GOULETAS, NICHOLAS S. | Date Filed (f) or Converted (c): 01/17/2016 (f) |
| | § 341(a) Meeting Date: 02/16/2016 |
| For Period Ending: 05/03/2018 | Claims Bar Date: 06/03/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | BANK ACCOUNTS<br>Deposits of money - : The Private Bank (x5607) NO VALUE TO ESTATE | 1.00 | 1.00 | | 0.00 | FA |
| 13 | BANK ACCOUNTS<br>Deposits of money - : The Private Bank (x5398)- NO VALUE TO ESTATE | 1.00 | 1.00 | | 0.00 | FA |
| 14 | BUSINESS INTERESTS<br>100 S. Ashland, LLC, 50 Monroe Adams, Inc. 50 Home By Invsco, Inc.% ownership- TRUSTEE AUTHORIZED TO ABANDON PER O/C 11-29-16 | Unknown | Unknown | OA | 0.00 | FA |
| 15 | TRUSTS<br>Nicholas S. Gouletas Special Trust dated June 11, 2001 - pursuant to Turnover Order No. 2 dated 8/12/2015, the Debtor was required to provide 800 South Wells Commercial, LLC with a signed Notice of Termination of the 2006 Restatement of the Nicholas S. Gouletas Special Trust dated June 11, 2011. - Debtor's current interest in the trust, if any, is unknown- NO EQUITY FOR ESTATE | Unknown | 0.00 | | 0.00 | FA |
| 16 | LICENSES<br>Broker's License- NO EQUITY FOR ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 17 | TAX REFUNDS<br>Federal: Returns for tax years ending December 31, 2013; December 31, 2014 and December 31, 2015 are being prepared. It is unknown at this time whether or not the Debtor will be entitled to a refund. DEBTOR OWES TAXES | Unknown | Unknown | | 2.42 | FA |
| 18 | OTHER AMOUNTS SOMEONE OWES<br>Pending Renewed Motion for Attorneys' Fees and Costs filed in Case No. 12-cv-01110 in the U.S. District Court for the District of Nevada. On 1/26/2016, and order was entered granting the motion in favor of American Invsco Corporation and Nicholas S. Gouletas and against Frank Taddeo and Amelia Taddeo in the amount of $2,473.60 in attorney's fees and $1,339.30 in costs- INCONSEQUENTIAL VALUE TO ESTATE AND BURDENSOME TO ADMINISTER | 3,800.00 | Unknown | | 0.00 | FA |
| 19 | INTERESTS IN INSURANCE POLICIES<br>Medicare benefit- NO EQUITY FOR ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 20 | FINANCIAL ASSETS NOT ALREADY LISTED<br>icash.illinois.gov shows Nicholas Gouletas is entitled to $10-$100 from Great West Life Insurance and Annuity Company- INCONSEQUENTIAL VALUE TO ESTATE | Unknown | 100.00 | | 0.00 | FA |
| 21 | ACCOUNTS RECEIVABLE<br>List attached to Schedule B. Subject to judgment lien- NO EQUITY FOR ESTATE | Unknown | Unknown | | 0.00 | FA |
| 22 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>List attached to Schedule B. Subject to judgment lien- NO EQUITY FOR ESTATE | Unknown | Unknown | | 0.00 | FA |

Exhibit 8
Page: 3

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case No.: | 16-01335 | Trustee Name: (330720) Richard M. Fogel |
| Case Name: | GOULETAS, NICHOLAS S. | Date Filed (f) or Converted (c): 01/17/2016 (f) |
| | | § 341(a) Meeting Date: 02/16/2016 |
| For Period Ending: | 05/03/2018 | Claims Bar Date: 06/03/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>List attached to Schedule B. Subject to judgment lien- NO EQUITY FOR ESTATE | Unknown | Unknown | | 0.00 | FA |
| 24 | INVENTORY<br>List attached to Schedule B. Subject to judgment lien- NO EQUITY FOR ESTATE | Unknown | Unknown | | 0.00 | FA |
| 25 | INTERESTS IN PARTNERSHIPS OR JOINT VENTURES<br>List attached to Schedule B. TRUSTEE AUTHORIZED TO ABANDON PER O/C 11-29-16 | Unknown | Unknown | OA | 0.00 | FA |
| 26 | STATE LAW CAUSES OF ACTION (u)<br>Fraudulent transfer and alter ego claims arising under state law were sold pursuant to order dated 8/18/17. | 0.00 | Unknown | | 15,000.00 | FA |
| **26** | **Assets Totals (Excluding unknown values)** | **$6,972.01** | **$102.00** | | **$30,002.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

