**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| NICHOLAS S. GOULETAS, | ) | No. 16-01335 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| _____ | ) | |
| | ) | |
| 800 SOUTH WELLS COMMERCIAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 1:16 ap 141 |
| | ) | |
| NICHOLAS S. GOULETAS, | ) | |
| | ) | |
| Debtor-Defendant. | ) | |

## CERTIFICATE OF SERVICE

TO:   See Attached Service List

PLEASE TAKE NOTICE that on March 1, 2019, a Notice of Motion and Joint Motion to Approve Settlement, Enter Judgment and Dismiss Adversary Proceeding Objecting to Debtor's Discharge which is scheduled to be heard on March 26, 2019 at 10:30 a.m., was filed electronically and a correct copy of the foregoing pleading was served upon all parties receiving CM/ECF noticing on March 1, 2019 in the adversary proceeding. Notice to all parties in the bankruptcy proceeding received notice via email on March 13, 2019 at the following email addresses:

- **Frederick D. Armstrong**   armstronglaw@sbcglobal.net
- **Kelly C Elmore**   kelmore@ksnlaw.com, foa@ksnlaw.com
- **Richard H Fimoff**   rfimoff@rsplaw.com, fb@rsplaw.com
- **Richard M. Fogel**   rfogel@foxrothschild.com, il72@ecfcbis.com
- **Richard M. Fogel**   rfogel@shawfishman.com, il72@ecfcbis.com
- **Kathryn Gleason**   USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- **Cari A Kauffman**   ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Troy M Sphar**   tsphar@smbtrials.com
- **Bruce J Van Heukelem**   bvanheukelem@htlaw.com, cshelton@htlaw.com

.

**NICHOLAS S. GOULETAS**

By:  /s/ Richard H. Fimoff

Richard H. Fimoff (#804886)
rfimoff@rsplaw.com
Robert J. Trizna (#3123760)
rtrizna@ rsplaw.com
Christine R. Walsh (#6319177)
cwalsh@rsplaw.com
ROBBINS SALOMON & PATT, LTD.
180 N. LaSalle Street
Suite 3300
Chicago, Illinois 60601
(312) 782-9000