| Information to identify the case: | |
|---|---|
| Debtor 1 **Nicholas S. Gouletas** | Social Security number or ITIN **xxx–xx–4160** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **16–01335** | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicholas S. Gouletas

April 1, 2019                                    **For the court:** Jeffrey P. Allsteadt, Clerk
                                                                                  United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re: Case No. 16-01335-TAB
Nicholas S. Gouletas Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dwilliams    Page 1 of 18    Date Rcvd: Apr 01, 2019
                     Form ID: 318      Total Noticed: 617

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.

```
db          +Nicholas S. Gouletas,    111 East Chestnut,    Unit 28K,    Chicago, IL 60611-6007
24108732    +111 East Chestnut Consu,    c/o Patterson Law Firm,    33 N. LaSalle #3350,
              Chicago, IL 60602-3394
24108733    +111 East Chestnut Consultants, Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108734     111 East Chestnut Garage Condominium Ass,    c/o Donal E. Barnes, Reg. Agt.,
              111 E CHESTNUT GARAGE OFFICE,    CHICAGO, IL 60611
24108735     111th Street Lofts Condominium,    c/o Phoenix Risk Management,    PO Box 88410,
              Chicago, IL 60680-1410
24108740    +1122 North Clark Consultants Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,
              1212 N LASALLE ST STE 110,    CHICAGO, IL 60610-8027
24108741    +1122 North Clark LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
              CHICAGO, IL 60610-8027
24108742    +1122 North Clark Members Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
              CHICAGO, IL 60610-8027
24108743    +1122 North Clark Members LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
              CHICAGO, IL 60610-8027
24108744     1212 LLC,    Corporation Service Co., Reg. Agt,    Norcross, GA 30092-2924
24108745    +1212 Mt. Vernon Consultants, Inc.,    1030 N. Clark Street, Suite 300,    Chicago, IL 60610-5470
24108746    +1327 Washington Loftominium LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
              CHICAGO, IL 60610-8027
24108748    +1344 Dearborn Consultants Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
              CHICAGO, IL 60611-3678
24108749    +1344 Dearborn LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
              CHICAGO, IL 60611-3678
24108750    +1344 North Dearborn Condo Assn,    c/o Patrick Munda, Reg. Agnt.,    1344 N. Dearborn, Ste 5C,
              Chicago, IL 60610-6053
24108751    +182 West Lake Commercial LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108752    +182 West Lake LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108753    +182 West Lake Residential LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108754    +200 Norh Dearborn Private Residences A C,    c/o DAVID M BENDOFF, Reg. Agt.,    175 N Archer,
              Mundelein, IL 60060-2301
24108755    +200 North Dearborn Condom,    c/o Freeborn & Peters,    311 S. Wacker #3000,
              Chicago, IL 60606-6683
24108757    +201 North Wells Investors, LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108758    +201 North Wells, LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
              CHICAGO, IL 60611-3678
24108759    +201 S. Wells Consultants Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
              CHICAGO, IL 60611-3678
24108760    +201 S. Wells Members Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
              CHICAGO, IL 60611-3678
24108761    +201 Wells Investors Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
              CHICAGO, IL 60610-5470
24108762    +2210 Mission Laguna LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108763    +2520 North Lakeview Development LLC,    c/o Victoria Gouletas, Reg. Agt.,
              182 W LAKE ST STE 200,    CHICAGO, IL 60601-1124
24108764    +2625 N. Clark Condo,    c/o Peter Anthony Johnson,    11 E. Hubbard #702,
              Chicago, IL 60611-3536
24367625     2625 North Clark Condominium Association,    c/o Johnson & Sullivan, Ltd,
              11 East Hubbard, Suite 702,    Chicago, Illinois 60611-3536
24108766    +33 W Delaware Place Consultants Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,
              1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24108767    +33 W Delaware Place Corporation,    c/o RAY REGNER, ESQ, Reg. Agt.,
              1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24108768    +33 W Delaware Place Members LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108769    +3650 Consultants Inc,    c/o K. W BOSWORTH, Reg. Agt.,    180 N LASALLE #3700,
              CHICAGO, IL 60601-2809
24108770    +3660 Lake Shore Phase II LLC,    c/o MICHAEL A FISH, Reg. Agt.,    3660 N LAKE SHORE DR #200,
              CHICAGO, IL 60613-5302
24108771    +3660 Lake Shore Phase III LLC,    c/o MICHAEL A FISH, Reg. Agt.,    3660 N LAKE SHORE DR #200,
              CHICAGO, IL 60613-5302
24108772    +440 Condominium Rental Services Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,
              1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24108773    +440 North Wabash Commercial LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
              CHICAGO, IL 60601-1124
24108774    +440 North Wabash Holding Company LLC,    c/o Victoria Gouletas, Reg. Agt.,
              182 W LAKE ST STE 200,    CHICAGO, IL 60601-1124
```

```
24108775      +440 North Wabash LLC,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108777      +800 Consultants, Inc.,   c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N Lasalle St #110,
                Chicago, IL 60610-8027
24108781      +800 South Wells Commercia,   c/o Armstrong F. Dean,    1324 Dartmouth Road,
                Flossmoor, IL 60422-1905
24241464      +800 South Wells Commercial LLC,    100 North Center Street,    Newton Falls, OH 44444-1321
24241349      +800 South Wells Commercial LLC,    D.A.N. Joint Venture III, L.P.,    100 North Center Street,
                Newton Falls, OH 44444-1321
24108782      +800 South Wells Commercial LLC,   c/o C T CORP. SYSTEM, Reg. Agt.,
                208 SO LASALLE ST, SUITE 814,   CHICAGO, IL 60604-1101
24108783      +800 South Wells Phase I LLC,   c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
                CHICAGO, IL 60610-5470
24108784      +800 South Wells Phase II LLC,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108786      +801 South Wells Consultants Inc,   c/o A. R DIBENEDETTO, Reg. Agt.,
                505 N LAKE SHORE DR STE 214,   CHICAGO, IL 60611-3678
24108787      +801 South Wells Limited Partnership,   c/o Anthony R DiBenedetto,    505 N. Lake Shore Dr. #214,
                Chicago, IL 60611-3678
24108789      +9195 Surfside Consultants, Inc,   c/o C T Corporation System,    1200 S. Pine Island Rd.,
                Plantation, FL 33324-4413
24108790      +9195 Surfside Corporation,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108791      +9195 Surfside LLC,   c/o C T Corporation System,    1200 South Pine island Road,
                Fort Lauderdale, FL 33324-4413
24108792      +9195 Surfside Members, LLC,   c/o C T Corporation System,    1200 South Pine Island Road,
                Plantation, FL 33324-4413
24108793      +A.P. Loftominium Consultants Inc,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108795      +A.P. Members LLC,   c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                CHICAGO, IL 60610-8027
24108797      +A.P. Property Holdings LLC,   c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                CHICAGO, IL 60610-8027
24108799      +ABT Electronics Inc,    1200 N Milwaukee,    Glenview, IL 60025-2416
24108806      +AI Real Estate, Inc.,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108807      +AIG Consultants, Inc,   c/o Steven E. Gouletas, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
                CHICAGO, IL 60611-3678
24108808      +AIGL Development Corporation,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108810      +AIGL Payroll Services Corporation,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108812      +AIGL Real Estate Company,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108813      +AIGL Transactional Group LLC,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108800      +Acceptance Ins Co,   c/o Fraterrigo Bernaek Feiere,    19 S. LaSalle #601,
                Chicago, IL 60603-1434
24108801      +Acorn Loftominium Condominium,   c/o DAVID SUGAR, Reg. Agt.,    120 S RIVERSIDE PLZA, STE 1200,
                CHICAGO, IL 60606-3910
24108804      +Admin Condominium Rental Services Inc,   c/o A. R DIBENEDETTO, Reg. Agt.,
                1030 NORTH CLARK STREET #300,   CHICAGO, IL 60610-5470
24108814      +Alexandru and Christina Barbol,    19640 Wellington Ct.,    Brookfield, WI 53045-4142
24108815       Ali Ata,   12570 Derby Rd,    Lemont, IL 60439-9793
24108816      +Allen Lo,   5022 Hidden Branches Dr,    Dunwoody, GA 30338-3910
24108817      +Ambelos Corp,   c/o Murphy & Hourihane LLC,    161 N. Clark #2550,    Chicago, IL 60601-3246
24108819      +Ambelos Corporation,   c/o Laner Muchin Ltd,    515 N. State St. #2800,    Chicago, IL 60654-4821
24108824      +Amelia Taddeo,   c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24108822      +Amelia Taddeo,   c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24558404       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                Carol Stream, IL  60197-5008
24108831      +American Invsco,   c/o Novack macey LLP,    100 N. Riverside #1500,    Chicago, IL 60606-1520
24108829      +American Invsco,   c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
                Chicago, IL 60603-6263
24108830      +American Invsco,   c/o Laner Muchin Ltd,    515 N. State St. #2800,    Chicago, IL 60654-4821
24108836      +American Invsco Corp,    Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24108835      +American Invsco Corp,   c/o Murphy & Hourihane LLC,    161 N. Clark #2550,
                Chicago, IL 60601-3246
24108837       American Invsco Corp,   c/o Robert R. Frei,    1 First National Pl,    Chicago, IL 60603
24108839      +American Invsco Corp,   c/o Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24108838      +American Invsco Corp,   c/o Connelly Sheehan & Moran,    150 S. Wacker,    Chicago, IL 60606-4103