> 3/31/18- Trustee sold estate's interest in state law claims and causes of action. A settlement between the estate and a creditor claiming a lien against the proceeds was approved by the Court on 03/13/18. TFR submitted to UST on 3/13/18.
>
> 3/31/17- Trustee has abandoned debtor's business interests, but he has received an expression of interest for the estate's interest in state law claims and causes of action. The expression of interest is subject to the Trustee obtaining authority to waive the debtor's attorney/client privilege. A motion seeking authority is pending before the Bankruptcy Court.
>
> 3/31/16- Trustee is trying to determine if debtor's interests in various entities and assets can be monetized for the benefit of unsecured creditors.

**Initial Projected Date Of Final Report (TFR):** 12/29/2017   **Current Projected Date Of Final Report (TFR):** 03/23/2018 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-01335 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | GOULETAS, NICHOLAS S. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2418 | Account #: | ******2500 Checking |
| For Period Ending: | 05/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/16 | {1} | The Cadle Company fbo DAN Joint Venture III, LP | Proceeds of sale per o/c 5-24-16 | 1110-000 | 15,000.00 | | 15,000.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.34 | 14,985.66 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.77 | 14,964.89 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.61 | 14,941.28 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.43 | 14,919.85 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.68 | 14,899.17 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.79 | 14,876.38 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.33 | 14,855.05 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.78 | 14,832.27 |
| 02/06/17 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 4.66 | 14,827.61 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.90 | 14,807.71 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.00 | 14,785.71 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.84 | 14,765.87 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.36 | 14,742.51 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.20 | 14,721.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.46 | 14,700.85 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.26 | 14,677.59 |
| 09/08/17 | {26} | The Cadle Company fbo DAN Joint Venture III, LP | Purchase of litigation claims, per o/c 8/18/17 | 1241-000 | 15,000.00 | | 29,677.59 |
| 09/26/17 | 102 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 30-6532418 2016 IL-1041-V | 2820-000 | | 534.00 | 29,143.59 |
| 09/26/17 | 103 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 30-6532418 2017 IL-1041-V | 2820-000 | | 371.00 | 28,772.59 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.35 | 28,739.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.56 | 28,694.68 |

Page Subtotals: $30,000.00 $1,305.32

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-01335 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | GOULETAS, NICHOLAS S. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2418 | Account #: | ******2500 Checking |
| For Period Ending: | 05/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/17 | {17} | State of Illinois | Income tax refund for 2016 | 1124-000 | 2.42 | | 28,697.10 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.27 | 28,655.83 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.84 | 28,615.99 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.27 | 28,570.72 |
| 02/08/18 | 104 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 18.05 | 28,552.67 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.34 | 28,514.33 |
| 04/17/18 | 105 | 800 South Wells Commercial LLC D.A.N. Joint Venture III, L.P. | Distribution payment - Dividend paid at 100.00% of $5,000.00; Claim # 1S; Filed: $1,000,000.00 | 4110-000 | | 5,000.00 | 23,514.33 |
| 04/17/18 | 106 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $1,198.50; Claim # A; Filed: $1,198.50 | 3410-000 | | 1,198.50 | 22,315.83 |
| 04/17/18 | 107 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 3,831.25 | 18,484.58 |
| | | | Claims Distribution - Wed, 03-14-2018 $3,750.24 | 2100-000 | | | 18,484.58 |
| | | | Claims Distribution - Wed, 03-14-2018 $81.01 | 2200-000 | | | 18,484.58 |
| 04/17/18 | 108 | Internal Revenue Service Centralized Insolvency Operations | Distribution payment - Dividend paid at 25.76% of $71,753.24; Claim # 2P-5; Filed: $71,753.24 | 5800-000 | | 18,484.58 | 0.00 |
| | | | **COLUMN TOTALS** | | 30,002.42 | 30,002.42 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | | **Subtotal** | | **30,002.42** | **30,002.42** | |
| | | | Less: Payments to Debtors | | | **0.00** | |
| | | | **NET Receipts / Disbursements** | | **$30,002.42** | **$30,002.42** | |

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-01335 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | GOULETAS, NICHOLAS S. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2418 | **Account #:** | ******2500 Checking | |
| **For Period Ending:** | 05/03/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2500 Checking | $30,002.42 | $30,002.42 | $0.00 |
| | $30,002.42 | $30,002.42 | $0.00 |