24108842      +American Invsco Corporation,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108843      +American Invsco Corporation,   c/o Rice Reuther Sullivan & Carroll,
                3800 Howard Hughes Pkwy, Ste 1200,   Las Vegas, NV 89169-5966
24108844      +American Invsco Design and Construction,   c/o Victoria Gouletas, Reg. Agt.,
                182 W LAKE ST STE 200,   CHICAGO, IL 60601-1124
```

```
24108846      +American Invsco Development Corp,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108847      +American Invsco Florida Realty Company,    c/o Corp. Service Co., Reg. Agt.,    1201 Hays Street,
                Tallahasse, FL 32301-2699
24108848      +American Invsco Florida Realty Inc,    C T Corporation System, Reg. Agt.,
                1200 South Pine Island Road,    Plantation, FL 33324-4413
24108850      +American Invsco Group LLC,    c/o Steven E. Gouletas, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
                CHICAGO, IL 60611-3678
24108851      +American Invsco Group Ltd & Subsidiaries,    c/o Victoria Gouletas, Reg. Agt.,
                182 W LAKE ST STE 200,    CHICAGO, IL 60601-1124
24108854      +American Invsco International Company,    c/o DENNIS J CARLIN, Reg. Agt.,
                321 N CLARK ST STE 3300,    CHICAGO, IL 60654-4793
24108856      +American Invsco Of Georgia LLC,    American Invsco of Georgia, LLC,
                1030 North Clark Street, Ste 300,    CHICAGO, IL 60610-5470
24108858      +American Invsco Realty,    c/o Foley & Lardner,    321 N. Clark #2800,    Chicago, IL 60654-5313
24108861      +American Invsco Realty Inc,    American Invsco Realty, Inc.,    620 Peachtree St NE,,
                ATLANTA, GA 30308-2313
24108862      +American Invsco Realty Inc Nevada,    c/o Corp. Trst Co. Nev. Reg. Agt.,
                701 S Carson St. Ste 200,    Carson City, NV 89701-5239
24108864      +American Invsco Realty, LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24108867      +Amex Dsnb,   Correspondence,    Po Box 981540,    ElPaso, TX 79998-1540
24108868      +Amy Fouch,    c/o O'Rourke Katten & Moody,    161 N. Clark #2230,    Chicago, IL 60601-3329
24108869       Andrei Vandoros,    40/42 Charterhouse St.,    London, England EC1M6JH
24108870      +Angela Lekkas,    6618 N. Sioux,    Chicago, IL 60646-2821
24108871      +Angelo Sellis,    311 W. Waverly Ct.,    Arlington Heights, IL 60004-2522
24108876       Anthony Ardizzone,    108 Hinsdale Ln.,    Welwyn Garden City, Hertz England
24108877      +Anthony DiBenedetto,    505 N Lake  Shore Dr STE: 214,    Chicago, IL 60611-3678
24108878      +Anthony J Imbugia,    111 E Chestnut #52AB.,    Chicago, IL 60611-6071
24108879      #Anthony J. Geroulis,    977 Sheridan Road,    Winnetka, IL 60093-1558
24108880      +Anthony J. Onesto,    6832 W. North Ave.,    Chicago, IL 60707-4430
24108882      +Anthony R. Dibenedetto,    c/o Schain Firsel & Brown Ltd,    222 N. LaSalle #1910,
                Chicago, IL 60601-1102
24108883      +Anthony R. Dibenetto,    c/o Anthony R. Dibenedetto,    500 N. Lake Shore #214,
                Chicago, IL 60611-3779
24108875      +Anthony and Dianne DiBenedetto,    505 N Lake  Shore Dr STE: 214,    Chicago, IL 60611-3678
24108884      +Antonio Rendina,    173 Saddle Brook Dr.,    Oak Brook, IL 60523-2652
24108885      +Aronberg Goldgehn Davis,    330 North Wabash,    Suite 1700,    Chicago, IL 60611-7765
24108912     ++++BOYNTON PINEHURST, LLC,    C/O CORP CREAT. NETWORK REG. AGT.,
                11380 PROSPERITY FARMS RD STE 221,    PALM BEACH GARDENS FL  33410-3465
               (address filed with court: Boynton Pinehurst, LLC,    c/o Corp Creat. Network Reg. Agt.,
                11380 Prosperity Farms Road #221E,    Palm Beach Gardens, FL 33410)
24108890      +Barbara Geroulis,    6289 N. Knox Ave.,    Chicago, IL 60646-5032
24108892      +Basil Kosa,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24108894      +Basil Kosa,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24108896      #+Beermann Pritikin LLP,    161 N. Clark Street, Suite 2600,    Chicago, IL 60601-3243
24108897      +Ben Lazer,    c/o Adler Murphy McQuillen,    20 S. Clark #2500,    Chicago, IL 60603-1804
24108898      +Bermuda Condominium Rental Services Inc,    c/o C T Corporation System,
                1200 South Pine Island Road,    Fort Lauderdale, FL 33324-4413
24108899      +Bermuda Dunes Private Residences A,    c/o Bonnie Jordan, RA,    7380 WestPointe Blvd,
                Orlando, FL 32835-6117
24108900      +Bermuda Rental Inc,    c/o C T Corporation System,    1200 South Pine Island Road,
                Fort Lauderdale, FL 33324-4413
24108901      +Birchwood Terrace Associates LP,    c/o DENNIS J CARLIN, Reg. Agt.,    321 N CLARK ST STE 3400,
                CHICAGO, IL 60654-4717
24108902      +Birchwood Terrace Consultants Inc,    c/o DENNIS J CARLIN, Reg. Agt.,    321 N CLARK ST STE 3400,
                CHICAGO, IL 60654-4717
24108904      +Board Directors Gold Gall,    c/o Arnstein & Lehr,    120 Riverside,    Chicago, IL 60606-3913
24108905      +Board Managers Eleventh,    c/o McDonald Hopkins LLC,    300 N. LaSalle #2100,
                Chicago, IL 60654-3474
24108907      +Bob Ford,    c/o Murphy & Hourihane LLC,    161 N. Clark #2550,    Chicago, IL 60601-3246
24108909      +Boulevard Associates LP,    c/o Schain Firsel & Brown Ltd,    222 N. LaSalle #1910,
                Chicago, IL 60601-1102
24108908      +Boulevard Associates LP,    ANTHONY R. DIBENDETTO, Reg. Agt.,    1212 N LASALLE ST SUITE 110,
                CHICAGO, IL 60610-8027
24108911      +Boulevard Consultants Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
                CHICAGO, IL 60610-5470
24108913       Brennan M Haraden,    5407 Thurman Rd,    Louisville, KY 40299-4991
24108914      +Brian A. Erler,    2314 Lincoln Park West #15.,    Chicago, IL 60614-6085
24108915      +Brittany Place Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
                CHICAGO, IL 60611-3678
24108916      +Brittany Place Limited Partnership,    c/o Norm Katz,    505 N. Lake Shore Dr., Ste 214,
                Chicago, IL 60611-3678
24108919      +Bruce Couturier,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24108917      +Bruce Couturier,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24108920      +Bruce Turkstra,    1301 Aveneue of the Americas.,    New York, NY 10019-6022
```

```
24108987      +CRS Rental Management Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24108988      +CRSI Facilities Corporation,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24108989      +CSV Funding LLC,    c/o The Carlton Group, Ltd.,    560 Lexington Ave.,    New York, NY 10022-6828
24108990      +CT Corp./XSOP 11922674-MX,    c/o Crain & Weiner,    338 Harris Hill Rd. #206,
               Buffalo, NY 14221-7470
24108922      +Cadmus Corporation,    c/o MONICA A CARROLL, Reg. Agt.,    150 N MICHIGAN STE 2500,
               CHICAGO, IL 60601-7619
24108923      +Canary & Timothy Chia,    76 Bexley Ct.,    North Barrington, IL 60010-6906
24108924      +Carlisle On The Ocean Condominium Associ,    c/o Weiss Serota Helfman Cole & Bie,
               2525 Ponce De Leon Blvd, Ste 700,    Coral Gables, FL 33134-6045
24108925      +Cary Berkowitz,    470 Voltz Rd.,    Northbrook, IL 60062-5531
24108926      +Cathy Epstein,    161 E. Chicago.,    Apt. 28A,    Chicago, IL 60611-2619
24108927      +Cda/pontiac,    Attn:Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
24108930      +Century Condominium Rental Services Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,
               1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24108932      +Century Tower Private Residences Condomi,    c/o KELLY C ELMORE, Reg. Agt.,
               750 W LAKE COOK RD STE 350,    BUFFALO GROVE, IL 60089-2088
24108933      +Century Tower Rental Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24108935      +Chapel Park Development LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24108936      +Charles A. Brahos,    c/o Childress Duffy Goldblatt,    500 N. Dearborn #1200,
               Chicago, IL 60654-3347
24108937      +Charles Dobes,    505 N Lake Shore Drive #6006.,    Chicago, IL 60611-6452
24108938      +Charles H. Braun,    c/o Sugar Felsenthal Grais Ha,    30 N. LaSalle #3000,
               Chicago, IL 60602-3481
24108939      +Charles K. McManus,    800 S. Wells, #1418.,    Chicago, IL 60607-4542
24108940      +Charles McManus,    35 Debeaufain Drive Bluffton,    Blufrton, SC 29909-2500
24108941      +Charles Schwab & Co,    c/o C T CORPORATION SYSTEM,    208 SO LASALLE ST, SUITE 814,
               Chicago, IL 60604-1101
24108942      +Charles T Schurstad,    1122 N Clark Unit# 3806,    Chicago, IL 60610-2898
24108945      +Chase Bank USA N.A.,    c/o Michael D. Fine,    131 S. Dearborn,    Chicago, IL 60603-5520
24108947       Chemical Bank,    c/o Hopkins & Sutter,    3 1st Natl Plz 41STF,    Chicago, IL 60602
24108948      +Chestnut St Holdin,    c/o Fitzgerald & Cross,    33 W. Monroe #1520,    Chicago, IL 60603-5310
24108949      +Chestnut Street Holdings LLC,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24108950      +Chicago Heart and Vascular Co.,    75 Remittance Dr.,    Suite 6193,    Chicago, IL 60675-6193
24108952      +Chris Carroll,    111 E. Chestnut St. #51K.,    Chicago, IL 60611-6029
24108953      +Chris P. Tomaras,    360 N. Michigan Ave.,    Chicago, IL 60601-3814
24108954      +Christ & Louis Demos,    1943 Burr Oak Dr.,    Glenview, IL 60025-1856
24108955      +Christ and Louis Demos,    1000 N. Lake Shore Dr. Unit 13B,    Chicago, IL 60611-5301
24108956      +Christine Rev. Trust Collins,    The Northern Trust Company  265 E. Deerp,
               Lake forest, IL 60045-1938
24108957      +Christopher Lakeview Consultants, Inc,    c/o Victoria Gouletas, Reg. Agt.,
               182 W LAKE ST STE 200,    CHICAGO, IL 60601-1124
24108958      +Christopher Lakeview LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24108961      +Cindy Dull,    3660 N. Lake Shore Drive Apt. 4113,    Chicago, IL 60613-5318
24108964      +CitiMortgage Inc.,    c/o Dykema Gossett PLLC,    10 S. Wacker #2300,    Chicago, IL 60606-7509
24108962      +Citibank South Dakota NA,    c/o Blatt Hasenmiller Leibske,    10 S. LaSalle #2200,
               Chicago, IL 60603-1069
24108963      +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
24108965      +City of Chicago,    c/o Baker & Miller,    29 N. Wacker Dr.,    Chicago, IL 60606-3221
24108967      +Claudia B Ennessy,    c/o Peter R Behnke,    555 Skokie #500,    Northbrook, IL 60062-2845
24108968      +Coastal Carolina Holdings LLC Dennis D.,    311 Judges Road-1F,    Wilmington, NC 28405-3654
24108969      +Cole Taylor Bank,    5501 W. 79th Street.,    Burbank, IL 60459-1796
24108974      +Condominium Construction Management Inc,    c/o Victoria Gouletas, Reg. Agt.,
               182 W LAKE ST STE 200,    CHICAGO, IL 60601-1124
24108975      +Condominium Rental Management Inc,    c/o Victoria Gouletas, Reg. Agt.,
               1212 N LASALLE ST STE 110,    CHICAGO, IL 60610-8027
24108977      +Condominium Rental Services Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24108978      +Condominium Rental Services, Inc.,    c/o Rice Reuther Sullivan & Carroll,
               3800 Howard Hughes Pkwy, Ste 1200,    Las Vegas, NV 89169-5966
24108979      +Continental American Properties,    1764 San Diego Ave.,    San Diego, CA 92110-1987
24108980       Coopers & Lybrand / PWC,    1 N Upper Wacker Dr,    Chicago, IL 60606
24108982      +Corus Bankshares Inc,    Stahl Cowen Crowley LLC,    55 W. Monroe #1200,    Chicago, IL 60603-5127
24108985      +Cr Serv Of Or,    Po Box 1208,    Roseburg, OR 97470-0306
24108991      +Dan Fintel,    c/o Jeffrey Strange & Associates,    717 Ridge Road,    Wilmette, IL 60091-2486
24108993       Daniel J Fintel,    1868 N. Orchard St. Apt 2,    Chicago, IL 60614-5106
24108994      +Daniel J. Homick,    c/o O'Rourke McCloskey & Moody,    161 N. Clark #2230,
               Chicago, IL 60601-3329
24108996       David & Lillian Cohen,    1009 Ventnor G Century Vil,    Deerfield Beach, FL 33442
24108997      +David B & Andrea B Yelin,    1236 Elmwood,    Wilmette, IL 60091-1647
24108998      +David G. Moss, Esq.,    Meister Seelig & Fein LLP,    140 E. 45th St., 19th Floor,
               New York, NY 10017-3144
24108999      +David J & Valerie E Cohen,    800 S. Wells #1007,    Chicago, IL 60607-4536
24109000       David Lieb MD,    5501 W. 79th St.,    Suite 400,    Burbank, IL 60459-2190
```

```
24109001      +David O'Connor,    1017 W. Washington STE 2A,    Chicago, IL 60607-2119
24109002      +Dearborn Investment LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109003      +Dearborn LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109004      +Dearborn Rental Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109005      +Dearborn Residential LLC,    c/o ELIZABETH H FRIEDGUT, Reg. Agt.,    203 N LASALLE ST STE 1900,
                CHICAGO, IL 60601-1263
24109006      +Dearborn Retail LLC,    c/o ELIZABETH H FRIEDGUT, Reg. Agt.,    203 N LASALLE ST STE 1900,
                CHICAGO, IL 60601-1263
24109007       Deborah K Fogel,    727 Arlington Rd,    Riverside, IL 60546-1701
24109009      +Delaware Place Private Residences A Cond,    c/o KELLY C ELMORE, Reg. Agt.,
                33 NORTH DEARBORN ST STE 1617,    CHICAGO, IL 60602-3866
24109012      +Desiree Gouletas,    c/o Schain Firsel & Brown Ltd,    222 N. LaSalle #1910,
                Chicago, IL 60601-1102
24109011      +Desiree Gouletas,    c/o Murphy & Hourihane LLC,    161 N. Clark #2550,    Chicago, IL 60601-3246
24109010      +Desiree Gouletas,    111 E. Chestnut, Unit 53C. /,    Chicago, IL 60611-2040
24109013      +Development Consultants,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
                Chicago, IL 60603-6263
24109014       Dimitrios & Vasiliki Kountas,    17810 Lake Rd,    Lakewood, OH 44107-1017
24109017       Don Reynolds,    326 Sherlock Frankfort,    Frankfurt, IL 60423
24109019      +Doris Nwanko,    3 Quincy,    Barrington, IL 60010-5325
24109021      +Dorothea A Touris,    6301 N Knox Ave,    Chicago, IL 60646-4411
24109020      +Dorothea A Touris,    111 E Chestnut #40D,    Chicago, IL 60611-6017
24109022      +Douglas J Antonio,    30 N. LaSalle,    Chicago, IL 60602-2590
24109024      +Dr. Barry & Barbara Entin,    522 S. Commons Ct. D,    Deerfield, IL 60015-4313
24109025       Dr. George Caleel,    2 NATOMA DR APT 3203,    Oak Brook, IL 60523-7712
24109028       Dr. John Panton,    7740 W NORTH AVE,    Elmwood Park, IL 60707-4124
24109029       Dr. P Robert Lombardo,    9 S. 174 Drew.,    Hinsdale, IL 60521
24109030       Dr. Paul Jones,    16943 S. Luella Ave. South Holland,    South Holland, IL 60473-2624
24109031       Dr. Robert Hambrick,    2 Natoma Dr.,    Chicago, IL 60652
24109032      +Dr. Robin Fintel IRA,    1868 N. Orchard St,    Chicago, IL 60614-5106
24109033      +E. Jacks & Michelle Zmick Peterson,    5246 Torrey Pine Circle,    Long Grove, IL 60047-5219
24109044      ++EMERGENCY MEDICINE PHYSICIANS OF CHICAGO LLC,    PO BOX 18896,    BELFAST ME 04915-4083
              (address filed with court: EMP of Chicago, LLC,     PO Box 636744,    Cincinnati, OH 45263-6744)
24109036      +Edward Fisher,    2061 Weathersfield Court,    Reston, VA 20191-3629
24109035      +Edward Fisher,    1524 Lincolnway Unit 403,    McLean, VA 22102-5861
24109039      +Eleanor Couturier,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24109037      +Eleanor Couturier,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24109040      +Eleventh Street Loftominium Condo Assn,    c/o PATRICK J KENNELLY, Reg. Agt.,
                946 W RANDOLP ST STE 200,    CHICAGO, IL 60607-2238
24109041      +Elm Clark Condo Assoc,    c/o Fitzgerald Dunn & Cross,    33 W. Monroe #1520,
                Chicago, IL 60603-5310
24109043       Emergency Medical Physicians of Chi,    Escallate LLC,    PO Box 630906,
                Cincinnati, OH 45263-0906
24109046      +Eric Tsai,    111 E. Chestnut #20A,    Chicago, IL 60611-2089
24109045       Eric and Deborah Fogel,    727 Arlington Rd,    Riverside, IL 60546-1701
24109047      +Ernest R Wish,    1170 N. Milwaukee,    Chicago, IL 60642-4058
24109048      +Ernesto & Susan T. Carrasco,    2650 N. Lakeview #301.,    Chicago, IL 60614-1815
24109050       Eugene Ho,    8 Cotton Tree Drive,,    Central, Hong Kong
24109051      +Eunice Gouletas,    c/o Rinella & Rinella Ltd.,    1 N. LaSalle #3400,    Chicago, IL 60602-4018
24109052      +Eunice J. Gouletas,    505 N. Lake Shore Drive.,    Chicago, IL 60611-3427
24109054      +Evangeline Gouletas,    c/o Katten Muchin Zavis,    525 W. Monroe #1600,    Chicago, IL 60661-3690
24109053      +Evangeline Gouletas,    c/o Katten Muchin Zavis Rosen,    525 W. Monroe #1600,
                Chicago, IL 60661-3690
24109056      +Evangeline Gouletas,    c/o Katten Muchin Zavis Rosenman,    525 W. Monroe #1600,
                Chicago, IL 60661-3690
24109057       Fafrowicz, Lottie A & Schillizzi, Dolore,    3807 N Lawndale Avenue,    Chicago, IL 60618-4114
24109060       Foundation for Outreach Services,    PO Box 83287,    Chicago, IL 60691-0287
24109061      +Frank Taddeo,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24109063      +Frank Taddeo,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24109064      +Frank, Cynthia, Jos., Janet M Agate,    14210 Aldwych Dr.,    Orland Park, IL 60462-2977
24109065      +Franklin Collection Service, Inc,    Po Box 3910,    Tupelo, MS 38803-3910
24109068      +Frederick Emmett,    1572 Bedlington Drive,    Inverness, IL 60010-5208
24109069       G. Marshall Abbey,    3 Parkway North Center Suite 110,    Glenview, IL 60015
24109070      +Galleria Commercial Consultants Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,
                1212 N LASALLE ST STE 110,    CHICAGO, IL 60610-8027
24109071      +Galleria Commercial LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                CHICAGO, IL 60610-8027
24109072      +Galleria Commercial Members Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                CHICAGO, IL 60610-8027
24109073      +Galleria Residential Consultants Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,
                1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24109074      +Galleria Residential LLC,    c/o Murphy & Hourihane LLC,    161 N. Clark #2550,
                Chicago, IL 60601-3246
```

```
24109075      +Galleria Residential Members Inc,   c/o RAY REGNER, ESQ, Reg. Agt.,
               1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24109076      +Gallerial Residuary Member LLC,   c/o RAY REGNER, ESQ, Reg. Agt.,
               1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24109077      +Garvey Court Holdings LLC,    c/o Mayer Brown LLP,    71 S. Wacker Drive,
               Chicago, IL 60606-4637
24109078      +Garvey Court Investment Company LLC,   c/o Victoria Gouletas, Reg. Agt.,
               182 W LAKE ST STE 200,    CHICAGO, IL 60601-1124
24109079      +Garvey Court LLC,   c/o Mayer Brown LLP,    71 S. Wacker Drive,    Chicago, IL 60606-4637
24109080      +Gary Greenberg,   1782 Cloverdale,    Highland Park, IL 60035-2104
24109083      +George Collins,   875 N Michigan Ave. Suite 4145.,    Chicago, IL 60611-1803
24109084      +George Costakis,   5701 N Sheridan rd.,    Chicago, IL 60660-4771
24109088      +Gold Coast Galleri,   c/o Penland & Hartwell,    1 N. LaSalle 38th Floor,
               Chicago, IL 60602-4097
24109089      +Gold Coast Galleri,   c/o Arnstein & lehr,    120 S. Riverside,    Chicago, IL 60606-3913
24109090      +Gold Coast Galleria Condominium Associat,    c/o DAVID M BENDOFF, Reg. Agt.,
               750 W LAKE COOK RD STE 350,    BUFFALO GROVE, IL 60089-2088
24109091      +Gold Coast Galleria Garage Condo,   c/o DAVID C HARTWELL, Reg. Agt.,
               ONE N LASALLE ST 38TH FLR,    CHICAGO, IL 60602-4097
24109094      +Grand Pier Center LLC,    c/o Patterson Law Firm,    33 N. LaSalle #3350,
               Chicago, IL 60602-3394
24109098      +Guaranteed Rate Inc,   c/o Dykema Gossett PLLC,    10 S. Wacker #2300,    Chicago, IL 60606-7509
24109099      +Guaranty Solutions,   c/o Mages & Price LLC,    707 Lake Cook Rd #314,
               Deerfield, IL 60015-4933
24109100      +Hale Garage Condominium Association,   c/o DAVID WESTVEER, Reg. Agt.,
               4311 N RAVENSWOOD STE 200,    CHICAGO, IL 60613-1192
24109101      +Hale Loftominium Condominium,    c/o DAVID WESTVEER, Reg. Agt.,    4311 N RAVENSWOOD STE 200,
               CHICAGO, IL 60613-1192
24109102      +Heartbreak Garage Condo Association,    c/o DAVID G WIX, Reg. Agt.,    225 W WACKER DR STE 1515,
               CHICAGO, IL 60606-1229
24109103      +Heartbreak Loftominium Condominium,    c/o DAVID G WIX, Reg. Agt.,    225 W WACKER DR STE 1515,
               CHICAGO, IL 60606-1229
24109107      +Helen/Wm Doumouras,   7904 N. Lamon,    Skokie, IL 60077-3030
24109109      +Henry & Meredith Lerman,    3108 Alexander circle NE,    Atlanta, GA 30326-1264
24109111      +Henry & Meridith Lerman,    1212 N. La Salle St. 60610,    Chicago, IL 60610-8027
24109110      +Henry & Meridith Lerman,    2500 Peachtree Road NW.,    Atlanta, GA 30305-5602
24109113      +Henry Roth IRA Lerman,    3384 Peachtree Road NE.,    Atlanta, GA 30326-1181
24109115      +Henry W. Harris,   505 N. Lake Shore Drive.,    Chicago, IL 60611-3427
24109118      +Hollywood Towers Condo As,    c/o Morton J. Haberman,    30 N. LaSalle #2800,
               Chicago, IL 60602-3599
24109119      +Home By Invsco,   c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
               Chicago, IL 60603-6263
24109121      +Home By Invsco,   Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24109124      +Homecomings Financial LLC,    c/o Dykema Gossett PLLC,    10 S. Wacker #2300,
               Chicago, IL 60606-7509
24109127      +Hoogendoorn & Talbot LLP,    122 South Michigan Avenue,    Suite 1220,    Chicago, IL 60603-6263
24109129      +Howard Savings Bank,   1700 N Milwaukee Avenue.,    Glenview, IL 60025-1494
24109131      +Humberto Alfonso,   c/o Swanson Martin Bell LLP,    330 N. Wabash #3300,
               Chicago, IL 60611-3604
26734361     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0291
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Unit,    PO BOX 19035,
               Springfield, IL 62794-9035)
24109136      +Illinois Department of Labor,    160 N. LaSalle Street,    Suite C-1300,    Chicago, IL 60601-3114
24109140      +Industrial Valley Title,    431 W. Lancaster Ave.,    Devon, PA 19333-1509
24109142      +Invesco Acquisition Cor,    c/o Anthony R. Dibenedetto,    505 N. Lake Shore #214,
               Chicago, IL 60611-3678
24109148      +Invsco Acquisition Corp,    c/o Connelly Sheehan & Moran,    150 S. Wacker,
               Chicago, IL 60606-4103
24109147      +Invsco Acquisition Corp,    Laner Muchin Ltd,    515 N. State St. #2800,    Chicago, IL 60654-4688
24109146      +Invsco Acquisition Corp,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24109150      +Invsco Advertising Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24109154      +Invsco Development Cons,    Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24109156      +Invsco Development Consultants Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109159      +Invsco Development Member,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
               Chicago, IL 60603-6263
24109160      +Invsco Development Members LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109157      +Invsco Development llc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109161      +Invsco Dvlpmnt Consultant,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
               Chicago, IL 60603-6263
24109163      +Invsco Employee Sevices Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109165      +Invsco Group LTD,   c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109170       Invsco Group Ltd,   Rober R. Frei,    1 First Naitonal Pl.,    Chicago, IL 60603
```

```
24109166           +Invsco Group Ltd,    c/o Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24109171           +Invsco Group Ltd,    c/o Burke Burns Ellison Etc,    70 W. Madison #4300,
                     Chicago, IL 60602-4229
24109169           +Invsco Group Ltd,    c/o Horwood Marcus Berk CTD,    500 W. Madison #3700,
                     Chicago, IL 60661-4591
24109167           +Invsco Group Ltd,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
                     Chicago, IL 60603-6263
24109174           +Invsco Grp Ltd,    c/o Foley & Lardner,    321 N. Clark #2800,    Chicago, IL 60654-5313
24109175           +Invsco Holding LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                     CHICAGO, IL 60601-1124
24109176           +Invsco Management Co Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                     CHICAGO, IL 60601-1124
24109179           +Invsco National Development Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,
                     1030 NORTH CLARK STREET #300,    CHICAGO, IL 60610-5470
24109180           +Invsco Realty II Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
                     CHICAGO, IL 60610-5470
24109183           +Irene Gouletas,    Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24109184           +Irene S. Gouletas,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,
                     Chicago, IL 60603-6263
24588578           +James A West,    606 W 18th St, Unit 6,    Chicago, IL 60616-1066
24109189           +James A. West,    c/o O'Rourke Katten & Moody,    161 N. Clark #2230,    Chicago, IL 60601-3329
24109192           +James E. Kline,    428 W. Washington Ave.,    Wilmette, IL 60091-1966
24109193           +James G Pope,    3663 Peachtree Road NE#9-A,    Atlanta, GA 30319-1207
24109194           +James G. Pope,    c/o John S. Graettinger, Jr.,    53 W. Jackson #950,    Chicago, IL 60604-3849
24109195           +James G. Pope,    1257 Timpson Cove Rd.,    Clayton, GA 30525-4753
24109197           +James Paule & Linda Paul JTWRS Paule,    2640 14th Ave.,    Carmel, CA 93923-9222
24109199           +James Schwank,    Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24109190           +James and Linda Paul,    2640 14th Ave,    Carmel, CA 93923-9222
24109203           +Janine Smyth,    505 N Lake Shore #3903,    Chicago, IL 60611-3408
24109206           +Jerome W. Bison,    c/o Spina McGuire Okal,    7610 W. North,    Elmwood Park, IL 60707-4100
24109211           +Joe Cosentino Co. Inc.,    19801 E. Country Club Drive. Apt. 106.,    Adventura, FL 33180-4810
24109212           +Joel Cohen,    10 Canterbury Ct.,    Wilmette, IL 60091-2822
24109213           +John & Connie Davis,    9724 E. Reserve Way,    Scottsdale, AZ 85262-1459
24109215           +John & Kristen Stumpf/Seehafer,    307 S. Prospect Ave.,    Park Ridge, IL 60068-4038
24109216           +John A Nitti,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,    Chicago, IL 60603-6263
24109218           +John Cadden,    c/o Foreman Friedman PA,    2S Biscayne Blvd 2300,    Miami, FL 33131-1806
24109220           +John Narcross,    2 N Lasalle St Suite 2000,    Chicago, IL 60602-4016
24109221           +John Nitti,    c/o Hoogendoorn & Talbot LLP,    122 S. Michigan #1220,    Chicago, IL 60603-6263
24109223           +John Nitti,    Patterson Law Firm,    33 N. LaSalle #3350,    Chicago, IL 60602-3394
24109224           +John Presti,    1600 W Carroll Ave.,    Chicago, IL 60612
24109225           +Jordan J. Tilden DDS, PC & Assocs.,    Dr. Tilden & Dr. Raghian,    331 E. Ontario St.,
                     Chicago, IL 60611-3022
24109226           +Jose A. Alexander Jr.,    c/o Jayaram Law Group,    33 N. LaSalle #2900,    Chicago, IL 60602-2665
24109227           +Joseph Danon,    111 E. Chestnut #51G,    Chicago, IL 60611-6029
24109228           +Josephine & Nicholas J. Lynn,    714 Ashland Ave.,    River Forest, IL 60305-1829
24109230           +Judith Laughton-Paul,    300 N. State St. Apt. 4334,    Chicago, IL 60654-3038
24109232           +Karl T. Muth,    c/o Swanson Martin & Bell LLP,    330 N. Wabash, Suite 3300,
                     Chicago, IL 60611-3604
24109234           +Katerina Demos,    2800 N. LakeShore Dr. #2014,    Chicago, IL 60657-6247
24109235           +Katherine Anderson,    c/o Segal & Segal,    77 W. Washington #1818,    Chicago, IL 60602-2801
24109237           +Ken Kostal,    331 Blackstone.,    La Grange, IL 60525-2107
24109239            Kenneth Kostal,    N9463 Cottage Row Road Unit J-2,    Fish Creek, WI By 4212
24109240           +Kerry Panozzo,    3045 4th St. Suite 9.,    Moline, IL 61265-5964
24109241           +Kimberly & Scott Whitehead Carol Wetzste,    2132 N Lakewood.,    Chicago, IL 60614-4030
24109244           +Konrad & Janet Schlatter,    33 W. Delaware Place,    Chicago, IL 60610-8115
24109247            Koval Flamingo, LLC,    c/o Campbell Morgan PC,    180 High Oak, Second Floor,
                     Bloomfield Hills, MI 48304
24109251           +LaSalle Bank,    120 S LaSalle St.,    Chicago, IL 60603-3403
24109256           +LaSalle Talman Home Mgt,    c/o Jaros Tittle & O'Toole,    20 N. Clark #510,
                     Chicago, IL 60602-4364
24109249           +Lake Dearborn LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                     CHICAGO, IL 60601-1124
24109259           +Loan Servicing Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    1030 NORTH CLARK STREET #300,
                     CHICAGO, IL 60610-5470
24109260           +Loebl Schlossman,    c/o Stein Ray & Conway,    222 W. Adams #1800,    Chicago, IL 60606-5305
24109261           +Loomis Loftominium LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                     CHICAGO, IL 60610-8027
24109265           +Louis Apostol,    2022 Burr Oak Drive East.,    Glenview, IL 60025-1851
24109267           +Louis Demos,    1943 Burr Oak Dr.,    Glenview, IL 60025-1856
24109270           +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
24109273           +Maha Kosa,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                     Las Vegas, NV 89148-3615
24109271           +Maha Kosa,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                     Las Vegas, NV 89101-5918
24109274           +Marcia Emmett,    1572 Bedlington Drive I,    Inverness, IL 60010-5208
24109275           +Marcus Berk,    c/o Mongtomgery John Williams,    233 S. Wacker 6100,    Chicago, IL 60606-6359
24109276           +Marcus Berk Horwood,    c/o Montgomery John Williams,    233 S. Wacker 6100,
                     Chicago, IL 60606-6359
24109277           +Marek Barton Amarex Real Properties,    2474 E. Dempster St.,    Des Plaines, IL 60016-5314
24109279           +Mark L Massery,    3820 Timbers Edge.,    Glenview, IL 60025-1483
```

```
24109282      +Mary B. Post,   c/o William P. Drew,   16626 W. 159th #704,   Lockport, IL 60441-8019
24109284      +Mary Heldt,   c/o Gamage & Gamage,   231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24109286      +Mary Heldt,   c/o Gamage & Gamage,   5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24109287      +May Loftominium LLC,   c/o A. R DIBENEDETTO, Reg. Agt.,   1212 N LASALLE ST STE 110,
                CHICAGO, IL 60610-8027
24109290       Mercy Hospital & Medical Center,   25739 Netowrk Pl.,   Chicago, IL 60678-1350
24109291       Mercy Physician Billing,   Attn. Ming Hwang,   35072 Eagle Way,   Chicago, IL 60678-1350
24109295      +Meridian Private Residences CH, LLC,   c/o Lawrence J. Semenza, III,
                10161 Park Run Dr., Suite 150,   Las Vegas, NV 89145-8872
24109297      +Michael & Mary Fogarty,   3700 Glendenning Rd.,   Downers Grove, IL 60515-1526
24109301      +Michael T Hughes,   5865 The Twelfth Fairway.,   Suwanee, GA 30024-3404
24109302      +Michigan Pearson Commercial LLC,   c/o RAY REGNER, ESQ, Reg. Agt.,
                1030 NORTH CLARK STREET #300,   CHICAGO, IL 60610-5470
24109306      +Morgan Town Loftominium Condominium Asso,   c/o HOWARD S DAKOFF, Reg. Agt.,
                2 N LASALLE ST STE 1300,   CHICAGO, IL 60602-3709
24109307      +Mortgage Funding Consultants, Inc,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109308      +Murphy Hourihane LLC,   161 N. Clark 2550,   Chicago, IL 60601-3246
24109339      +NKM Garvey LLC,   c/o Chen Nelson Roberts LTD,   203 N. LaSalle 15th Fl,
                Chicago, IL 60601-1228
24109309      +Nancy Panozzo,   9809 W. 145th Place.,   Orland Park, IL 60462-2478
24109312      +Nasila Edalatdju,   c/o Gamage & Gamage,   5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24109310      +Nasila Edalatdju,   c/o Gamage & Gamage,   231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24109313      +Nasir Kosa,   c/o Gamage & Gamage,   231 South Third Street, Suite 285,
                Las Vegas, NV 89101-5918
24109315      +Nasir Kosa,   c/o Gamage & Gamage,   5580 South Fort Apache, Ste. 110,
                Las Vegas, NV 89148-3615
24109316      +Natel Matschulat,   111 East Chestnut,   Unit 28K,   Chicago, IL 60611-6007
24109318      +National City Bank Indian,   c/o Vedder Price PC,   222 N. LaSalle #2400,
                Chicago, IL 60601-1104
24109320      +National Rental Services Inc,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109322      +Ned Robertson,   595 Sheridan Rd.,   Glencoe, IL 60022-1764
24109323      +Ned S. Robertson,   1 IBM Plaza Suite 3000.,   Chicago, IL 60611-3699
24109324      +Network Management Corp,   Hoboken, NJ 07030
24109327      +New York Commercial LLC,   c/o MICHAEL A FISH, Reg. Agt.,   3660 N LAKE SHORE DR #200,
                CHICAGO, IL 60613-5302
24109329      +New York Consultants Inc,   c/o RAY REGNER, ESQ, Reg. Agt.,   1030 NORTH CLARK STREET #300,
                CHICAGO, IL 60610-5470
24109330      +New York Members LLC,   c/o RAY REGNER, ESQ, Reg. Agt.,   1030 NORTH CLARK STREET #300,
                CHICAGO, IL 60610-5470
24109331      +New York Private R,   c/o Arnstein & lehr,   120 S. Riverside,   Chicago, IL 60606-3913
24109332      +New york Residential LLC,   c/o MICHAEL A FISH, Reg. Agt.,   3660 N LAKE SHORE DR #200,
                CHICAGO, IL 60613-5302
24109338       Nick Roussos,   26 M. Koundourou 185 33,   Piraeus, Greece
24109340      +Norman A. Katz,   c/o Schain Firsel & Brown Ltd,   222 N. LaSalle #1910,
                Chicago, IL 60601-1102
24109342      +North Shore Gas,   c/o Heller Frisone ltd,   33 N. LaSalle #1200,   Chicago, IL 60602-3415
24109345      +Novack Macey LLP,   100 N Riverside #1500,   Chicago, IL 60606-1520
24109350      +OC Residential Manager LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109352      +Ohio Savings Bank,   c/o Stein & Rotman,   77 W. Washington #1105,   Chicago, IL 60602-3249
24109351      +Ohio Savings Bank,   c/o Blatt Hasenmiller Leibske,   10 S. LaSalle #2200,
                Chicago, IL 60603-1069
24109354      +Ontario Century Manager LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109355      +Ontario Century Property LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109356      +Ontario Century Property, LLC,   c/o Howard Teplinski, RA,   161 N. Clark Street, Suite 2600,
                Chicago, IL 60601-3243
24109358      +Ontario Condominium Rental Services Inc,   c/o Victoria Gouletas, Reg. Agt.,
                182 W LAKE ST STE 200,   CHICAGO, IL 60601-1124
24109359      +Ontario Rental Inc,   c/o A. R DIBENEDETTO, Reg. Agt.,   1030 NORTH CLARK STREET #300,
                CHICAGO, IL 60610-5470
24109361      +Ontario State Commercial LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109362      +Ontario State Holding C,   c/o Foley & Lardner,   321 N. Clark #2800,   Chicago, IL 60654-5313
24109363      +Ontario State Holding Company LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109364      +Ontario State LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                CHICAGO, IL 60601-1124
24109365      +Ontario State LLC,   c/o Hoogendoorn & Talbot LLP,   122 S. Michigan #1220,
                Chicago, IL 60603-6263
24109370      +Orleans Loftominium LLC,   c/o A. R DIBENEDETTO, Reg. Agt.,   505 N LAKE SHORE DR STE 214,
                CHICAGO, IL 60611-3678
24109373      +Parwway Bank and Trust,   4800 N Harlem Ave,   Harwood Heights, IL 60706-3577
```

```
24109374          Pathology Consultants of Chi., Ltd.,    PO Box 88493,    Chicago, IL 60680-1493
24109376         +Patricia A. & Jerry P. Sterr,    121 Stadium Dr.,    Joliet, IL 60435-6422
24109378         +Patricia Manson,    c/o Steven J. Seidman,    20 S. Clark #700,    Chicago, IL 60603-1894
24109379         +Patrick F Daly,    10333 Washington,    Oaklawn, IL 60453-4650
24109380          Paul D Holleb,    2314 N. Lincoln Parl West,    Chicago, IL 60614
24109385         +Pearson Associates LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
                   CHICAGO, IL 60611-3678
24592988         +Peter A Apostal,    340 E Randolph St #3606,    Chicago, Il 60601-7917
24109388         +Peter Anagnost,    11 S LaSalle st #3400,    Chicago, IL 60603-1203
24109389          Peter Kamberos,    3 First National Plz. Suite 525.,    Chicago, IL 60602
24109390         +Peter N Apostal,    77 W Washington Suite 712,    Chicago, IL 60602-3270
24109392         +Peter N. & William N. Apostal,    646 Melrose Ave.,    Kenilworth, IL 60043-1038
24109393         +Peter N. Anagnost,    631 Abbotsford Rd.,    Kenilworth, IL 60043-1110
24109396         +Pierce Ennessy,    c/o Peter R. Behnke,    555 Skokie #500,    Northbrook, IL 60062-2845
24109397         +Pierce III & Claudia Ennessy,    296 Aspen Lane,    Highland Park, IL 60035-4523
24109398          Pierce R & Claudia B Ennessy,    296 Aspen Ln Highland Park,    Highland Park, IL 60035
24538872         +Pierce R Ennessy III,    Plierce R & Claudia B Ennessy,    296 Aspen Lane,
                   Highland Park, IL 60035-4523
24109400         +Pierce R. Ennessy,    c/o Peter R. Behnke,    555 Skokie #500,    Northbrook, IL 60062-2845
24109403          Plaza 440 Private Residences,    c/o Sudler Property Management,    PO Box 51014,
                   Los Angeles, CA 90051-5314
24109404         +Plaza 440 Private Residences Condominium,    c/o PATRICIA A O'CONNOR, Reg. Agt.,
                   2 N LASALLE ST STE 1300,    CHICAGO, IL 60602-3709
24109407         +Prime Group Inc.,    77 W. Wacker Dr. Suite 4200.,    Chicago, IL 60601-1682
24109411         +Raad Kosa,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                   Las Vegas, NV 89148-3615
24109409         +Raad Kosa,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                   Las Vegas, NV 89101-5918
24109412          Radiological Physicians, Ltd.,    PO Box 2150,    Bedford Park, IL 60499-2150
24109415         +Raghid B Kosa,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                   Las Vegas, NV 89148-3615
24109413         +Raghid B Kosa,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                   Las Vegas, NV 89101-5918
24109416         +Rajesh & Linda R. Konitz Kapoor,    1122 N. Clark #3908,    Chicago, IL 60610-2874
24109417         +Ramon Campos,    c/o Levy Leopold & Assoc PC,    35 E. Wacker Dr. 38th Floor,
                   Chicago, IL 60601-2314
24109419         +Re Liquidation Manager LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                   CHICAGO, IL 60601-1124
24109420         +Realty Marketing Services Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                   CHICAGO, IL 60601-1124
24109421         +Realty National Marketing Inc,    c/o RONALD TUTT, Reg. Agt.,    29 S LA SALLE ST SUITE 415,
                   CHICAGO, IL 60603-1545
24109423          Realty Services Inc,    7660 W 62ND ST,    SUMMIT, IL 60501
24109424         +Realty Services Inc.,    c/o Bruce Farrel Dorn & Ass,    120 N. LaSale #1900,
                   Chicago, IL 60602-2415
24109425         +Rebekah Desmet,    c/o Kristina S. Holman, Attorney at,    703 S. Eighth Street,
                   Las Vegas, NV 89101-7006
24109430         +Republic Bank,    120 West Madison,    Chicago, IL 60602-4197
24109431         +Reva Leavitt Alan& Cohen-Leavitt,    470 W. Deming St,    Chicago, IL 60614-1771
24109432         +Rice Reuther Sullivan & Carroll,    3800 Howard Hughes Parkway,    Suite 1200,
                   Las Vegas, NV 89169-5966
24109434         +Richard Cohen,    c/o James Stephen Walker,    20 N. Clark St. 1200,    Chicago, IL 60602-4114
24109435         +Richard Kijowski,    100 E Bellevue. IL,    Chicago, IL 60611-1157
24109437         +Richard M Post,    5251 W. 95th Street,    Oak Lawn, IL 60453-2450
24109438         +Richard M. Post,    c/o William P. Drew,    16626 W. 159th #704,    Lockport, IL 60441-8019
24109439         +Richard Post,    8220 W. 119th St.,    Palos Park, IL 60464-1027
24109440         +River City Condomi,    c/o Sanchez Daniels Hoffman L,    333 W. Wacker Dr. #500,
                   Chicago, IL 60606-2218
24109441         +River City Condomi,    c/o Penland & Hartwell,    1 N. LaSalle 38th Floor,
                   Chicago, IL 60602-4097
24109443         +River City Condominium Association,    c/o MICHAEL T FRANZ, Reg. Agt.,
                   333 W WACKER DR SUITE 500,    CHICAGO, IL 60606-2218
24109444         +River City Fee LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                   CHICAGO, IL 60610-8027
24109445         +River City Holdings LLC,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
                   CHICAGO, IL 60610-5470
24109447         +River City Leasehold LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                   CHICAGO, IL 60610-8027
24109450         +River City Marina,    Julie Ann Lehrman,    PO Box 7175,    Deerfield, IL 60015-7175
24109449         +River City Marina,    c/o Julie Ann Lehrman,    PO Box 7175,    Deerfield, IL 60015-7175
24109451         +River City Marina Condominium Associatio,    c/o JOHN H BICKLEY III, Reg. Agt.,
                   750 LAKE COOK RD STE 350,    Buffalo Grove, IL 60089-2088
24109454         +River City Residences LLC,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
                   CHICAGO, IL 60610-5470
24109460          Robert & Catherine Breit,    3716 Heritage Dr. Northbrook 60062
24109461         +Robert & Linda Bosak,    10240 W. 144th Pl.,    Orland Park, IL 60462-1990
24109462          Robert Berman,    1728 S. Michigan Ave.,    Chicago, IL 60616
24109466         +Robert Chung,    8129 RFD,    Long Grove, IL 60047-4839
24109469         +Roger Nelson,    2516 Waukegan rd #339,    Glenview, IL 60025-1774
24109472         +Rosenberg Partners LLC Rosenberg,    1921 St. Johns Ave. #220.,    Highland Park, IL 60035-3506
```

```
24109473      +Rosenberg Partners LP,    c/o Childress & Zdeb Ltd,    515 N. State St. #2200,
               Chicago, IL 60654-4974
24109474      +Rudolph F Licandro,    2324 Longest Ave.,    Louisville, KY 40204-2123
24109475       Rush University Medical Center,    PO Box 4075,    Carol Stream, IL 60197-4075
24109476      +Rush University Medical Center,    75 Remittance Dr.,    Suite 6193,    Chicago, IL 60675-6193
24109493      +SEG 3650 Members LLC,    c/o KENNETH W BOSWORTH, Reg. Agt.,    180 N LASALLE #3700,
               CHICAGO, IL 60601-2809
24109496      +SEG Dearborn Consultants Inc,    c/o ELIZABETH H FRIEDGUT, Reg. Agt.,
               203 N LASALLE ST STE 1900,    CHICAGO, IL 60601-1263
24109497      +SEG Dearborn Members LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109498      +SEG Garvey LLC,    c/o Chen Nelson Roberts LTD,    203 N. LaSalle 15th Fl,
               Chicago, IL 60601-1228
24109502      +SEG Holding Company,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109506      +SEG Ontario Consultants Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109507      +SEG Ontario Members LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109510      +SEG Plaza 440 Consultants Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109511      +SEG Plaza 440 LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109512      +SEG Sandlake Consultants Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24109513      +SEG Storage Holdings LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109514      +SEG West Lake Consultants Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109515      +SEG West Lake Members LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109554      +SVP Properties LLC,    307 South Prospect Ave,    Park Ridge, IL 60068-4038
24109557      +SWR Consultants Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
               CHICAGO, IL 60611-3678
24109558      +SWR LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
               CHICAGO, IL 60611-3678
24109477      +Said Matti,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
               Las Vegas, NV 89101-5918
24109479      +Said Matti,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
               Las Vegas, NV 89148-3615
24109481      +Sam & Linda Curatolo,    6932 Madison Ave.,    Hammond, IN 46324-1953
24109488       Schindler Elevator Corp.,    PO Box 93050,    Chicago, IL 60673-3050
24109489      +Scott V. Baldewein,    c/o Touhy & Touhy Ltd.,    161 N. Clark St. #2210,
               Chicago, IL 60601-3221
24109491      +Sedgwick House Consultants Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,
               505 N LAKE SHORE DR STE 214,    CHICAGO, IL 60611-3678
24109492      +Sedgwick House LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
               CHICAGO, IL 60611-3678
24109518      +Shahin Edalatdju,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
               Las Vegas, NV 89148-3615
24109516      +Shahin Edalatdju,    c/o Gamage & Gamage,    231 South Third Street, Ste 285,
               Las Vegas, NV 89101-5918
24109522      +Snap Properties, LLC,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
               Las Vegas, NV 89148-3615
24109520      +Snap Properties, LLC,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
               Las Vegas, NV 89101-5918
24109523      +Solomon Mualem,    c/o O'Rourke McCloskey & Moody,    161 N. Clark #2230,
               Chicago, IL 60601-3329
24109524       Sonnenschein Nath / Dentons,    7800 Sears Tower,    #233,    Chicago, IL 60606
24109525      +Standard Parking,    111 E. Chestnut,    Chicago, IL 60611-2051
24109526       Stanley & Margaret Kaminski,    9700 Beverly,    Orland Park, IL 60462
24109527      +Stefano Farsura,    c/o Andrew T. Staes,    111 W. Washington 1631,    Chicago, IL 60602-2710
24109529      +Sterling Consultants Inc,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24109530      +Sterling LLC,    c/o JOHN E. SHAFFER, Reg. Agt.,    180 N WACKER DRIVE STE 500,
               CHICAGO, IL 60606-1604
24109531      +Sterling Members LLC,    c/o RAY REGNER, ESQ, Reg. Agt.,    1030 NORTH CLARK STREET #300,
               CHICAGO, IL 60610-5470
24109532      +Sterling Private Condominium Association,    c/o DAVID SUGAR, Reg. Agt.,
               120 S RIVERSIDE PLZA, STE 1200,    CHICAGO, IL 60606-3910
24109533      +Sterling Private R,    c/o Penland & Hartwell,    1 N. LaSalle 38th Floor,
               Chicago, IL 60602-4097
24109535      +Sterling Residences LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
               CHICAGO, IL 60601-1124
24109537      +Steven Gouletas,    505 N. Lake Shore Drive. /,    Chicago, IL 60611-3427
24109539      +Steven Schroeder,    5228 Central Ave.,    Western Springs, IL 60558-1805
24109541       Stewart T. Revocable Family Trust Adler,    908 Tamar Lane. Glenview 60025
24109543      +Stuart Adler,    c/o Katten Muchin Rosenman LLC,    525 W. Monroe,    Chicago, IL 60661-3629
24109544      +Stuart Adler Revocable Family Trust,    1212 N LaSalle St. Suite 110.,    Chicago, IL 60610-8027
24109546      +Stuart T Rev Fam Trust Adler,    1433 Kenilworth,    Glenview, IL 60025-2277
```

```
24109547           +Stuart T. Adler,    1433 Kenilworth Ave.,    Glenview, IL 60025-2277
24109548           +Sumila & Rakesh Parikh,    3834 W. Jarlath St. Lincolnwood,    Lincolnwood, IL 60712-1016
24109550           +Susan L Routt,    c/o Ian D. Brodsky LLC,    53 W. Jackson #1510,    Chicago, IL 60604-4151
24109551           +Susan Tjarksen,    c/o Schain Firsel & Brown Ltd,    222 N. LaSalle #1910,
                     Chicago, IL 60601-1102
24109553           +Suzanne M Whalen,    3015 Twin Oaks Drive,    Joliet, IL 60435-4742
24109555           +Sweet Properties Inc.,    c/o Sawin law Offices P.C.,    515 N. State St. #2200,
                     Chicago, IL 60654-4974
24109556           +Sweet Properties, Inc,    1921 St Johns Ave #220,    Homer E. Rosenberg,
                     Highland Park, IL 60035-3506
24109566           +Thalia K Geroulis,    6289 N. Knox Ave.,    Chicago, IL 60646-5032
24109568           +The Elm At Clark Condominium Association,    c/o LP AGENTS LLC, Reg. Agt.,
                     2 N LASALLE ST STE 1300,    CHICAGO, IL 60602-3709
24109569            The LaSalle Private Residences,    c/o Sudler Property Management,    PO Box 51014,
                     Los Angeles, CA 90051-5314
24109571           +The Private Bank,    120 S. LaSalle,    Chicago, IL 60603-3412
24109572           +The Private Bank and Trust,    c/o Carlson Dash LLC,    216 S. Jefferson #504,
                     Chicago, IL 60661-5698
24109573           +The Private Residences At Ontario Condom,    c/o LP AGENTS LLC, Reg. Agt.,
                     2 N LASALLE ST STE 1300,    CHICAGO, IL 60602-3709
24567361           +The PrivateBank and Trust Company,    Autumn L Sharp / Carison Dash LLC,
                     216 S Jefferson St., Ste 504,    Chicago, IL 60661-5698
24109574           +The Residences At Milllennium Centre A C,    c/o LP AGENTS LLC, Reg. Agt.,
                     2 N LASALLE ST STE 1300,    CHICAGO, IL 60602-3709
24109575           +The Yacht Club at Aventura  Inc,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                     CHICAGO, IL 60601-1124
24109576           +The Yacht Club at Aventura Limited Partn,    c/o A. R DIBENEDETTO, Reg. Agt.,
                     1212 N LASALLE ST STE 110,    CHICAGO, IL 60610-8027
24109579           +Theodore J. Constantine,    581 Coventry Ln.,    Buffalo Grove, IL 60089-4600
24109580           +Theodore J. Pappas,    6124 N Oakley Ave.,    Chicago, IL 60659-5208
24109582           +Thomas & JoAnne Bongiorno,    728 West Jackson Blvd,    Chicago, IL 60661-5490
24109583           +Thomas A Galbraith,    c/o Pretzel & Stouffer,    1 S. Wacker Drive #2500,
                     Chicago, IL 60606-4708
24109585           +Thomas Katsahnias,    c/o James Ethan Jacobs,    1130 N. Dearborn #280,    Chicago, IL 60610-2756
24109586           +Thomas M. & Megan P. Kostal,    824 W. Oakdale Ave.,    Chicago, IL 60657-9484
24109589           +Todd Est Fouch,    c/o Katten & Temple LLP,    542 S. Dearborn St. 14,    Chicago, IL 60605-1564
24109590           +Todd Fouch Estate,    c/o O'Rourke Katten & Moody,    161 N. Clark #2230,
                     Chicago, IL 60601-3329
24109591           +Town Center Realtors Inc,    c/o A. R DIBENEDETTO, Reg. Agt.,    1212 N LASALLE ST STE 110,
                     CHICAGO, IL 60610-8027
24109592           +Travelers National Pool,    c/o Teller Levitt & Silvertrust,    19 S. LaSalle, Suite 701,
                     Chicago, IL 60603-1431
24109593           +Treacy Marketing G,    c/o Joseph R. Ziccardi,    77 W. Washington #705,    Chicago, IL 60602-3641
24109596           +Twin Rivers, Inc.,    c/o A. R DIBENEDETTO, Reg. Agt.,    505 N LAKE SHORE DR STE 214,
                     CHICAGO, IL 60611-3678
24109599           +US Bank National Associat,    c/o Latimer Levay Fyock LLC,    55 West Monroe #1100,
                     Chicago, IL 60603-5128
24109597           +Union Park Loftominium Condominium,    c/o DAVID SUGAR, Reg. Agt.,
                     120 S RIVERSIDE PLZA, STE 1200,    CHICAGO, IL 60606-3910
24109598            University Pathologists, P.C.,    5700 Southwyck,    Toledo, OH 43614-1509
24109600           +Victor F. Ciardelli,    c/o Dykema Gossett PLLC,    10 S. Wacker #2300,    Chicago, IL 60606-7509
24109601           +Victor Heldt,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                     Las Vegas, NV 89101-5918
24109603           +Victor Heldt,    c/o Gamage & Gamage,    5580 South Fort Apache, Ste. 110,
                     Las Vegas, NV 89148-3615
24109604            Victor Wertz,    2 Natoma Drive.,    Chicago, IL 60521
24109605           +Vincent A Greff,    505 N. Lake Shore Dr. Unit 5405,    Chicago, IL 60611-6446
24109607           +Vito Bianco,    505 N. Lake Shore Drive.,    Chicago, IL 60611-3427
24109608           +W. IL Anesthesia Pension Plan FBO Kerry,    3045 4th St. Suite 9.,    Moline, IL 61265-5964
24109609           +Wabash Loftominium LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                     CHICAGO, IL 60601-1124
24109611           +Wabash Members LLC,    c/o Victoria Gouletas, Reg. Agt.,    182 W LAKE ST STE 200,
                     CHICAGO, IL 60601-1124
24109612            Wally Mozerka,    5830 W 81st Burbank,    Burbank, IL 60459
24109613           +Warehouse 351 Garage Condominium Associa,    c/o HALES PROP. Mgt, Reg. Agt.,
                     1411 W CHICAGO AVE STE 1,    CHICAGO, IL 60642-7983
24109615           +Washington Mutual Bank,    c/o Dykema Gossett PLLC,    10 S. Wacker #2300,
                     Chicago, IL 60606-7509
24109616           +Washington Mutual Bank F A,    c/o Ernest J. Codilis Jr.,    15W030 N. Frontage Road,
                     Burr Ridge, IL 60527-6921
24109617           +Washington-Morgan Garage Condo Associati,    c/o MICHAEL J KENNELLY, Reg. Agt.,
                     946 W RANDOLPH ST STE 200,    CHICAGO, IL 60607-2238
24109618           +Washington-Morgan Loftominium LLC,    c/o A. R DIBENEDETTO, Reg. Agt.,
                     1212 N LASALLE ST STE 110,    CHICAGO, IL 60610-8027
24109621           +Western Illinois Anesthesia Pension Plan,    3045 4Th Street Suite 9,    Moline, IL 61265-5964
24584047           +William Apostal and Edith Apostal,    2537 N. Burling Street,    Chicago, IL 60614-2509
24109625           +William O'Leary,    415 W. Aldine #11D.,    Chicago, IL 60657-3671
24109624           +William and Edith Apostal,    2537 N Burling st,    Chicago, IL 60614-2509
24109631           +Wisam B Kosa,    c/o Gamage & Gamage,    231 South Third Street, Suite 285,
                     Las Vegas, NV 89101-5918
```

```
24109633       +Wisam B Kosa,    c/o Gamage & Gamage,     5580 South Fort Apache, Ste. 110,
                 Las Vegas, NV 89148-3615
24109634       +Xiaoming Tan,    2045 Jordan Terrace.,    Buffalo Grove, IL 60089-4645
24109202       +james west,    505 N. Lakeshore Dr #4205,    Chicago, IL 60611-6434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BRMFOGEL.COM Apr 02 2019 06:23:00      Richard M. Fogel,    Shaw Fishman Glantz & Towbin LLC,
                 321 N Clark Street,    Suite 800,    Chicago, IL 60654-4766
tr             +EDI: BRMFOGEL.COM Apr 02 2019 06:23:00      Richard M. Fogel,    Fox Rothschild LLP,
                 321 N Clark Street,    Suite 800,    Chicago, IL 60654-4766
24108736       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       1122 N. Clark Limited PA,
                 c/o Bryan Cave LLP,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
24108785       +E-mail/Text: feeleypc@aol.com Apr 02 2019 02:57:09       800 Wells Commercial LL,
                 c/o Cynthia G. Geeley,    161 N. Clark #4700,    Chicago, IL 60654-3201
24108823       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:45       Amelia Taddeo,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24108859       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       American Invsco Realty,
                 c/o Bryan Cave LLP,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
24108881       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       Anthony R. Dibenedetto,
                 c/o Bryan Cave LLP,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
24108893       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:45       Basil Kosa,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24108906       +E-mail/Text: NDAILY@KSNLAW.COM Apr 02 2019 02:57:18       Board Managers Elm Clark,
                 c/o Kovitz Shifrin Nesbit,    175 N. Archer Avenue,    Mundelein, IL 60060-2301
24108918       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:46       Bruce Couturier,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24108921       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       Bryan Cave LLP,
                 161 N. Clark St. #4300,    Chicago, IL 60601-3430
24108928       +EDI: ESCALLATE.COM Apr 02 2019 06:23:00      Cds/Escallate LLC,    Attn:Bankruptcy,
                 5200 Stoneham Rd Ste 200,    North Canton, OH 44720-1584
24108931       +E-mail/Text: NDAILY@KSNLAW.COM Apr 02 2019 02:57:18       Century Tower Private Residences Co,
                 c/o Kovitz Shifrin Nesbit,    175 North Archer Avenue,    Mundelein, IL 60060-2301
24108944        EDI: CHASE.COM Apr 02 2019 06:23:00      Chase - Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
24108946       +EDI: CHASE.COM Apr 02 2019 06:23:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
24108972        E-mail/Text: comedbankruptcygroup@exeloncorp.com Apr 02 2019 02:59:14       ComEd,    PO Box 6111,
                 Carol Stream, IL 60197-6111
24108984       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       Countrywide Home Loans IN,
                 c/o Bryan Cave LLP,    161 N. Clark St. 4300,    Chicago, IL 60601-3315
24109008       +E-mail/Text: NDAILY@KSNLAW.COM Apr 02 2019 02:57:18       Delaware Place Pri,
                 c/o Kovitz Shifrin Nesbit,    175 N. Archer Avenue,    Mundelein, IL 60060-2301
24109038       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:46       Eleanor Couturier,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109062       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:46       Frank Taddeo,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24572450       +E-mail/Text: mprice@magesandprice.com Apr 02 2019 02:59:43       Guaranty Solutions, LLC,
                 c/o Mages & Price LLC,    1110 Lake Cook Road, Suite 385,    Buffalo Grove, IL 60089-1992
24109108       +E-mail/Text: wire@mwe.com Apr 02 2019 02:59:15      Heller Financial Inc,
                 c/o McDermott Will & Em LLP,    227 W. Monroe,    Chicago, IL 60606-5055
24109123       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       Home by Invsco Inc,
                 c/o Bryan Cave LLP,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
24109133       +EDI: IIC9.COM Apr 02 2019 06:23:00      IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,
                 St Paul, MN 55164-0378
24109135       +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 02 2019 02:59:21
                 Illinois Department of Empt. Sec.,    D&A/Property Liens,    33 S. State St., 10th Floor,
                 Chicago, IL 60603-2804
24109134       +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 02 2019 02:59:21
                 Illinois Department of Empt. Sec.,    Benefit Payment Control Division,    P.O. Box 4385,
                 Chicago, IL 60680-4385
24109137       +E-mail/Text: rev.bankruptcy@illinois.gov Apr 02 2019 02:57:45
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0291
24109141        EDI: IRS.COM Apr 02 2019 06:23:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
24109200       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       James Schwark,    c/o Bryan Cave LLP,
                 161 N. Clark St. #4300,    Chicago, IL 60601-3315
24109272       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:46       Maha Kosa,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109285       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:46       Mary Heldt,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109289       +EDI: PARALONMEDCREDT Apr 02 2019 06:23:00      Medicredit Inc.,    Po Box 1629,
                 Maryland Heights, MO 63043-0629
24109311       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:46       Nasila Edalatdju,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109314       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47       Nasir Kosa,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109335       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35       Nicholas V. Gouletas,
                 c/o Bryan Cave LLP,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
24109343       +E-mail/Text: clientservices@northwestcollectors.com Apr 02 2019 02:57:10
                 Northwest Collectors,    3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
24587919       +E-mail/Text: dtarkington@novackmacey.com Apr 02 2019 02:56:27      Novack and Macey LLP,
                 100 North Riverside Plaza,    Chicago, IL 60606-1501
24398937        EDI: Q3G.COM Apr 02 2019 06:23:00       Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
24109410       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47      Raad Kosa,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109414       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47      Raghid B Kosa,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109448       +E-mail/Text: NDAILY@KSNLAW.COM Apr 02 2019 02:57:18      River City Marina,
                 c/o Kovitz Shifrin Nesbit,    175 N. Archer Avenue,    Mundelein, IL 60060-2301
24109478       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47      Said Matti,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109517       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47      Shahin Edalatdju,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109521       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47      Snap Properties, LLC,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109559       +EDI: RMSC.COM Apr 02 2019 06:23:00       Syncb/lord & Tay,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
24109560       +EDI: RMSC.COM Apr 02 2019 06:23:00       Synchrony Bank/Gap,    Attn: Bankrupty,   Po Box 103104,
                 Roswell, GA 30076-9104
24109602       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:47      Victor Heldt,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
24109610       +E-mail/Text: ncrsusf@bryancave.com Apr 02 2019 02:58:35      Wabash Loftominium LLC,
                 c/o Bryan Cave LLP,    161 N. Clark St. #4300,    Chicago, IL 60601-3315
24109632       +E-mail/Text: michael@mushlaw.com Apr 02 2019 02:59:48      Wisam B Kosa,
                 c/o Michael R. Mushkin & Associates,    4475 South Pecos Road,    Las Vegas, NV 89121-5029
                                                                                              TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24108737        1122 N. Clark LLC
24108738        1122 N. Clark Members Inc.
24108739        1122 North Clark Consult
24108747        1327 Washington Loftominium LLC
24108756        2000 N. Lincoln Par
24108765        2625 North Clark Street
24108776        800 Condominiums LLC
24108778        800 S. Wells Phas I
24108779        800 South
24108788        9195 Corporation,   FL
24108794        A.P. Loftominium Consultants, Inc.
24108796        A.P. Members, LLC
24108798        A.P. Property Holdings, LLC
24108805        AI Real Estate Inc FKA
24108809        AIGL Payroll Services
24108811        AIGL Real Estate Co
24108802        Acquest Group LLC
24108803        Adam Tamburelli
24108818        Ambelos Corp
24108820        Ambelos Corporation
24108821        Ambelos Corporation & Subsidiaries
24108825        Amer Natl Bk Trst Co Chgo
24108826        American
24108827        American Inusco Re
24108828        American Invsco
24108832        American Invsco Co
24108833        American Invsco Corp
24108840        American Invsco Corpora
24108841        American Invsco Corporati
24108845        American Invsco Developme
24108849        American Invsco Gr
24108852        American Invsco Grp LLC
24108853        American Invsco Inc
24108855        American Invsco Natl Ma
24108857        American Invsco Realty
24108860        American Invsco Realty In
24108863        American Invsco Realty LL
24108865        American National Bank Tru
24108866        Amerrican Invesco
24108872        Angelo Sellis Trust
24108873        Annie New Yorker LLC
24108874        Annie Properties Investors, LLC
24108887        Associated Bank
24108895        BCLM Partnership
24108888        Bank Leumi USA
24108889        Bank One N.A.
24108891        Barbara Geroulis
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
    24108910        Boulevard Consultants I
    24108934        CF Lender
    24108959        CIB Bank
    24108960        CIB Marine Capital
    24108929        Central Illinois Bank
    24108943        Charles Underwood Thomas Johnson Susan T
    24108951        Chicago Title Insurance
    24108966        Clark New Yorker LLC
    24108970        Color Reprgraphics
    24108971        Color Specialists
    24108973        Concorde Manufacturing
    24108976        Condominium Rental Serv
    24108981        Corus Bank
    24108983        Cosentino Co. Inc.
    24108986        Creditors Paying Agent LLC
    24109015        DK Enterprises Inc.
    24109016        DK Enterprises, Inc.
    24108995        Daniel J. Monroe
    24109018        Donna Walsh
    24109023        Dr. Anthony Geroulis
    24109027        Dr. Harry Constantine
    24109034        Edward Eisher
    24109042        Elva Grace Bottof
    24109049        Estate of Deanna Gouletas
    24109055        Evangeline Gouletas
    24109058        FBO George A. Budd
    24109059        Final Creditors Paying Agent LLC
    24109066        Fred J. Weinert Trust
    24109067        Fred J. Weinhert
    24109082        George Budd
    24109085        George Derderian
    24109086        George Rummell
    24109087        Gerald Barumiin
    24109092        Golf Construction
    24109093        Grand Marais Investments, LTD
    24109095        Grand Pier LLC
    24109096        Green Valley Henderson LLC
    24109097        Greenpoint Mortgage Corp
    24109104        Heidi & Demos Revells
    24109105        Heidi Revelis
    24109106        Helen Uritz Recova
    24109112        Henry Lerman
    24109114        Henry Roth IRA Lerman,    1212 N. La Salle St.
    24109116        Herbert & Magda M. Thaller,    49 S. Elizabeth Ave.
    24109117        Hm by Invsco Inc
    24109120        Home by Invsco
    24109125        Homes By Invsco, Inc
    24109126        Homes Invesco Inc.
    24109128        Howard Sav
    24109130        Huberto Alfonso,    SEE KARL T. MUTH COMPLAINT
    24109132        Humberto Alfonso
    24109138        IMB Capital LTD
    24109139        Impac Funding Corporation
    24109143        Invesco Management
    24109144        Invesco Realty Inc
    24109145        Invsco
    24109149        Invsco Acquisition Corp
    24109151        Invsco Construction & Design, Inc
    24109152        Invsco Design Const Inc
    24109153        Invsco Development Cons
    24109155        Invsco Development Consul
    24109158        Invsco Development Memb
    24109162        Invsco Dvlpmnt Members LL
    24109164        Invsco Group
    24109168        Invsco Group Ltd
    24109173        Invsco Group Ltd.
    24109177        Invsco Mgmt Co
    24109178        Invsco Mgmt Co Inc
    24109181        Invsco Residential Realty Co
    24109182        Irene Gouletas
    24109185        J. Mitchell Bowling Jr.
    24109229        JP Morgan Chase
    24109186        Jack Heller Co
    24109187        Jackson and Michelle Petterson
    24109188        James A. Schwank
    24109191        James C Paul
    24109196        James Koenig
    24109198        James Schwank
    24109201        James Schwark
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
 24109204         Jefferson State Bank,    5301 W. Lawrence Ave.
 24109205         Jeffrey A. Revocable Adler,    1748 Melise Dr.
 24109208         Jerry & Patricia Sterr
 24109207         Jerry & Patricia Sterr,    121 Stadium Dr.
 24109209         Jet Chiranand
 24109210         Joan Melcher
 24109214         John & Kirsten Stumpf
 24109217         John Anthony  Kostal,    331 Blackstone.
 24109219         John G Prodromos
 24109222         John Nitti
 24109231         Kampos Real Estate
 24109233         Karl T. Muth
 24109238         Kenneth Harris
 24109242         Kingston Propertie
 24109243         Kinzie Street Properties
 24109245         Koval Flamingo Investors LLC
 24109246         Koval Flamingo LLC
 24109248         Kristina Demos
 24109252         LaSalle Bank
 24109253         LaSalle Commercial Consultants Inc
 24109254         LaSalle Commercial LLC
 24109255         LaSalle Natl Bank
 24109250         Lake Point Tower Limited Partnership,    IL
 24109257         Law Engineering Environ
 24109258         Leon Stratton
 24109262         Loomis Loftominium LLC
 24109263         Lotto Fafrowicz Dolores Schillizzi
 24109264         Louis & Alan Dineff
 24109266         Louis Apostolou
 24109268         Louis Scaramella
 24109269         Lynn C. Wanner
 24109278         Maria Gouletas
 24109280         Marty O'Connell
 24109281         Mary A. Monroe
 24109283         Mary Gouletas
 24109288         May Loftominium LLC
 24109292         Meridian Condominium Rental Services Inc
 24109294         Meridian Private Residences CH LLC
 24109293         Meridian Private Residences a Condominiu
 24109298         Michael & Un Fish
 24109299         Michael Fish
 24109300         Michael Imburgia
 24109303         Millenium Centre Tower LLC
 24109304         Millennium Center
 24109305         Millennium Centre Chiller LLC
 24109346         NTI Holding, Inc
 24109347         NV International Investment Inc
 24109349         NVG Residential Inc
 24109317         Natel Matshulat
 24109319         National City Mortgage
 24109321         Near North National
 24109325         Nevada Maintenance Inc
 24109326         New Ambelos LLC
 24109328         New York Condominium Association
 24109333         Nicholas V Gouletas
 24109334         Nicholas V. Gouletas
 24109336         Nick N. Menegas
 24109337         Nick Revells
 24109341         North Bank
 24109344         Novack Family Partnership
 24109348         Nvg Residential In
 24109353         Old Kent Bank
 24109357         Ontario Century Tower Holding Company LL
 24109360         Ontario St LLC
 24109366         Orlando Plantation Consultants Inc
 24109367         Orlando Plantation Members LLC
 24109368         Orlando Plantation Park LLC
 24109369         Orlando Westpointe LLC
 24109395         PGC Sterling
 24109371         Pace Ray
 24109372         Park LaSalle Inc.
 24109375         Patrica Robel
 24109377         Patricia IRA Weston
 24109381         Paul Jones
 24109382         Peachtree Rumson Consultants Inc
 24109383         Peachtree Rumson Members Inc
 24109384         Pearson Associates
 24109386         Peoria Sangamon Loftominium LLC
 24109387         Peoria Saugamon Loftominium LLC
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
24109391         Peter N. & Kathy B. Apostal
24109394         Peter Tzotzolis
24109399         Pierce R Ennessy III
24109401         Plantation Condominium Rental Services I
24109402         Plantation Park Private Residences Cond
24109405         Polemont Investments,   12-14 Finch Rd. Douglas, IM99ITT Isle of
24109406         Polemount Investments, LTD,   PO BOX 175 12-14 Finch Road, Douglas IM9
24109408         Private Bank
24109418         Ramzi A. & Nawal A. Dabbagh
24109422         Realty Payroll Services Inc
24109426         Reliance Trust Co. as Cust fro Henry Ler
24109427         Reliance Trust FBO George A. Budd
24109428         Renaissance At River Oaks Condo Assn
24109429         Renaissance At River Oaks Unit Owners As
24109433         Richard & Mary Post
24109436         Richard Lyke
24109446         River City Holdings LLC2005-L-00231
24109452         River City Marina LLC
24109453         River City Parking
24109455         River Oaks Renaissance Consultant Inc
24109456         River Oaks Renaissance LLC
24109457         River Oaks Renaissance Members LLC
24109458         Rizzo Santo
24109459         Rmzi Dabbagh
24109463         Robert Breit,   3716 Heritage Dr.
24109464         Robert Breit Trust
24109465         Robert Chung,   2653 N. Greenwood Ave
24109467         Robert Hambrick
24109468         Robert J Talerico
24109470         Ronald S. Mangum,   15106 Pleasant Valley.
24109471         Rosalie Gouletas
24109494         SEG Boynton Pinehurst Consultants Inc
24109495         SEG Boynton Pinehurst Members LLC
24109499         SEG GV Henderson Capital LLC
24109500         SEG GV Henderson Consultants Inc
24109501         SEG Henderson Members LLC
24109503         SEG Nevada Consultants Inc
24109504         SEG Nevada Members LLC
24109505         SEG Ontario Consultant
24109508         SEG Orlando Westpointe Consultants Inc
24109480         Sam & Andrea Difiglio,   2901 N. Dunton Ave
24109482         Sand Lake Private Residences Condominium
24109483         Sandlake Condominium Rental Services Inc
24109484         Sandlake Residences LLC
24109485         Sang Kim
24109486         Santo Rizzo
24109487         Sargon Isaac
24109490         Sedgwick House Consulatant
24109509         Seg Orlando Westpointe Members LLC
24109519         Shelly L. Herron
24109528         Steling Residences LLC
24109534         Sterling Private Residenc
24109536         Steven E. Gouletas
24109538         Steven Gouletas
24109540         Steven Trust Schroeder
24109542         Stewart T. Revocable Family Trust Adler
24109545         Stuart Rev Fam Trust Adler,   1433 Kennilworth Ave.
24109549         Suntrust Mortgage
24109552         Susana E Moscosco
24109561         Tamco Enterprises Inc.
24109562         Ted Kochilas
24109563         Teri and James Brzusek
24109564         Thaddeus L Jackowski,   1221 E. Cooper Dr.
24109565         Thalia Est Geroulis
24109567         Thalias Geroulis Estate
24109570         The Peachtree Rumson LLC
24109578         Theodore & Janice Constantine
24109581         Theresa E. Nicholas
24109584         Thomas Katsahnias
24109587         Thomas Schmitt
24109588         Tiffany Decorating Compan
24109594         Trust #122242
24109595         Twin Rivers Inc
24109606         Vincent A. Panozzo
24109614         Warehouse Loftominium Condominium Associ
24109619         Washington-Morgan; Loftominium, LLC
24109620         Water Tower Bank
24109622         Western Springs National
24109623         William A & Linda L Frosolone
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
24109626          Windsor Administration Inc
24109628          Windsor Members Inc
24109629          Windsor Members LLC
24109627          Windsor at 620 LLC
24109630          Windsor over Peachtree Condominium Assoc
24109635          Xin Shen,   2632 S. Emerald Ave.
24109636          Yacht Club at Aventura Marina Condominiu
24108834*        +American Invsco Corp,   c/o Hoogendoorn & Talbot LLP,   122 S. Michigan #1220,
                   Chicago, IL 60603-6263
24109122*        +Home By Invsco Inc,   c/o Hoogendoorn & Talbot LLP,   122 S. Michigan #1220,
                   Chicago, IL 60603-6263
24109172*        +Invsco Group Ltd.,   c/o Horwood Marcus Berk CTD,   500 W. Madison #3700,
                   Chicago, IL 60661-4591
24109442*        +River City Condomi,   c/o Penland & Hartwell,   1 N. LaSalle 38th Floor,
                   Chicago, IL 60602-4097
24109577*        +The Yacht Club at Aventura LLC,   c/o Victoria Gouletas, Reg. Agt.,   182 W LAKE ST STE 200,
                   CHICAGO, IL 60601-1124
24108731         ##+110 Delaware Condominium,   Michal Best & Friedrich,   180 N. Stetson #2000,
                   Chicago, IL 60601-6807
24108780         ##+800 South Well Comm,   c/o Dean F. Armstrong,   1324 Dartmouth Road,   Flossmoor, IL 60422-1905
24108886         ##Arthur S. DeMoss Foundation,   777 S. Flagler Dr., Ste 215E,   West Palm Beach, FL 33401-6165
24108903         ##+Board Dir Haberdasher Squ,   c/o Michael Best & Friedrich,   180 N. Stetson #2000,
                   Chicago, IL 60601-6807
24108992         ##+Dan Joint Venture III,   c/o Dean F. Armstrong,   1324 Dartmouth Rd,   Flossmoor, IL 60422-1905
24109026          ##Dr. Harry Constantine,   1441 VILLAGE DR,   Arlington Heights, IL 60004-4677
24109081         ##+George & Barbara Budd,   3657 Peachtree Rd. NE 4C.,   Atlanta, GA 30319-1281
24109236         ##+Kelly S Lewis,   1417 W. Superior,   Chicago, IL 60642-5532
24109296         ##+Michael  Leventhal,   505 N Lake Shore Drive. 60611,   unit 6705,   Chicago, IL 60611-6458
                                                                                       TOTALS: 291, * 5, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Bruce J Van Heukelem    on behalf of Creditor    Hoogendoorn & Talbot LLP bvanheukelem@htlaw.com,
               cshelton@htlaw.com
              Cari A Kauffman    on behalf of Creditor    Abbacle, LLC ckauffman@sormanfrankel.com,
               dfrankel@sormanfrankel.com
              Frederick D. Armstrong    on behalf of Creditor    800 South Wells Commercial LLC
               armstronglaw@sbcglobal.net
              Frederick D. Armstrong    on behalf of Plaintiff    800 South Wells Commercial LLC
               armstronglaw@sbcglobal.net
              Kathryn Gleason    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Kathryn.M.Gleason@usdoj.gov
              Kelly C Elmore    on behalf of Interested Party    Century Tower Private Residence Condominium
               Association kelmore@ksnlaw.com,   foa@ksnlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard H Fimoff     on behalf of Interested Party    American Invsco Corporation rfimoff@rsplaw.com,
               fb@rsplaw.com
              Richard H Fimoff     on behalf of Debtor 1 Nicholas S. Gouletas rfimoff@rsplaw.com,   fb@rsplaw.com
              Richard H Fimoff     on behalf of Defendant Nicholas S. Gouletas rfimoff@rsplaw.com,   fb@rsplaw.com
              Richard M. Fogel    rfogel@foxrothschild.com,   il72@ecfcbis.com
              Richard M. Fogel     on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel     on behalf of Accountant    Kutchins, Robbins & Diamond Ltd.
               rfogel@shawfishman.com,   il72@ecfcbis.com
              Troy M Sphar    on behalf of Creditor Humberto  Alfonso tsphar@smbtrials.com
              Troy M Sphar    on behalf of Creditor Karl T. Muth tsphar@smbtrials.com
                                                                                          TOTAL: 15